**EXHIBIT A**

Case 1:06-cv-05751-HB   Document 1-2   Filed 07/31/2006   Page 1 of 8

# INVOICE

**K P SANGHVI**
SINCE 1965

K.P. Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

**Invoice No. & Date:** KP/3186 DT.07/10/2005
**Exporter's Ref.:** IEC : 0388040602
**Buyer's Order No. & Date:** FN:4663 (W.S.)
**Other Reference(s):** GR Form No.:BA 0736675  Dt: 07/10/2005

**Consignee:** DIRECT PARCEL

**Buyer (if other than consignee):**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A. ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

**Country of Origin of Goods:** MFG. IN INDIA
**Country of Final Destination:** U.S.A.

**Terms of Delivery and Payment:** TERMS : 120 DAYS D/A

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-Carrier:** MUMBAI
**Vessel / Flight No:** AIR FREIGHT
**Port of Loading:** MUMBAI
**Port of Discharge:** NEW YORK
**Final Destination:** NEW YORK

**BANKER:** KARNATAKA BANK LTD.
OVERSEAS BR.,104-106, 1ST FLOOR
EMBASSY CENTRE, JAMNALAL BAJAJ MARG
NARIMAN POINT
MUMBAI 400 021.

| No. & Kind of Pkgs. | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|
| Add.1.Tin Box One Only | CUT & POLISHED DIAMONDS | | | | |
| 1 | F.CUT WHITE I1 (PL) | 3 | 0.97 | 655.00 | 635.35 |
| 2 | F.CUT WHITE 3RD PK (PL) | 4 | 4.70 | 393.00 | 1847.10 |
| 3 | F.CUT WHITE 3RD PK (PL) | 60 | 2.98 | 306.00 | 911.88 |
| 4 | F.CUT WHITE I3 (PL) | 28 | 40.79 | 298.00 | 12155.42 |
| 5 | F.CUT WHITE 4TH PK (PL) | 13 | 1.09 | 204.00 | 222.36 |
| 6 | F.CUT WHITE 4TH PK (PL) | 104 | 0.50 | 175.00 | 87.50 |
| 7 | F.CUT WHITE 4TH PK (PL) | 100 | 18.59 | 174.00 | 3234.66 |
| 8 | F.CUT WHITE 4TH PK (PL) | 80 | 0.26 | 125.00 | 32.50 |
| 9 | F.CUT WHITE 5TH PK (PL) | 77 | 22.23 | 117.00 | 2600.91 |
| 10 | F.CUT WHITE 5TH PK (PL) | 83 | 1.16 | 101.00 | 117.16 |
| 11 | F.CUT WHITE 5TH PK (PL) | 28 | 0.50 | 80.00 | 40.00 |
| 12 | F.CUT WHITE 6TH PK (PL) | 36 | 16.64 | 77.00 | 1281.28 |
| 13 | F.CUT WHITE 6TH PK (PL) | 31 | 14.99 | 51.00 | 764.49 |
| 14 | F.CUT WHITE NATTS I1 (PL) | 6 | 0.48 | 400.00 | 192.00 |
| 15 | F.CUT WHITE NATTS I1 (PL) | 45 | 0.11 | 287.00 | 31.57 |
| 16 | F.CUT WHITE NATTS I2 (PL) | 14 | 0.50 | 272.00 | 136.00 |
| 17 | F.CUT WHITE NATTS 1ST PK (PL) | 24 | 1.50 | 245.00 | 367.50 |
| | Page Total... | | 127.99 | CFR US$ | 24657.68 |

CTS. 507.54 VALUE US$ 150102.56 ARE UNDER 0.50 CTS. PER PCS. : CTS. 77.79 VALUE US$ 50911.50 ARE ABOVE 0.50 CTS. PER PCS. Continued....Page

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds.

**Amount Chargeable (in words):** TOTAL CFR US DOLLAR TWO HUNDRED ONE THOUSAND FOURTEEN AND SIX CENT ONLY.

**TOTAL:** 201014.06

PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS WITH UNION BANK OF CALIFORNIA INTERNATIONAL,40 WALL STREET, 23 FLOOR, NEW YORK,N.Y.10005 - 1339,U.S.A.FOR CREDIT OF A/C.NO. 91-238774-1121(SWIFT CODE:BOFCUS33NYK) KARNATAKA BANK LTD.,CENTRAL FOREIGN EXCHANGE DEPT. MUMBAI 400 001 CREDIT OF K.P.SANGHVI & SONS, A/C.NO.339"

**Declaration:**
We declare that this invoice shows the actual price of the Goods described and that all particulars are true and correct.

**Signature & Date:** 07/10/2005
**For K P SANGHVI & SONS**



**K P SANGHVI**
SINCE 1965

K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315.
Fax: +91 - 22 - 2363 0813.

| Invoice No. & Date | Exporter's Ref |
|---|---|
| KP/3186 DT.07/10/2005 | EC : 0388040602 |
| Buyer's Order No. & Date | |
| | FN:4663 |
| Other Reference(s) | |
| GR Form No.:BA 0736675 | Dt: 07/10/2005 |

| Marks & Nos./ Container No | No. & Kind of Pkgs. | Description of Goods | Avg. Pcs. Per Crts | Quantity Carats | Rate Per Crts | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box One Only | | CUT & POLISHED DIAMONDS | Avg Pcs Per Crts | Carats | Per Crts US $ | US $ |
| | 18 | F.CUT WHITE NATTS I3 (PL) | 36 | 0.26 | 228.00 | 59.28 |
| | 19 | F.CUT WHITE NATTS 2ND PK (PL) | 5 | 1.00 | 225.00 | 225.00 |
| | 20 | F.CUT TLBNT 3RD PK (PL) | 54 | 12.19 | 128.00 | 1560.32 |
| | 21 | F.CUT TLBNT 3RD PK (PL) | 54 | 61.30 | 125.00 | 7662.50 |
| | 22 | S.CUT WHITE 1ST PK (PL) | 100 | 1.14 | 200.00 | 228.00 |
| | 23 | S.CUT WHITE 1ST PK (PL) | 133 | 1.44 | 180.00 | 259.20 |
| | 24 | S.CUT WHITE 2ND PK (PL) | 105 | 9.50 | 125.00 | 1187.50 |
| | 25 | S.CUT WHITE 2ND PK (PL) | 156 | 8.50 | 98.00 | 833.00 |
| | 26 | S.CUT WHITE 4TH PK (PL) | 300 | 0.99 | 75.00 | 74.25 |
| | 27 | S.CUT WHITE 5TH PK (PL) | 200 | 45.00 | 57.00 | 2565.00 |
| | 28 | WHITE P SHAPE I1 | 1 PCS | 0.48 | 900.00 | 432.00 |
| | 29 | WHITE MQ SI (PL) | 400 PCS | 44.80 | 640.00 | 28672.00 |
| | 30 | WHITE MQ I3 | 1 PCS | 0.63 | 550.00 | 346.50 |
| | 31 | WHITE P.CUT I3 | 2 | 2.55 | 750.00 | 1912.50 |
| | 32 | WHITE P.CUT I2,I3 (PL) | 16 | 6.22 | 525.00 | 3265.50 |
| | 33 | WHITE P.CUT I3 | 2 | 47.91 | 500.00 | 23955.00 |
| | | WHITE P.CUT SI 3 (PL) | 108 PCS | 17.59 | 425.00 | 7475.75 |
| | 35 | WHITE P.CUT SI 1 (PL) | 144 PCS | 23.60 | 405.00 | 9558.00 |
| | 36 | WHITE P.CUT SI 1 (PL) | 176 PCS | 25.05 | 405.00 | 10145.25 |
| | 37 | WHITE P.CUT SI 1 (PL) | 10 | 12.54 | 375.00 | 4702.50 |
| | 38 | WHITE P.CUT SI 1 (PL) | 180 | 17.86 | 375.00 | 6697.50 |
| | 39 | WHITE P.CUT I1,I2 | 20 | 1.79 | 290.00 | 519.10 |
| | 40 | WHITE P.CUT I1,I2 | 48 PCS | 1.72 | 270.00 | 464.40 |
| | 41 | WHITE P.CUT I1,I2 | 50 PCS | 1.39 | 260.00 | 361.40 |
| | 42 | IJ P.CUT I1,I2 (PL) | 164 PCS | 62.20 | 525.00 | 32655.00 |
| | 43 | IJ P.CUT I1,I2 | 3 PCS | 1.11 | 485.00 | 538.35 |
| | 44 | OW LB P.CUT I2,I3 | 117 PCS | 12.62 | 185.00 | 2334.70 |
| | 45 | WHITE NATTS P.CUT I1,I2 | 20 PCS | 0.64 | 250.00 | 160.00 |
| | 46 | WHITE NATTS P.CUT I1,I2 | 120 PCS | 3.16 | 250.00 | 790.00 |
| | 47 | WHITE NATTS P.CUT I1,I2 | 75 PCS | 1.42 | 230.00 | 326.60 |
| | 48 | F.CUT WH NATTS & P.CUT I2 (PL) | 13 | 2.03 | 420.00 | 852.60 |
| | 49 | F.CUT WH NATTS & P.CUT I2 (PL) | 13 | 2.01 | 418.00 | 840.18 |
| | 50 | WHITE PEAR SHAPE I1 | 2 | 26.70 | 925.00 | 24697.50 |
| | | Page Total... | | 457.34 | CFR US$ | 176356.38 |
| | | Total Carats. | | 585.33 | CFR US$ | 201014.06 |

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date
07/10/2005

For K P SANGHVI & SONS
Partner / Const. Attorney
Nikhil Vadia

# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref |
|---|---|---|---|
| **K P SANGHVI** SINCE 1945<br>K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0316<br>Fax: +91 - 22 - 2363 0813 | | KP/3222 DT. 17/10/2005 | TEL.: 0388040602 |
| | | Buyer's Order No. & Date | |
| | | FN-4683 (W.S.) | |
| | | Other Reference(s) | |
| | | GR FORM NO.: BA 0736717    Dt: 17/10/2005 | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A. ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG IN INDIA | U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

BANKER: ING VYSYA BANK LTD
TRADE FINANCE UNIT
PATEL CHAMBERS, OPERA HOUSE,
MUMBAI-400 007.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |
| Vessel / Flight No. | Port of Loading |
| AIR FREIGHT | MUMBAI |
| Port of Discharge | Final Destination |
| NEW YORK | NEW YORK |

| Marks & Nos./<br>Container No. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs<br>Per Crts | Quantity<br>Carats | Rate<br>Per Crts<br>US$ | Amount<br>US$ |
|---|---|---|---|---|---|---|
| Add.1 Tin Box<br>One Only | | CUT & POLISHED DIAMONDS | | | | |
| | | 1 WHITE P.CUT I2 | 1 PCS | 1.02 | 825.00 | 841.50 |
| | | 2 WHITE P.CUT I2 | 2 | 31.53 | 825.00 | 26012.25 |
| | | 3 WHITE P.CUT I2 | 3 PCS | 1.25 | 600.00 | 750.00 |
| | | 4 WHITE P.CUT I2 I3 (PL) | 4 PCS | 1.57 | 525.00 | 824.25 |
| | | 5 WHITE P.CUT I1 (PL) | 5 | 53.34 | 425.00 | 22669.50 |
| | | 6 WHITE P.CUT I1 I2 (PL) | 6 | 5.70 | 381.00 | 2171.70 |
| | | 7 WHITE P.CUT I2 | 37 | 3.32 | 255.00 | 846.60 |
| | | 8 WHITE P.CUT I2 | 50 | 46.00 | 255.00 | 11730.00 |
| | | 9 WHITE MQ I1 I2 | 172 PCS | 15.05 | 340.00 | 5117.00 |
| | | **Total Carats.** | | **158.78** | **CFR US$** | **70962.80** |

CTS. 126.23 VALUE US$ 48109.05 ARE UNDER 0.50 CTS. PER PCS. CTR. 32.55 VALUE US$ 26053.75 ARE ABOVE 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds.

70962.80

Amount Chargeable (in words): TOTAL CFR US DOLLAR SEVENTY THOUSAND NINE HUNDRED SIXTY TWO AND EIGHTY CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE CREDIT THE PROCEEDS TO CITI BANK 111, WALL STREET, NEW YORK SWIFT ADDRESS: CITIUS33 FOR FURTHER CREDIT TO ACCOUNT NO.36051862 OF ING VYSYA BANK LTD., MUMBAI SWIFT ADDRESS: VYSAINBBOSB TO THE CREDIT OF ACCOUNT NO. 55001101350O OF K.P.SANGHVI & SONS."

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date    For K P SANGHVI & SONS
17/10/2005          TARUN MEHTA

# INVOICE

**Exporter:** K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

**KP SANGHVI** SINCE 1945

**Invoice No. & Date:** KP/3243 DT. 22/10/2005
**Exporter's Ref:** IEC : 0388040602

**Buyer's Order No. & Date:** FN-4675 (N.B.)

**Other Reference(s):** GR Form No.: BA 0736741 DT: 22/10/2005

**Consignee:** DIRECT PARCEL

**Buyer (if other than consignee):**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.    ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

**Country of Origin of Goods:** MFG. IN INDIA
**Country of Final Destination:** U.S.A.

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-Carrier:** MUMBAI
**Vessel/Flight No.:** AIR FREIGHT
**Port of Loading:** MUMBAI
**Port of Discharge:** NEW YORK
**Final Destination:** NEW YORK

**Terms of Delivery and Payment:**
TERMS : 120 DAYS D/A

**BANKER:** CENTRAL BANK OF INDIA
1ST FLOOR, BAJAJ BHAVAN
NARIMAN POINT
MUMBAI - 400 021.

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Rate Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| | Add.1 Tin Box One Only | CUT & POLISHED DIAMONDS | | | | |
| | 1 | F/C WHITE SI 2 (PL) | 2 | 25.67 | 1375.00 | 35296.25 |
| | 2 | F/C WHITE I 1 (PL) | 6 | 2.00 | 800.00 | 1630.00 |
| | 3 | F/C WHITE I 1 (PL) | 23 | 1.00 | 640.00 | 640.00 |
| | 4 | F/C WHITE I 1 (PL) | 41 | 1.76 | 495.00 | 871.20 |
| | 5 | F/C WHITE I 1 (PL) | 40 | 1.92 | 490.00 | 940.80 |
| | 6 | F/C WHITE I 1 (PL) | 31 | 1.14 | 375.00 | 427.50 |
| | 7 | F/C WHITE NATTS I 2 (PL) | 84 | 0.75 | 230.00 | 172.50 |
| | 8 | DARK LC I 1 (PL) | 74 | 18.62 | 230.00 | 4282.60 |
| | 9 | DARK LC I 1 (PL) | 100 | 14.92 | 230.00 | 3431.60 |
| | | **Total Carats.** | | **67.78** | **CFR US$** | **47662.45** |

CTS. 42.11 VALUE US$ 12366.20 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 25.67 VALUE US$ 35296.25 ARE ABOVE 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds.

**Amount Chargeable (in words):** TOTAL CFR US DOLLAR FOURTY SEVEN THOUSAND SIX HUNDRED SIXTY TWO AND FOURTY FIVE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

**TOTAL:** 47662.45

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO CITI BANK, NEW YORK, SWIFT : CITI US 33 CREDIT TO A/C NO.36072305, CENTRAL BANK OF INDIA, OVERSEAS BRANCH, MUMBAI-21 SWIFT : CBININBBOSB BENEFICIARY M/S.K.P.SANGHVI & SONS A/C NO. 100162 "

**Declaration:**
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

**Signature & Date:** 22/10/2005
**For K.P. SANGHVI & SONS**
RAJESH L. CHANDELAR
Partner / Const. Attorney

# INVOICE

**Exporter:** K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 9813

**K P SANGHVI** SINCE 1945

**Invoice No. & Date:** KP/3259 DT: 27/10/2005
**Exporter's Ref:** IEC : 0388040602
**Buyer's Order No. & Date:** PN 4707 (W.S.)
**Other Reference(s):** GR Form No.: BA 0736764  Dt: 27/10/2005

**Consignee:** DIRECT PARCEL

**Buyer (if other than consignee):**
M/S. M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.  ATTN : MR. ERIC
FID NO.13-1394013
TEL:001212-7570790
FAX:001212-5814976

**Country of Origin of Goods:** MFG. IN INDIA
**Country of Final Destination:** U.S.A.

**Terms of Delivery and Payment:** TERMS : 120 DAYS D/A

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-Carrier:** MUMBAI
**Vessel / Flight No:** AIR FREIGHT
**Port of Loading:** MUMBAI
**Port of Discharge:** N YORK
**Final Destination:** NEW YORK

**BANKER:** STATE BANK OF HYDERABAD
OVERSEAS BRANCH
ASHOK MAHAL,1204,TULLOCH ROAD
COLABA,MUMBAI - 400 039.

| Marks & Nos./ Container No. | No. & Kind of Pkgs | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Rate Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| | Add.1 Tin Box One Only | CUT & POLISHED DIAMONDS | | | | |
| | | 1 F/C WHITE I 2 (PL) | 6 | 1.96 | 805.00 | 1577.80 |
| | | 2 F/C WHITE I 1 (PL) | 3 | 41.30 | 725.00 | 29942.50 |
| | | 3 F/C WLB 3RD PK (PL) | 17 | 15.33 | 224.00 | 3433.92 |
| | | 4 F/C WLB 4TH PK | 33 | 5.90 | 160.00 | 944.00 |
| | | 5 F/C WLB 4TH PK (PL) | 34 | 17.79 | 153.00 | 2721.87 |
| | | 6 F/C WHITE/PEARSHAPE I1 (PL) | 44 | 1.23 | 990.00 | 1217.70 |
| | | 7 F/C WLB /WH P/CUT I1-I2 (PL) | 12 | 111.31 | 309.00 | 34394.79 |
| | | 8 WHITE P/CUT I2 I3 | 1 PCS | 0.62 | 900.00 | 558.00 |
| | | 9 WHITE P/CUT SI1 | 20 | 9.76 | 355.00 | 3464.80 |
| | | 10 WHITE P/CUT I1 | 557 PCS | 33.56 | 300.00 | 10068.00 |
| | | 11 WHITE P/CUT I2 I3 | 49 PCS | 5.00 | 240.00 | 1200.00 |
| | | 12 WHITE P/CUT/TRI I1 (PL) | 100 | 14.31 | 544.00 | 7784.64 |
| | | Total Carats | | 258.07 | | 97308.02 |

CTS. 257.45 VALUE US$ 96750.02 ARE UNDER 0.50 CTS. PER PCS.  CTS. 0.62 VALUE US$ 558.00 ARE ABOVE 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds.

**TOTAL:** 97308.02

**Amount Chargeable (in words):** TOTAL CFR US DOLLAR NINETY SEVEN THOUSAND THREE HUNDRED EIGHT AND TWO CENT ONLY.
PAN NO.: AAAFK8390F. BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS VIA T.T. OR SWIFT TO THRU A/C.#.36074976 WITH CITI
BANK N.A., NEW YORK, CHIPS NUMBER CITI US33, F/O THE ACCOUNT STATE BANK
OF HYDERABAD UNDER SWIFT ADVICE TO THEIR OVERSEAS BRANCH (SBHYINBB001)
QUOTING THEIR REFERENCE NUMBER, CREDIT OF K.P. SANGHVI & SONS A/C.NO.
31528."

**Declaration:** We declare that this invoice shows the actual price of the Goods described and that all particulars are true and correct.

**Signature & Date:** 27/10/2005
For K.P. SANGHVI & SONS
RAJESH L. CHANDERAR

# INVOICE

| Exporter | Invoice No. & Date | Exporter's Ref |
|---|---|---|
| **K P SANGHVI**<br>SINCE 1965<br>K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315.<br>Fax: +91 - 22 - 2363 0813. | KP/3279 DT.29/10/2005 | IEC : 0388040602 |
| | Buyer's Order No. & Date | |
| | FN :4718          (W.S.) | |
| | Other Reference(s) | |
| | GR Form No.:BA 0736779   Dt: 29/10/2005 | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A.   ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |
| | Country of Origin of Goods: MFG. IN INDIA  / Country of Final Destination: U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

BANKER: STATE BANK OF HYDERABAD
        OVERSEAS BRANCH
        ASHOK MAHAL,1204,TULLOCH ROAD
        COLABA,MUMBAI - 400 039.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |
| Vessel / Flight No. | Port of Loading |
| AIR FREIGHT | MUMBAI |
| Port of Discharge | Final Destination |
| NEW YORK | NEW YORK |

Add 1 Tin Box
One Only

| No. & Kind of Pkgs. Description of Goods | AVG. PCS Per Crts | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|
| CUT & POLISHED DIAMONDS | | | | |
| 1 F.CUT WHITE SI | 120 | 10.00 | 375.00 | 3750.00 |
| 2 F.CUT WHITE I 2 (PL) | 55 | 20.89 | 325.00 | 6789.25 |
| 3 F.CUT WHITE I 1 | 175 | 15.00 | 300.00 | 4500.00 |
| 4 F.CUT WHITE I 1 | 200 | 15.00 | 300.00 | 4500.00 |
| 5 F.CUT WHITE SI | 225 | 15.00 | 300.00 | 4500.00 |
| 6 F.CUT WHITE I2 | 120 | 15.00 | 275.00 | 4125.00 |
| 7 F.CUT WHITE I1-2 | 175 | 15.00 | 275.00 | 4125.00 |
| Page Total... | | 105.89 | CFR US$ | 32289.25 |

CTS. 612.26 VALUE US$ 137426.55 ARE UNDER 0.50 CTS. PER PCS. Continued....Page 2
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds.

Amount Chargeable (in words): TOTAL CFR US DOLLAR ONE HUNDRED THIRTY SEVEN THOUSAND
FOUR HUNDRED TWENTY SIX AND FIFTY FIVE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

TOTAL  137426.55

**PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY**

"PLEASE REMIT PROCEEDS VIA T.T. OR SWIFT TO THRU A/C.#.36074976 WITH CITI
BANK N.A., NEW YORK, CHIPS NUMBER CITI US33, F/O THE ACCOUNT STATE BANK
OF HYDERABAD UNDER SWIFT ADVICE TO THEIR OVERSEAS BRANCH (SBHYINBB001)
QUOTING THEIR REFERENCE NUMBER, CREDIT OF K.P. SANGHVI & SONS A/C.NO.
21528."

Declaration: -
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

Signature & Date
For K.P. SANGHVI & SONS

29/10/2005

# INVOICE
Continuation Sheet

**K P SANGHVI**
SINCE 1985

K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315.
Fax: +91 - 22 - 2363 0813.

Invoice No. & Date: KP/3279 DT. 29/10/2005  IEC : 0388040602
Buyer's Order No. & Date: PN : 4718
Other Reference(s):
GR Form No. : BA 0736779   Dt: 29/10/2005

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs. Per Crts. | Quantity Carats | Rate Per Crts. | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs Per Crts | Carats | Per Crts US $ | US $ |
| One Only | CUT & POLISHED DIAMONDS | | | | | |
| | 8 | F.CUT WHITE I1-2 | 200 | 15.00 | 275.00 | 4125.00 |
| | 9 | F.CUT WHITE I1 | 225 | 15.00 | 275.00 | 4125.00 |
| | 10 | F.CUT WHITE I2 (PL) | 30 | 11.51 | 270.00 | 3107.70 |
| | 11 | F.CUT WHITE NATTS I3 (PL) | 20 | 57.10 | 250.00 | 14275.00 |
| | 12 | F.CUT WHITE NATTS I3 (PL) | 32 | 74.52 | 238.00 | 17735.76 |
| | 13 | F.CUT WHITE NATTS I2 (PL) | 100 | 8.48 | 230.00 | 1950.40 |
| | 14 | F.CUT WHITE NATTS I3 (PL) | 48 | 93.45 | 223.00 | 20839.35 |
| | 15 | F.CUT WHITE NATTS I3 (PL) | 100 | 35.18 | 200.00 | 7036.00 |
| | 16 | F.CUT WHITE NATTS I3 (PL) | 125 | 7.36 | 185.00 | 1361.60 |
| | 17 | F.CUT WLB 3RD PK (PL) | 17 | 37.62 | 230.00 | 8652.60 |
| | 18 | F.CUT WLB 3RD PK (PL) | 61 | 32.88 | 200.00 | 6576.00 |
| | 19 | F.CUT WLB 3RD PK (PL) | 83 | 9.65 | 173.00 | 1669.45 |
| | 20 | F.CUT TTLB H PK (PL) | 60 | 15.37 | 62.00 | 952.94 |
| | 21 | F.CUT TTLB H PK (PL) | 100 | 25.86 | 52.00 | 1344.72 |
| | 22 | F.CUT TTLBNT 4TH PK (PL) | 21 | 43.04 | 107.00 | 4605.28 |
| | 23 | S.CUT TTLB 3RD PK (PL) | 155 | 10.00 | 61.00 | 610.00 |
| | 24 | WH P.CUT & TRI SI 3 I2 (PL) | 150 | 14.35 | 430.00 | 6170.50 |
| | | Page Total... | | 506.37 | CFR US$ | 105137.30 |
| | | Total Carats. | | 612.26 | CFR US$ | 137426.55 |

Certified that the bills relating to
shipment declared on ... has been
presented to us for ... tion vide our
No. SEDO1A02063  2/11/05
For State Bank of Hyderabad

Chief Manager
Overseas Br. Mumbai.

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date

For K P SANGHVI & SONS