# INVOICE

**Exporter:** K P Sanghvi & Sons
1301, Prasad Chambers
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

**K P SANGHVI** SINCE 1985

**Invoice No. & Date:** KP/3294 DT 14/11/2005
**Exporter's Ref:** IEC : 0388040602
**Buyer's Order No. & Date:** FN:4726 (W.S.)
**Other Reference(s):** GR FORM NO.:BA 0736799  Dt: 14/11/2005

**Consignee:** DIRECT PARCEL

**Buyer (if other than consignee):**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A. ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

**Country of Origin of Goods:** MFG IN INDIA
**Country of Final Destination:** U.S.A.

**Terms of Delivery and Payment:** TERMS : 120 DAYS D/A

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-Carrier:** MUMBAI
**Vessel / Flight No:** AIR FREIGHT
**Port of Loading:** MUMBAI
**Port of Discharge:** NEW YORK
**Final Destination:** NEW YORK

**BANKER:** CENTRAL BANK OF INDIA
1ST FLOOR, BAJAJ BHAVAN
NARIMAN POINT
MUMBAI - 400 021.

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs. Per Crts | Quantity Carats | Rate Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | One Only | CUT & POLISHED DIAMONDS | | | | |
| | | 1 WHITE OVAL SI | 23 PCS | 24.36 | 2731.03 | 66527.89 |
| | | Total Carats | | 24.36 | CFR US$ | 66527.89 |

[CENTRAL BANK OF INDIA OVERSEAS BRANCH stamp, FDD 917801, NARIMAN POINT, MUMBAI-21]

Authorised Signatories

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds.

**Amount Chargeable (in words):** TOTAL CFR US DOLLAR SIXTY SIX THOUSAND FIVE HUNDRED TWENTY SEVEN AND EIGHTY NINE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

**TOTAL:** 66527.89

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO CITI BANK, NEW YORK, SWIFT : CITI US 33 CREDIT TO A/C NO.36072305, CENTRAL BANK OF INDIA, OVERSEAS BRANCH, MUMBAI-21 SWIFT : CBININBBOSB BENEFICIARY M/S.K.P.SANGHVI & SONS A/C NO.100162"

**Declaration:** We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

**Signature & Date:** For K P SANGHVI & SONS
14/11/2005
Partner / Const. Attorney

# INVOICE

| Exporter | Invoice No. & Date | Exporter's Ref. |
|---|---|---|
| **K P Sanghvi & Sons**<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India<br>Tel: +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0813 | KP/3407 DT.14/12/2005 | IEC : 0388040602 |
| | Buyer's Order No. & Date | |
| | FN : 4758 (W.S.) | |
| | Other Reference(s) | |
| | GR Form No.:BA 0736928   Dt: 14/12/2005 | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A. ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

| Pre-Carriage by | Place of Receipt by Pre-Carrier | BANKER: STATE BANK OF TRAVANCORE |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | CORPORATE FINANCE BRANCH |
| Vessel / Flight No. | Port of Loading | 112-115, TULSIANI CHAMBERS |
| AIR FREIGHT | MUMBAI | 212 NARIMAN POINT, MUMBAI-21. |
| Port of Discharge | Final Destination | |
| NEW YORK | NEW YORK | |

| Marks & Nos./<br>Container No. | No. & Kind of Pkgs | Description of Goods | Avg. Pcs<br>Per Crts | Quantity<br>Carats | Rate<br>Per Crts<br>US$ | Amount<br>US$ |
|---|---|---|---|---|---|---|
| Add.1 Tin Box<br>One Only | | CUT & POLISHED DIAMONDS | | | | |
| | 1 | F.CUT WHITE I1 (PL) | 33 | 33.05 | 1086.00 | 35892.30 |
| | 2 | F.CUT WHITE PK | 2 PCS | 1.08 | 715.00 | 772.20 |
| | 3 | F.CUT WHITE PK (PL) | 5 | 0.55 | 391.00 | 215.05 |
| | 4 | TTLC S/B SI | 36 PCS | 10.00 | 330.00 | 3300.00 |
| | 5 | F.CUT WHITE NATTS I1 (PL) | 32 | 2.96 | 300.00 | 888.00 |
| | 6 | F.CUT WHITE NATTS I3 | 100 | 0.98 | 210.00 | 205.80 |
| | 7 | F.CUT WHITE 3RD PK (PL) | 10 | 0.21 | 240.00 | 50.40 |
| | 8 | S.CUT WHITE 2ND PK (PL) | 171 | 0.07 | 135.00 | 9.45 |
| | | Total Carats | | 48.90 | CFR US$ | 41333.20 |

CTS. 47.82 VALUE US$ 40561.00 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 1.08 VALUE US$ 772.20 ARE ABOVE 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guaranties provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR FOURTY ONE THOUSAND THREE HUNDRED<br>THIRTY THREE AND TWENTY CENT ONLY.<br>PAN NO.: AAAK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | 41333.20 |

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS BY T.T.TO THE CHASE MANHATTAN BANK,NEW YORK,U.S.A.
CREDIT TO STATE BANK OF TRAVANCORE,FOREIGN EXCHANGE DEPT.,ERNAKULAM A/C
NO.001-1-40,493 QUOTING BANK REF.NO. UNDER TLX ADVISE TO STATE BANK OF -
TRAVANCORE,CORPORATE FINANCE BRANCH,112-115,TULSIANI CHAMBERS,212 NARIMAN
POINT, MUMBAI 400 021, CREDIT OF K.P.SANGHVI & SONS, A/C NO.57001820714."

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date: 14/12/2005

For K.P. SANGHVI & SONS
RAJESH L. CHANDEKAR

# INVOICE

**Exporter:** K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315.
Fax: +91 - 22 - 2363 0813.

**K P SANGHVI** SINCE 1943

**Invoice No. & Date:** KP/3421 DT. 22/12/2005
**Exporter's Ref:** IEC : 0388040602
**Buyer's Order No. & Date:** FN:4767   (J.M.)
**Other Reference(s):** GR Form No.: BA 0736943   Dt: 22/12/2005

**Consignee:** DIRECT PARCEL

**Buyer (if other than consignee):**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.  ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

**Country of Origin of Goods:** MFG. IN INDIA
**Country of Final Destination:** U.S.A.
**Terms of Delivery and Payment:** TERMS : 120 DAYS D/A

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-Carrier:** MUMBAI
**Vessel / Flight No:** AIR FREIGHT
**Port of Loading:** MUMBAI
**Port of Discharge:** NEW YORK
**Final Destination:** NEW YORK

**BANKER:** CENTRAL BANK OF INDIA
1ST FLOOR, BAJAJ BHAVAN
NARIMAN POINT
MUMBAI - 400 021.

Add. 1 Tin Box
Case only

| Marks & Nos. | Kind of Pkgs / Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts Rate US$ | Amount US$ |
|---|---|---|---|---|---|
| 1 | F.CUT WHITE I 1 | 20 PCS | 20.16 | 1900.00 | 38304.00 |
| 2 | F.CUT WHITE PK 1 | 1 PCS | 1.04 | 1375.00 | 1430.00 |
| 3 | F.CUT WHITE I 1 (PL) | 3 | 5.06 | 805.00 | 4073.30 |
| 4 | F.CUT WHITE PK | 4 | 2.98 | 438.00 | 1305.24 |
| 5 | F.CUT WHITE PK 1 (PL) | 35 | 0.97 | 379.00 | 367.63 |
| 6 | F.CUT WHITE I 1 (PL) | 29 | 97.45 | 357.00 | 34789.65 |
| 7 | F.CUT WHITE 2ND PK (PL) | 83 | 12.62 | 232.00 | 2927.84 |
| | Page Total... | | 140.28 | CFR US$ | 83197.66 |

CTS. 285.14 VALUE US$ 74016.68 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 22.29 VALUE US$ 40567.85 ARE ABOVE 0.50 CTS. PER PCS. Continued....Page
the diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

**Amount Chargeable (in words):** TOTAL CFR US DOLLAR ONE HUNDRED NINETEEN THOUSAND
THREE HUNDRED EIGHTY FOUR AND FIFTY THREE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

**TOTAL:** 119384.53

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO CITI BANK, NEW YORK, SWIFT : CITI US 33 CREDIT TO
A/C NO.36072305, CENTRAL BANK OF INDIA, OVERSEAS BRANCH, MUMBAI-21 SWIFT :
CBININBBOSE BENEFICIARY M/S.K.P.SANGHVI & SONS A/C NO.100162 "

**Declaration:**
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

**Signature & Date:** 22/12/2005
**For K P SANGHVI & SONS**
Partner / Const. Attorney

# INVOICE

Continuation Sheet



**K P Sanghvi & Sons**
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

K P SANGHVI
SINCE 19 5

| Invoice No. & Date | Exporter's Ref. |
|---|---|
| KP/3421 DT 22/12/2005 | EC : 0388040602 |
| Buyer's Order No. & Date | |
| | EN: 4767 |
| Other Reference(s) | |
| GR Form No : BA 0736943 | Dt: 22/12/2005 |

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg. Pcs. Per Crts | Quantity Carats | Rate Per Crts | Amount |
|---|---|---|---|---|---|---|
| Add.1 | Tin Box | CUT & POLISHED DIAMONDS | Avg Pcs Per Crts | Carats | Per Crts US $ | US $ |
| | One Only | 8 F.CUT WHITE 3RD PK | 180 PCS | 2.22 | 170.00 | 377.40 |
| | | 9 F.CUT WHITE 4TH PK | 320 PCS | 3.08 | 150.00 | 462.00 |
| | | 10 F.CUT WHITE NATTS I1 (PL) | 3 | 15.15 | 615.00 | 9317.25 |
| | | 11 F.CUT WHITE NATTS I2 (PL) | 6 | 7.46 | 410.00 | 3058.60 |
| | | 12 F.CUT WHITE NATTS I3 (PL) | 5 | 3.90 | 365.00 | 1423.50 |
| | | 13 F.CUT WHITE NATTS I3 | 10 | 6.86 | 305.00 | 2092.30 |
| | | 14 F.CUT WHITE NATTS I3 (PL) | 8 | 2.12 | 280.00 | 593.60 |
| | | 15 F.CUT WHITE NATTS I3 (PL) | 22 | 13.14 | 260.00 | 3416.40 |
| | | 16 F.CUT WLB 3RD PK | 66 | 0.15 | 147.00 | 22.05 |
| | | 17 S.CUT WHITE 2ND PK | 100 | 11.22 | 150.00 | 1683.00 |
| | | 18 S.CUT WHITE 2ND PK (PL) | 200 | 55.00 | 143.00 | 7865.00 |
| | | 19 S.CUT WHITE 4TH PK | 133 | 14.70 | 130.00 | 1911.00 |
| | | 20 S.CUT WHITE 4TH PK | 200 | 25.00 | 90.00 | 2250.00 |
| | | 21 S.CUT WHITE 3RD PK (PL) | 171 | 2.17 | 84.00 | 182.28 |
| | | 22 S.CUT WHITE 4TH PK (PL) | 153 | 2.93 | 72.00 | 210.96 |
| | | 23 F.CUT WH & P.CUT 2ND PK (PL) | 9 | 0.96 | 508.00 | 487.63 |
| | | 24 F.CUT WHITE I1 | 2 PCS | 1.09 | 765.00 | 833.85 |
| | | Page Total... | | 167.15 | CFR US$ | 36186.87 |
| | | Total Carats. | | 307.43 | CFR US$ | 19384.53 |

**Declaration:**
We declare that this invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date
22/12/2005

For K P SANGHVI & SONS
Partner / Const. Attorney
CHARU K. SHAH

# INVOICE



**K P SANGHVI & Sons**
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0613

| | |
|---|---|
| Invoice No. & Date | KP/3442 DT. 30/12/2005 |
| Exporter's Ref. | IEC : 0388040602 |
| Buyer's Order No. & Date | FN-4778   (W.S.) |
| Other Reference | GR FORM No.: BA 0736968   Dt: 30/12/2005 |

Consignee: DIRECT PARCEL

Ref. N305106020010  02/01/06

Buyer (if other than consignee):
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.   ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

Country of Origin of Goods: MFG. IN INDIA
Country of Final Destination: U.S.A.

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

BANKER: HDFC BANK LTD.
SANDOZ HOUSE
DR. ANNIE BESANT ROAD
WORLI, MUMBAI 400 018.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |

| Vessel / Flight No | Port of Loading |
|---|---|
| AIR FREIGHT | MUMBAI |

| Port of Discharge | Final Destination |
|---|---|
| NEW YORK | NEW YORK |

Add. 1 Tin Box

| Marks & Container No. | Nature & Kind of Packings of Goods | Avg Pcs Per Crts | Carats | Per Crts US$ | US$ |
|---|---|---|---|---|---|
| 1 | F.CUT WHITE SI | 3 | 1.53 | 860.00 | 1315.80 |
| 2 | F.CUT WHITE I | 11 | 2.93 | 518.00 | 1517.74 |
| 3 | F.CUT WHITE 3RD PK | 18 PCS | 7.21 | 475.00 | 3424.75 |
| 4 | F.CUT WHITE I3 | 4 | 37.66 | 475.00 | 17888.50 |
| 5 | F.CUT WHITE 3RD PK | 13 | 9.55 | 113.00 | 1079.15 |
| 6 | F.CUT WHITE 5TH PK | 53 | 7.36 | 92.00 | 677.12 |
| 7 | F.CUT WHITE 6TH PK | 38 | 6.26 | 77.00 | 482.02 |
| | Page Total... | | 72.50 | CFR US$ | 26385.08 |

CTS. 411.93 VALUE US$ 126140.90 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 0.70 VALUE US$ 700.00 ARE ABOVE 0.50 CTS. PER PCS. Continued....Page 2

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

Amount Chargeable (in words): TOTAL CFR US DOLLAR ONE HUNDRED TWENTY SIX THOUSAND EIGHT HUNDRED FOURTY AND NINETY CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

TOTAL: 126840.90

**PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY**

"PLEASE REMIT PROCEEDS WITH BANK OF AMERICA, NEW YORK, SWIFT ID # BOFAUS3N
FOR CREDIT OF A/C NO.6550492079, HDFC BANK LTD., SANDOZ HOUSE, WORLI,
MUMBAI 400 018 FOR FURTHER CREDIT TO K.P.SANGHVI & SONS A/C.0600310001356

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date: 30/12/2005

For K P SANGHVI & SONS
RAJESH L. CHANDEKAR

# INVOICE
Continuation Sheet

**K P SANGHVI**
SINCE 1943

K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315.
Fax: +91 - 22 - 2363 0813.

Invoice No. & Date: KP/3442 DT.30/12/2005
Exporter's Ref: IEC : 0388040602
Buyer's Order No. & Date: FN-4778
Other Reference(s): GR Form No.:BA 0736968   Dt: 30/12/2005

| Marks & Nos / Container No. | No. & Kind of Pkgs. Description of Goods | Avg Pcs Per Crts. | Quantity Carats. | Rate Per Crts. | Amount |
|---|---|---|---|---|---|
| Add.1 Tin Box One Only | CUT & POLISHED DIAMONDS | Avg Pcs Per Crts | Carats | Per Crts US $ | US $ |
| | 8 F.CUT WHITE NATTS I3 | 83 | 12.56 | 225.00 | 2826.00 |
| | 9 F.CUT WHITE NATTS I3 | 100 | 16.35 | 200.00 | 3270.00 |
| | 10 F.CUT WHITE NATTS I3 | 70 | 6.91 | 200.00 | 1382.00 |
| | 11 F.CUT WHITE NATTS I3 | 100 | 8.65 | 200.00 | 1730.00 |
| | 12 F.CUT WHITE NATTS I3 | 47 | 2.87 | 200.00 | 574.00 |
| | 13 F.CUT WHITE NATTS I3 | 66 | 13.56 | 200.00 | 2712.00 |
| | 14 F.CUT TLBNT 4TH PK | 70 | 1.02 | 115.00 | 117.30 |
| | 15 F.CUT TLBNT 4TH PK | 100 | 0.83 | 115.00 | 95.45 |
| | 16 F.CUT TLBNT 4TH PK | 100 | 0.99 | 115.00 | 113.85 |
| | 17 F.CUT TLBNT 4TH PK | 100 | 81.31 | 112.00 | 9106.72 |
| | 18 F.CUT WLB 3RD PK | 60 | 41.75 | 200.00 | 8350.00 |
| | 19 S.CUT WHITE 4TH PK | 200 | 27.00 | 77.00 | 2079.00 |
| | 20 WHITE SB I | 115 | 41.40 | 210.00 | 8694.00 |
| | 21 F.CUT WHITE & P SHAPE I1 | 28 | 1.23 | 735.00 | 904.05 |
| | 22 F.CUT WHITE & P SHAPE | 23 | 37.02 | 710.00 | 26284.20 |
| | WHITE MQ I2 | 1 PCS | 0.70 | 1000.00 | 700.00 |
| | 24 WHITE TRI SI3 I1 | 693 PCS | 45.01 | 425.00 | 19129.25 |
| | 25 WHITE TRI SI3 I1 | 618 PCS | 30.97 | 400.00 | 12388.00 |

PACKING LIST FOR 1,2,5 TO 14

18 TO 22 ONLY

Page Total... 370.13 CFR US$ 100455.82

Total Carats. 442.63 CFR US$ 126840.90

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date: 30/12/2005

For K.P. SANGHVI & SONS
Partner / Const. Attorney
RAJESH L. CHANDEKAR

# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1865 | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India<br>Tel: +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0813 | KP/3477 DT. 12/01/2006 | IEC : 0388040602 |
| | | Buyer's Order No. & Date | |
| | | FB-4792 DEPT#2 (J.M.) | |
| | | Other Reference(s) | |
| | | GR Form No.: BA 0634510    Dt: 12/01/2006 | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A.   ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |
| | Country of Origin of Goods: MFG. IN INDIA   Country of Final Destination: U.S.A. |
| | Terms of Delivery and Payment<br>TERMS : 120 DAYS D/A |

| Pre-Carriage by | Place of Receipt by Pre Carrier | BANKER: HDFC BANK LTD. |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | SANDOZ HOUSE |
| Vessel / Flight No. | Port of Loading | DR. ANNIE BESANT ROAD |
| AIR FREIGHT | MUMBAI | WORLI, MUMBAI 400 018. |
| Port of Discharge | Final Destination | |
| NEW YORK | NEW YORK | |

| Marks & Nos / Container No | No. & Kind of Pkgs | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Rate Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| | Add. 1 Tin Box<br>One Only | CUT & POLISHED DIAMONDS | | | | |
| | | 1 F.CUT WHITE NATTS I2 | 33 | 656.77 | 214.20 | 140680.13 |
| | | 2 F.CUT WHITE NATTS I3 | 33 | 100.00 | 183.60 | 18360.00 |
| | | Total Carats. | | 756.77 | CFR US$ | 159040.13 |

EBRS0G01A0018   18/01/06

CTS. 756.77 VALUE USA 159040.13 ARE UNDER 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR ONE HUNDRED FIFTY NINE THOUSAND FOURTY AND THIRTEEN CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | 159040.13 |

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

*PLEASE REMIT PROCEEDS WITH BANK OF AMERICA, NEW YORK, SWIFT ID # BOFAUS3N
FOR CREDIT OF A/C NO.6550492079, HDFC BANK LTD., SANDOZ HOUSE, WORLI,
MUMBAI 400 018 FOR FURTHER CREDIT TO K.P.SANGHVI & SONS A/C.0600310001356

| Declaration: | Signature & Date | For K P SANGHVI & SONS |
|---|---|---|
| We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | 12/01/2006 | CHARU K. SHAH<br>Constituted Attorney |