# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1963 | K P Sanghvi & Sons 1301, Prasad Chambers, Opera House, Mumbai 400 004, India. Tel: +91 - 22 - 2363 0315, Fax +91 - 22 - 2363 0313. | KP/3537 DT.30/01/2006 | IEC : 0388040602 |
| | | Buyer's Order No. & Date | |
| | | FN:4823 | (J.M.) |
| | | Other Reference(s) | |
| | | GR Form No.:BA 0634582 | Dt: 30/01/2006 |

| Consignee | Buyer (if other than consignee) |
|---|---|
| BANK LEUMI TRUST CO. OF NEW YORK, 6TH FLOOR, COLLECTION DEPARTMENT, 564 FIFTH AVENUE, NEW YORK, N.Y.10036, U.S.A ATTN : ROSEMARIE WATKINS | M/S.M. FABRIKANT & SONS INC. 1 ROCKEFELLER PLAZA, 25TH FLOOR NEW YORK, N.Y. 10020 U.S.A. ATTN : MR. ERIC FID NO.13-1894013 TEL:001212-7570790 FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

| | Terms of Delivery and Payment |
|---|---|
| | TERMS : 120 DAYS D/A |

| Pre-Carriage by | Place of Receipt by Pre-Carrier | |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | BANKER: STATE BANK OF HYDERABAD OVERSEAS BRANCH ASHOK MAHAL,1204 TULLOCH ROAD COLABA,MUMBAI - 400 039. |
| Vessel / Flight No. | Port of Loading | |
| AIR FREIGHT | MUMBAI | |
| Port of Discharge | Final Destination | |
| NEW YORK | NEW YORK | |

| Marks & Nos. Container No. | No. & Kind of Pkgs. Description of Goods | Avg. Pcs. Per Crts. | Quantity Carats | Per Crts. US$ | Amount US$ |
|---|---|---|---|---|---|
| One Only PLAIN BOX | CUT & POLISHED DIAMONDS | | | | |
| | 1 F.CUT WHITE 2ND PK | 32 PCS | 24.06 | 535.00 | 12872.10 |
| | 2 F.CUT WHITE 3RD PK | 6 | 24.41 | 324.00 | 7908.84 |
| | 3 F.CUT WHITE 5TH PK | 19 | 7.68 | 83.00 | 637.44 |
| | 4 F.CUT WHITE NATTS I3 | 6 | 24.31 | 327.00 | 7949.37 |
| | 5 F.CUT WHITE NATTS I3 | 12 | 6.23 | 291.00 | 1812.93 |
| | 6 F.CUT WHITE NATTS I3 | 76 | 6.51 | 200.00 | 1302.00 |
| | 7 F.CUT WHITE NATTS I3 | 100 | 20.95 | 200.00 | 4190.00 |
| | 8 F.CUT TTLC 3RD PK | 39 | 20.41 | 194.00 | 3959.54 |
| | 9 F.CUT TTLB 4TH PK | 40 | 19.64 | 112.00 | 2199.68 |
| | 10 S.CUT WHITE 1ST PK | 100 | 3.00 | 152.00 | 456.00 |
| | 11 S.CUT WHITE 1ST PK | 100 | 14.00 | 152.00 | 2128.00 |
| | 12 S.CUT WHITE 3RD PK | 200 | 3.65 | 92.00 | 340.40 |
| | 13 S.CUT WHITE 4TH PK | 300 | 137.00 | 75.00 | 10275.75 |
| | 14 F.CUT & S.CUT WHITE 3RD PK | 112 | 0.50 | 156.00 | 78.00 |
| | 15 F.CUT OWH HI (J) 2ND PK | 25 | 10.06 | 185.00 | 1861.10 |
| | PACKING LIST FROM 1 TO 14 LOT | | | | |
| | **Total Carats** | | 322.47 | **Total US$** | 57971.15 |

PCS. 298.41 VALUE US$ 45099.05 ALL UNDER 0.50 CTS. PER PCS. :: CTS. 24.06 VALUE US$ 12872.10 ALL ABOVE 0.50 CTS. PER PCS.

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.the seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | | TOTAL | 57971.15 |
|---|---|---|---|
| TOTAL CFR US DOLLAR FIFTY SEVEN THOUSAND NINE HUNDRED SEVENTY ONE AND FIFTEEN CENT ONLY. PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001 INSURED DOOR TO DOOR MALCA AMIT | | | |

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO AMERICAN EXPRESS BANK LTD.NEW YORK (AEIBUS33) CHIPS NUMBER ABA 0159, FED ABA 124071889, FOR THE ACCOUNT STATE OF HYDERABAD UNDER SWIFT ADVICE TO THEIR OVERSEAS BRANCH (SBHINBB001) QUOTING THEIR REFERENCE NUMBER, CREDIT OF K.P. SANGHVI & SONS A/C.NO. 52090545690."

| Declaration: We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | Signature & Date 30/01/2006 | For K.P. SANGHVI & SONS Partner / Const. Attorney RAJESH L. CHANDEKAR |
|---|---|---|

# INVOICE

| Exporter | **K P Sanghvi & Sons**<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0843. | Invoice No. & Date<br>KP/3557 DT.02/02/2006 | Exporter's Ref.<br>IEC : 0388040602 |
|---|---|---|---|

**K.P. SANGHVI** SINCE 1947

| | Buyer's Order No. & Date |
|---|---|
| | FN:4830    (J.M.) |

Other Reference(s)
GR Form No.:BA 0634604    DT: 02/02/2006

| Consignee | Buyer (if other than consignee) |
|---|---|
| BANK LEUMI TRUST CO.OF NEW YORK,<br>6TH FLOOR, COLLECTION DEPARTMENT,<br>564 FIFTH AVENUE, NEW YORK,<br>N.Y.10036, U.S.A<br>ATTN : ROSEMARIE WATKINS | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A. ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG IN INDIA | U.S.A. |

| Pre-Carriage by | Place of Receipt by Pre-Carrier | Terms of Delivery and Payment |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | TERMS : 120 DAYS D/A |
| **Vessel / Flight No.** | **Port of Loading** | BANKER: BANK OF MAHARASHTRA<br>OVERSEAS BRANCH<br>MITTAL COURT 'A' WING<br>NARIMAN POINT<br>MUMBAI 400 021. |
| AIR FREIGHT | MUMBAI | |
| **Port of Discharge** | **Final Destination** | |
| NEW YORK | NEW YORK | |

| No. & Kind of Pkgs.<br>ADD 1 TIN BOX<br>One Only | Description of Goods<br>CUT & POLISHED DIAMONDS | Avg. PCS<br>Per Crts | | Quantity<br>Carats | Per Rate Crts<br>US$ | Amount<br>US$ |
|---|---|---|---|---|---|---|
| 1 | F.CUT WHITE 2ND PK | 20 | PCS | 10.28 | 625.00 | 6425.00 |
| 2 | F.CUT WHITE 2ND PK (PL) | 2 | | 1.01 | 500.00 | 505.00 |
| 3 | F.CUT WHITE PK (PL) | 4 | | 0.80 | 464.00 | 371.20 |
| 4 | F.CUT WHITE 3RD PK (PL) | 107 | | 9.84 | 160.00 | 1574.40 |
| 5 | F.CUT WHITE 4TH PK (PL) | 92 | | 1.75 | 125.00 | 218.75 |
| 6 | F.CUT WHITE NATTS I3 (PL) | 9 | | 0.97 | 455.00 | 441.35 |
| 7 | F.CUT WHITE NATTS I2 (PL) | 37 | | 7.05 | 340.00 | 2397.00 |
| 8 | F.CUT WHITE NATTS I3 (PL) | 100 | | 18.73 | 200.00 | 3746.00 |
| 9 | F.CUT WHITE NATTS I3 (PL) | | | 23.74 | 200.00 | 4748.00 |
| 10 | S.CUT WHITE 1ST PK (PL) | 133 | | 20.80 | 182.00 | 3785.60 |
| 11 | S.CUT WHITE 3RD PK (PL) | 200 | | 25.00 | 92.00 | 2300.00 |
| 12 | S.CUT WHITE 3RD PK (PL) | 200 | | 45.00 | 92.00 | 4140.00 |
| 13 | S.CUT WHITE 4TH PK (PL) | 200 | | 3.00 | 92.00 | 246.00 |
| 14 | WHITE P.CUT I2 I3 (PL) | 52 | PCS | 19.84 | 530.00 | 10515.20 |
| 15 | WHITE P.CUT I2 I3 (PL) | 6 | | | 320.00 | 822.40 |
| 16 | WHITE NATTS P.CUT I3 (PL) | 10 | | | 249.00 | 1518.90 |
| 17 | F.CUT & F/SHAPE 2ND PK (PL) | 40 | | | 355.00 | 53494.95 |
| | **Total Carats.** | | | **347.17** | **CFR US$** | **97249.75** |

CTS. 335.88 VALUE US$ 90829.75 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 11.29 VALUE US$ 6350.00 ARE ABOVE 0.50 CTS. PER PCS.

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.the seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments

| Amount Chargeable<br>(in words) | TOTAL | |
|---|---|---|
| TOTAL CFR US DOLLAR NINETY SEVEN THOUSAND TWO HUNDRED<br>FOURTY NINE AND SEVENTY FIVE CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | | 97249.75 |

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS VIA T.T. OR SWIFT TO UNION BANK OF CALIFORNIA INTER-
NATIONAL, NEW YORK VIA CHIPS ABA NO.505 OR FEDWIRE ROUTING NO.026005050
FOR CREDIT OF BANK OF MAHARASHTRA A/C NO.31-150888-1121 UNDER SWIFT ADVICE
OVERSEAS BRANCH,MUMBAI 400 021 QUOTING BANK REF.NO., CREDIT OF K.P.SANGHVI
& SONS A/C NO.290."

| Declaration:<br>We declare that this Invoice shows the actual price of the Goods<br>described and that all particulars are true and correct. | Signature & Date | For K.P. SANGHVI & SONS |
|---|---|---|
| | 02/02/2006 | Partner / Const. Attorney |

# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| ⟨logo⟩ **K P SANGHVI** SINCE 1952 | K. P. Sanghvi & Sons 1301, Prasad Chambers Opera House Mumbai 400 004, India. Tel +91 - 22 - 2363 0315. Fax: +91 - 22 - 2363 0513. | KP/3558 DT. 03/02/2006 | IEC : 0388040602 |

**Buyer's Order No. & Date:** FN-4832 DEPT#13 (W.S.)

GR Form No. : BA 0634603    DT. 03/02/2006

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.N. FABRIKANT & SONS INC. 1 ROCKEFELLER PLAZA, 28TH FLOOR NEW YORK, N.Y. 10020 U. S. A. ATTN : MR. ERIC FID NO.13-1894013 TEL:001212-7570790 FAX:001212-5814976. |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment

TERMS : 120 DAYS D/A

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |

| Vessel / Flight No. | Port of Loading |
|---|---|
| AIR FREIGHT | MUMBAI |

| Port of Discharge | Final Destination |
|---|---|
| NEW YORK | NEW YORK |

BANKER: STATE BANK OF HYDERABAD OVERSEAS BRANCH ASHOK MAHAL,1204,TULLOCH ROAD COLABA,MUMBAI - 400 039.

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs. Per Crts | Quantity Carats | Rate Per Crts. | Amount |
|---|---|---|---|---|---|---|
| | | | Avg Pcs Per Crts | Carats | Per Crts US$ | US$ |
| Add. 1 Tin Box One Only | CUT & POLISHED DIAMONDS | | | | | |
| | 1 P.CUT O.WH.I1 | | 246 PCS | 186.83 | 1150.00 | 214854.50 |
| | | Total Carats. | | 186.83 | CFR US$ | 214854.50 |

Certified that the is the relating to shipment ... bean ... ... with about presen... No.06NC9517    07-02-06

⟨signature⟩ Chief Manager Overseas Br. Mumbai

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

**TOTAL: 214854.50**

Amount Chargeable (in words) TOTAL CFR US DOLLAR TWO HUNDRED FOURTEEN THOUSAND EIGHT HUNDRED FIFTY FOUR  AND FIFTY CENT ONLY.
PAN NO. : AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO AMERICAN EXPRESS BANK LTD.NEW YORK (AEIBUS33) CHIPS NUMBER ABA 0159, FED ABA 124071889, FOR THE ACCOUNT STATE OF HYDERABAD UNDER SWIFT ADVICE TO THEIR OVERSEAS BRANCH (SBHINBB001) QUOTING THEIR REFERENCE NUMBER, CREDIT OF K.P. SANGHVI & SONS A/C.NO. 52090545690."

| Declaration: We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | Signature & Date 03/02/2006 | For K P SANGHVI & SONS ⟨signature⟩ Partner / Const. Attorney NIKHIL VADIA |
|---|---|---|

# INVOICE

| Exporter | K P Sanghvi & Sons | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1947 | 1301, Prasad Chambers, Opera House, Mumbai 400 004, India. Tel: +91 - 22 - 2363 0315. Fax: +91 - 22 - 2363 0813. | KP/3575 DT.08/02/2006 | IEC : 0388040602 |

Buyer's Order No. & Date: **FN:4844    (W.S.)**

GR Form No.:BA 0634622    Dt: 08/02/2006

**Consignee**
BANK LEUMI TRUST CO.OF NEW YORK,
6TH FLOOR, COLLECTION DEPARTMENT,
564 FIFTH AVENUE, NEW YORK,
N.Y.10036, U.S.A
ATTN : ROSEMARIE WATKINS

**Buyer (if other than consignee)**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.   ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment:
**TERMS : 120 DAYS D/A**

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |

| Vessel / Flight No. | Port of Loading |
|---|---|
| AIR FREIGHT | MUMBAI |

| Port of Discharge | Final Destination |
|---|---|
| NEW YORK | NEW YORK |

BANKER: BANK OF MAHARASHTRA
OVERSEAS BRANCH
MITTAL COURT 'A' WING
NARIMAN POINT
MUMBAI 400 021.

Add.1 Tin Box

| Marks & Nos./ Container No. | No. & Kind of Pkgs./ Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts Rate Per US$ | Amount US$ |
|---|---|---|---|---|---|
| ONE Only | CUT & POLISHED DIAMONDS | | | | |
| | 1 F.CUT WHITE SI3 (PL) | 83 | 1.22 | 996.00 | 1215.12 |
| | 2 F.CUT WHITE I2 (PL) | 3 | 11.97 | 612.00 | 7325.64 |
| | 3 F.CUT WHITE SI3 (PL) | 200 | 0.21 | 306.00 | 64.26 |
| | 4 F.CUT WHITE SI3 (PL) | 200 | 0.49 | 306.00 | 149.94 |
| | 5 F.CUT WHITE SI | 200 | 25.00 | 300.00 | 7500.00 |
| | 6 F.CUT WHITE 6TH PK (PL) | 98 | 48.97 | 67.00 | 3280.99 |
| | 7 F.CUT WLB 2ND PK | 14 | 0.96 | 204.00 | 195.84 |
| | 8 F.CUT ELBNT 2ND PK (PL) | 12 | 4.84 | 204.00 | 987.36 |
| | Page Total.. | | 93.66 | CFR US$ | 20749.15 |

CTS. 319.26 VALUE US$ 50452.89 ARE UNDER 0.50 CTS. PER PCS. Continued....Page 2

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | | TOTAL |
|---|---|---|
| TOTAL CFR US DOLLAR FIFTY THOUSAND FOUR HUNDRED FIFTY TWO AND EIGHTY NINE CENT ONLY. | | 50452.89 |

PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS VIA T.T. OR SWIFT TO UNION BANK OF CALIFORNIA INTER-
NATIONAL, NEW YORK VIA CHIPS ABA NO.505 OR FEDWIRE ROUTING NO.026005050
FOR CREDIT OF BANK OF MAHARASHTRA A/C NO.91-150688-1121 UNDER SWIFT ADVICE
OVERSEAS BRANCH,MUMBAI 400 021 QUOTING BANK REF.NO.,CREDIT OF K.P.SANGHVI
& SONS A/C NO.290."

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date: 08/02/2006

For K P SANGHVI & SONS

Partner / Const. Attorney

RAJESH T. CHANDRKAR




**INVOICE**

| Exporter | | | |
|---|---|---|---|
| K P Sanghvi & Sons | Invoice No. & Date | | Exporter's Ref. |
| 1301, Prasad Chambers, | KP/3575 DT.08/02/2006 | | EC : 0388040602 |
| Opera House, | Buyer's Order No. & Date | | |
| Mumbai 400 004. India. | FN:4844 | | |
| Tel: +91 - 22 - 2363 0315. | Other Reference(s) | | |
| Fax: +91 - 22 - 2363 0813. | GR Form No.:BA 0634622 | | Dt: 08/02/2006 |

**K P SANGHVI**
SINCE 194

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Rate Per Crts | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs Per Crts | Carats | Per Crts US $ | US $ |
| | One Only | CUT & POLISHED DIAMONDS | | | | |
| | 9 | F.CUT TTLB NATTS 3RD PK(PL) | 27 | 24.92 | 138.00 | 3438.96 |
| | 10 | F.CUT TBL 3RD PK | 15 | 0.20 | 106.00 | 21.20 |
| | 11 | F.CUT TBL 3RD PK | 36 | 0.20 | 85.00 | 17.00 |
| | 12 | F.CUT TBL 3RD PK | 67 | 0.24 | 85.00 | 20.40 |
| | 13 | F.CUT TBL 3RD PK | 86 | 0.08 | 85.00 | 6.80 |
| | 14 | F.CUT TBL 3RD PK | 27 | 0.22 | 85.00 | 18.70 |
| | 15 | S.CUT WHITE 2ND PK (PL) | 200 | 12.15 | 143.00 | 1737.45 |
| | 16 | S.CUT WHITE 3RD PK (PL) | 333 | 6.30 | 122.00 | 768.60 |
| | 17 | S.CUT WHITE 3RD PK (PL) | 200 | 27.90 | 92.00 | 2566.80 |
| | 18 | S.CUT WHITE 4TH PK (PL) | 200 | 50.00 | 87.00 | 4350.00 |
| | 19 | S.CUT WHITE 4TH PK (PL) | 250 | 3.20 | 77.00 | 246.40 |
| | 20 | S.CUT WHITE 4TH PK (PL) | 200 | 3.00 | 77.00 | 231.00 |
| | 21 | S.CUT WHITE 4TH PK (PL) | 250 | 1.60 | 77.00 | 123.20 |
| | 22 | S.CUT WHITE 6TH PK (PL) | 100 | 15.30 | 49.00 | 749.70 |
| | 23 | S.CUT WHITE 6TH PK (PL) | 50 | 13.80 | 42.00 | 579.60 |
| | 24 | S.CUT TTLB 4TH PK (PL) | 333 | 3.60 | 44.00 | 158.40 |
| | 25 | F.CUT & S.CUT 6TH PK (PL) | 78 | 31.74 | 84.00 | 2666.16 |
| | 26 | F.CUT & SH 13 (PL) | 32 | 7.42 | 244.00 | 1810.48 |
| | 27 | F/C & P.SHAPE WH NATTS 12(PL) | 23 | 0.99 | 587.00 | 581.13 |
| | 28 | F/C & P.SHAPE WH NATTS 12(PL) | 61 | 22.74 | 424.00 | 9641.76 |
| | | Page Total... | | 225.60 | CFR US$ | 29733.74 |
| | | Total Carats. | | 319.26 | CFR US$ | 50452.89 |

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

For K P SANGHVI & SONS

08/02/2006

RAJESH L.CHANDEKAR

# INVOICE

**KP SANGHVI**
SINCE 1903

K P Sanghvi & Son
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India
Tel: +91 - 22 - 2363 0315,
Fax: +91 - 22 - 2363 0818,

Invoice No. & Date: KP/3609 dt. 20/02/2006   IEC : 0388040602

Buyer's Order No. & Date: FN:4856   (W.8.)

Other Reference(s): GR Form No.:BA 0634661   Dt: 20/02/2006

Consignee:
BANK LEUMI TRUST CO.OF NEW YORK.,
6TH FLOOR, COLLECTION DEPARTMENT,
564 FIFTH AVENUE, NEW YORK.
N.Y.10036, U.S.A
ATTN : ROSEMARIE WATKINS

Buyer (if other than consignee):
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U. S. A.  ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX: 001212-5814976

Country of Origin of Goods: MFG. IN INDIA
Count. of Final Destination: U.S.A.

Terms of Delivery and Payment:
TERMS : 120 DAYS D/A

BANKER: DENA BANK
INDUSTRIAL FIN.BRANCH
MAKER TOWERS 'E'
CUFFE PARADE
MUMBAI 400 005.

Pre-Carriage by: MALCA-AMIT JK
Place of Receipt by Pre-Carrier: MUMBAI
Vessel / Flight No.: AIR FREIGHT
Port of Loading: MUMBAI
Port of Discharge: NEW YORK
Final Destination: NEW YORK

| Marks & Nos. / No. & Kind of Pkgs. Container No. | Description of Goods | Avg. Pcs Per Cts | Quantity Carats | Per Carat US$ | Amount US$ |
|---|---|---|---|---|---|
| Addl:Main Box | CUT & POLISHED DIAMONDS | | | | |
| One Only | 1 F/C WHITE IZ (PL) | 43 | 7.51 | 1211.00 | 9094.61 |
| | 2 F/C WHITE 3RD PK (PL) | 2 | 2.95 | 468.00 | 1380.60 |
| | 3 F/C WHITE 3RD PK (PL) | 2 | 2.91 | 445.00 | 1297.86 |
| | 4 F/C WHITE 3RD PK (PL) | | 1.99 | 400.00 | 796.00 |
| | 5 F/C WHITE 3RD PK (PL) | | 1.99 | 372.00 | 740.2 |
| | 6 F/C WHITE 4TH PK (PL) | | 13.60 | 163.00 | 2216.80 |
| | 7 F/C WHITE NATTS 13 (PL) | 16 | | 349.00 | 13812.70 |
| | Page Total... | | 74.25 | CFR US$ | 29338.84 |

CTS 175.45 VALUE US$ 90556.63 ARE UNDER 0.50 CTS PER PCS CTS 5.86 VALUE US$ 2670.46 ARE

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

TOTAL 101445.09

Amount Chargeable in words: TOTAL CFR US DOLLAR ONE HUNDRED ONE THOUSAND TWO HUNDRED FOURTY FIVE AND NINE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT FUNDS VIA CHIPS TO AMERICAN EXPRESS BANK LTD., NEW YORK,USA
FOR DENA BANK A/C NO.698100 UID NO.364562 FOR THE CREDIT OF
DENA BANK,INDUSTRIAL FIN.BR.,MAKER TOWERS 'E',CUFFE PARADE,BOMBAY 5
QUOTING BANK REF.NO., CREDIT OF K.P.SANGHVI & SONS A/C NO.447 ADVISE
BENIFICIARY BY TELEX."

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date
For K.P. SANGHVI & SONS

20/02/2006
RAJESH G. CHANDEKAR

# INVOICE

| Exporter | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315.<br>Fax: +91 - 22 - 2363 0813 | Invoice No. & Date<br>KP/3611 DT.21/02/2006 | Exporter's Ref.<br>IEC : 0388040604 |
|---|---|---|---|
| K P SANGHVI SINCE 1955 | | Buyer's Order No. & Date<br>FR-4859    (W.S.) | |
| | | Other Reference(s)<br>GR Form No.:BA 0634664   Dt: 21/02/2006 | |

**Consignee**
BANK LEUMI TRUST CO.OF NEW YORK,
6TH FLOOR, COLLECTION DEPARTMENT,
564 FIFTH AVENUE, NEW YORK,
N.Y.10036, U.S.A
ATTN : ROSEMARIE WATKINS

**Buyer (if other than consignee)**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U. S. A. ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

| Country of Origin of Goods<br>MFG. IN INDIA | Country of Final Destination<br>U.S.A. |
|---|---|

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

| Pre Carriage by<br>MALCA-AMIT JK | Place of Receipt by Pre Branch<br>MUMBAI |
|---|---|
| Vessel / Fight No.<br>AIR FREIGHT | Port of Loading<br>MUMBAI |
| Port of Discharge<br>NEW YORK | Final Destination<br>NEW YORK |

BANKER: STATE BANK OF TRAVANCORE
CORPORATE FINANCE BRANCH
112-115, TULSIANI CHAMBERS
212 NARIMAN POINT,MUMBAI-21.

| Marks & Nos. / Container No. & Kind of Pkgs. | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts Rate US$ | Amount US$ |
|---|---|---|---|---|---|
| Add-1 Tin Box<br>One Only | CUT & POLISHED DIAMONDS | | | | |
| 1 | F.CUT WHITE 6TH PK (PL) | 104 | 24.45 | 67.00 | 1638.15 |
| 2 | F.CUT WHITE NATTS I1 (PL) | 3 | 10.05 | 610.00 | 6130.50 |
| 3 | F.CUT WHITE NATTS I2 (PL) | 33 | 17.80 | 230.00 | 4094.00 |
| 4 | F.CUT WHITE NATTS I3 (PL) | 100 | 24.14 | 210.00 | 5069.40 |
| 5 | F.CUT WHITE NATTS I3 (PL) | 50 | 15.66 | 202.00 | 3163.32 |
| 6 | F.CUT TLB 5TH PK (PL) | 110 | 27.16 | 76.00 | 2064.16 |
| 7 | F.CUT TLB HY PK (PL) | 100 | 33.79 | 56.00 | 1892.24 |
| 8 | S.CUT WHITE 1ST PK (PL) | 200 | 33.40 | 152.00 | 5076.80 |
| 9 | S.CUT WHITE 5TH PK (PL) | 196 | 24.45 | 62.00 | 1515.90 |
| 10 | S.CUT TLB 3RD PK (PL) | 156 | 19.81 | 62.00 | 1228.22 |
| 11 | S.CUT TLB 3RD PK (PL) | 162 | 7.94 | 62.00 | 492.28 |
| 12 | WHITE TB SI3 (PL) | 115 | 21.70 | 210.00 | 4557.00 |
| 13 | WHITE TB SI3 (PL) | 118 | 14.87 | 210.00 | 3122.70 |
| 14 | F/C & I3 3RD PK (PL) | 70 | 6.60 | 191.00 | 1260.60 |
| 15 | F/C HI./SI ( DEPT#6 )(DAVE) | 45 | 23.73 | 400.00 | 9492.00 |
| | Total Carats | | 305.55 | CFR US$ | 50797.27 |

CTS. 305.55 VALUE US$ 50797.27 ARE UNDER 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

Amount Chargeable (in words)   TOTAL CFR US DOLLAR FIFTY THOUSAND SEVEN HUNDRED
NINETY SEVEN AND TWENTY SEVEN CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

**TOTAL 50797.27**

# PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS BY T.T.TO THE CHASE MANHATTAN BANK,NEW YORK,U.S.A.
CREDIT TO STATE BANK OF TRAVANCORE,FOREIGN EXCHANGE DEPT.,ERNAKULAM A/C
NO.001-1-406493 QUOTING BANK REF.NO. UNDER TLX ADVISE TO STATE BANK OF -
TRAVANCORE,CORPORATE FINANCE BRANCH,112-115,TULSIANI CHAMBERS,212 NARIMAN
POINT,MUMBAI 400 021, CREDIT OF K.P.SANGHVI & SONS, A/C NO.57001820714."

**Declaration**
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

Signature & Date   For K P SANGHVI & SONS

21/02/2006   Const. Attorney

RAJESH L. CHANDEKAR