# INVOICE

| Exporter | Invoice No. & Date | Exporter's Ref. |
|---|---|---|
| **K P SANGHVI** SINCE 1955<br>K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India<br>Tel: +91 - 22 - 2363 0315.<br>Fax: +91 - 22 - 2363 0813. | SP/3620 DT.23/02/2006 | IEC : 0388040602 |
| | Buyer's Order No. & Date | |
| | FN-4864     (W.S.) | |
| | Other Reference(s) | |
| | GR Form No.:BA 0634673   Dt: 23/02/2006 | |

| Consignee | Buyer (other than consignee) |
|---|---|
| BANK LEUMI TRUST CO.OF NEW YORK,<br>6TH FLOOR, COLLECTION DEPARTMENT,<br>564 FIFTH AVENUE, NEW YORK,<br>N.Y.10036, U.S.A<br>ATTN : ROSEMARIE WATKINS | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A.  ATTN : MR. ERIC<br>PTD NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

BANK: STATE BANK OF TRAVANCORE
CORPORATE FINANCE BRANCH
112-115, TULSIANI CHAMBERS
212 NARIMAN POINT,MUMBAI-21.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |

| Vessel / Flight No | Port of Loading |
|---|---|
| AIR FREIGHT | MUMBAI |

| Port of Discharge | Final Destination |
|---|---|
| NEW YORK | NEW YORK |

Add.1 Tin Box

| Marks Nos.<br>Container No. | No. & Kind of Pkgs<br>Description of Goods | Avg Pcs<br>Per Crts | Quantity<br>Carats | Per Crts<br>Rate US$ | Amount<br>US$ |
|---|---|---|---|---|---|
| | One Only   CUT & POLISHED DIAMONDS | | | | |
| 1 | F.CUT WHITE I1        (PL) | 3 | 4.14 | 836.00 | 3461.04 |
| 2 | F.CUT WHITE I2+       (PL) | 10 | 4.96 | 375.00 | 1860.00 |
| 3 | F.CUT WHITE 6TH PK    (PL) | 106 | 5.84 | 67.00 | 391.28 |
| 4 | F.CUT WHITE 6TH PK    (PL) | 100 | 13.61 | 67.00 | 911.87 |
| 5 | F.CUT WH. NATTS I3    (PL) | 3 | 15.99 | 495.00 | 7915.05 |
| 6 | F.CUT WLB 3RD PK      (PL) | 50 | 11.56 | 214.00 | 2473.84 |
| 7 | F.CUT WLB 3RD PK      (PL) | 100 | 24.15 | 204.00 | 4926.60 |
| 8 | F.CUT TTLB NATTS 4TH PK (PL) | 100 | 9.96 | 112.00 | 1115.52 |
| 9 | S.CUT WHITE 4TH PK    (PL) | 200 | 24.64 | 72.00 | 1774.08 |
| 10 | S.CUT WHITE 5TH PK    (PL) | 142 | 0.17 | 65.00 | 11.05 |
| 11 | S.CUT WHITE 5TH PK    (PL) | 200 | 0.18 | 60.00 | 10.80 |
| 12 | S.CUT WHITE 6TH PK    (PL) | 200 | 0.35 | 45.00 | 15.75 |
| 13 | S.CUT WHITE 6TH PK    (PL) | 200 | 0.50 | 40.00 | 20.00 |
| 14 | S.CUT TTLB 3RD PK     (PL) | 155 | 31.85 | 62.00 | 1974.70 |
| 15 | WHITE TP VS | 11 | 0.44 | 700.00 | 308.00 |
| 16 | WHITE TP VS | PCS | 0.55 | 700.00 | 385.00 |
| 17 | WHITE SB I2 (PL) | 33 | 6.56 | 260.00 | 1705.60 |
| | Page Total | | 155.45 | CFR US$ | 29260.18 |

Continued....Page

CTS. 290.88 VALUE US$ 86981.82 ARE UNDER 0.50 CTS. PER PCS. PCS. 27.64 VALUE US$ 26071.40 ARE ABOVE 0.50 CTS. PER PCS.

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR ONE HUNDRED THIRTEEN THOUSAND FIFTY THREE AND TWENTY TWO CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | 113053.22 |

**PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY**

"PLEASE REMIT PROCEEDS BY T.T.TO THE CHASE MANHATTAN BANK,NEW YORK,U.S.A.
CREDIT TO STATE BANK OF TRAVANCORE,FOREIGN EXCHANGE DEPT.,ERNAKULAM A/C
NO.001-1-40493 QUOTING BANK REF.NO. UNDER TLX ADVISE TO STATE BANK OF -
TRAVANCORE, CORPORATE FINANCE BRANCH,112-115,TULSIANI CHAMBERS,212 NARIMAN
POINT, MUMBAI 400 021, CREDIT OF K.P.SANGHVI & SONS, A/C NO.57001820714."

Declaration.
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date
For K.P. SANGHVI & SONS

23/02/2006

Partner / Const. Attorney

# INVOICE

Continuation Sheet

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1965 | K P Sanghvi & Sons 1301, Prasad Chambers, Opera House, Mumbai 400 004, India. Tel: +91 - 22 - 2363 0315 Fax: +91 - 22 - 2363 0813. | KP/3620 DT.23/02/2006 | EC : 0388040602 |
| | | Buyer's Order No. & Date FN-4864 | |
| | | Other Reference(s) GR Form No.:BA 0634673 | Dt: 23/02/2006 |

| Marks & Nos / Container No. | No. & Kind of Pkgs — Description of Goods | Avg. Pcs. Per Crts. | Quantity Carats | Rate Per Crts | Amount |
|---|---|---|---|---|---|
| Add.1 Tin Box One Only | CUT & POLISHED DIAMONDS | Avg Pcs Per Crts | Carats | Per Crts US $ | US $ |
| | 18 F/C & P/CUT 2ND PK (PL) | 30 | 4.79 | 550.00 | 2634.50 |
| | 19 F/C & P/CUT WHITE NATTS I2(PL) | 28 | 3.69 | 501.00 | 1848.69 |
| | 20 F/C & MQ WHITE 2ND PK (PL) | 20 | 3.02 | 435.00 | 1313.70 |
| | 21 WHITE P.CUT I2 I3 | 5 PCS | 1.50 | 529.00 | 793.50 |
| | 22 WHITE P.CUT SI | 8 PCS | 1.43 | 525.00 | 750.75 |
| | 23 WHITE P.CUT I2 I3 | 5 PCS | 1.00 | 413.00 | 413.00 |
| | 24 WHITE P.CUT I2 I3 | 5 PCS | 1.05 | 411.00 | 431.55 |
| | 25 WHITE P.CUT SI (PL) | 20 | 14.15 | 351.00 | 4966.65 |
| | 26 WHITE P.CUT I2 I3 | 20 | 0.49 | 260.00 | 127.40 |
| | 27 WHITE NATTS P.CUT I2 (PL) | 18 | 9.66 | 230.00 | 2221.80 |
| | ( DEPT #6) DAVE | | | | |
| | 28 F.CUT WHITE HIJ/SI (PL) | 10 | 29.75 | 520.00 | 15470.00 |
| | 29 F.CUT HIJ/SI (PL) | 17 | 30.02 | 400.00 | 12008.00 |
| | 30 F.CUT JK I1 | 4 | 15.11 | 485.00 | 7328.35 |
| | (DEPT #13) MARGIE | | | | |
| | 31 WHITE P.CUT I2 I3 | 2 | 20.12 | 595.00 | 11971.40 |
| | 32 WHITE P.CUT I2-3 | 4 | 11.02 | 375.00 | 4132.50 |
| | 33 WHITE P.CUT I2-I3 | 4 | 8.75 | 375.00 | 3281.25 |
| | 34 F.CUT COLL VS | 2 | 7.52 | 1875.00 | 14100.00 |
| | Page Total... | | 163.07 | CFR US$ | 83793.03 |
| | Total Carats | | 318.52 | CFR US$ | 113053.22 |





STATE BANK OF TRAVANCORE
FRC No.
PREP/PRDP
7606

060153

CORPORATE FINANCE BRANCH
NARIMAN POINT, MUMBAI.
INDIA.

Declaration:
We declare that this invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date
21/02/2006

For K P SANGHVI & SONS

# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1940 | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India<br>Tel. +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0813 | KP/3695 DT. 20/03/2006 | IEC : 0388040602 |
| | | Buyer's Order No. & Date | |
| | | PN:4898 | (W.S.) |
| | | Other Reference(s) | |
| | | GR Form No.: BA 0634766 | Dt: 20/03/2006 |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A. ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| | Country of Origin of Goods | Country of Final Destination |
|---|---|---|
| | MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

| Pre-Carriage by | Place of Receipt by Pre-Carrier | BANKER: KARNATAKA BANK LTD. |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | OVERSEAS BR., 104-106, 1ST FLOOR |
| Vessel / Flight No. | Port of Loading | EMBASSY CENTRE, JAMNALAL BAJAJ MARG |
| AIR FREIGHT | MUMBAI | NARIMAN POINT |
| Port of Discharge | Final Destination | MUMBAI 400 021. |
| NEW YORK | NEW YORK | |

Add 1 Tin Box

| Marks & Nos./<br>Container No. | No. & Kind of Pkgs.<br>Description of Goods | Avg Pcs<br>PerCrts | Quantity<br>Carats | Per Crts<br>Rate US$ | Amount<br>US$ |
|---|---|---|---|---|---|
| Only | CUT & POLISHED DIAMONDS | | | | |
| 1 | F.CUT WHITE 2ND PK(PL)0316F01C | 4 | 0.96 | 456.00 | 437.76 |
| 2 | F.CUT WHITE 2ND PK(PL)0316F02C | 5 | 1.00 | 456.00 | 456.00 |
| 3 | F.CUT WHITE 2ND PK(PL)0315F16 | 3 | 5.93 | 445.00 | 2638.85 |
| 4 | F.CUT WHITE I2 (PL) 0317F02 | 6 | 3.24 | 440.00 | 1425.60 |
| 5 | F.CUT WHITE I2 (PL) 0228F06 | 6 | 30.25 | 434.00 | 13128.50 |
| 6 | F.CUT WHITE 2ND PK 0315F20 | 5 | 4.02 | 431.00 | 1732.62 |
| 7 | F.CUT WHITE 2ND PK 0316F02 B | 5 | 1.00 | 425.00 | 425.00 |
| 8 | F.CUT WHITE RF G+(PL) (0317F12 | 19 | 5.08 | 410.00 | 2082.80 |
| 9 | F.CUT WHITE 2ND PK(PL)0316F03B | 6 | 0.99 | 358.00 | 354.42 |
| 10 | F.CUT WHITE I1 (PL)0301-SF-01 | 28 | 1.28 | 330.00 | 422.40 |
| 11 | F.CUT WHITE I1 (PL)(0307-SF-03 | 28 | 0.20 | 330.00 | 66.00 |
| 12 | F.CUT WHITE I1 (PL)(0309-SF-04 | | 0.21 | 330.00 | 69.30 |
| 13 | F.CUT WHITE 1ST PK(0316F05 A) | | 1.95 | 330.00 | 643.50 |
| 14 | F.CUT WHITE 2ND P(0316F05 C) | | 0.96 | 320.00 | 307.20 |
| 15 | F.CUT WHITE 1STPK PL 0315F13 | | 1.51 | 297.00 | 448.47 |
| 16 | F.CUT WHITE 2ND PK PL 0316F03A | | 0.50 | 294.00 | 147.00 |
| 17 | F.CUT WHITE 2ND PK PL 0316F02D | | 0.48 | 293.00 | 140.64 |
| | | | 59.59 | CFR US$ | 24926.06 |

Certified that this is a true copy
of the invoice Received by us
Negotiated /
Under
For KARNATAKA BANK LTD
NIKHIL KUMAR
Dy.Manager (Spl)
CI NO. 3235
Authorised Officer
Nariman Point
Mumbai

Page contd
Continued....

CTS. 219.55 VALUE US$ 80927.92 ARE UNDER 0.50 CTS. PER PCS.

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free, based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR EIGHTY THOUSAND NINE HUNDRED<br>TWENTY SEVEN AND NINETY TWO CENT ONLY | 80927.92 |

PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO WACHOVIA BANK N.A.,11,PENN PLAZA, 4TH FLOOR,
NEW YORK,N.Y.10038, U.S.A., SWIFT - PNBPUS3NNYC,FOR CREDIT OF KARNATAKA
BANK LTD., INTERNATIONAL DIVISION MUMBAI, SWIFT - KARBINBBOSE
A/C.NO.2000193003637, FOR CREDIT OF K.P.SANGHVI & SONS, A/C.NO.339."

Declaration:
We declare that this invoice shows the actual price of the Goods
described and that all particulars are true and correct.

Signature & Date
For K P SANGHVI & SONS

20/03/2006

NIKHIL VADIA

# INVOICE

Continuation Sheet




**K P SANGHVI & Sons**
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

**K P SANGHVI**
SINCE 1945

| Field | Value |
|---|---|
| Invoice No. & Date | KP/3695 Dt. 20/03/2006 |
| Exporter's Ref. | EC : 0388040602 |
| Buyer's Order No. & Date | FR: 4898 |
| Other Reference(s) | GR Form No.: BA 0634766  Dt: 20/03/2006 |

| Marks & Nos / Container No | No. & Kind of Pkgs | Description of Goods | Avg. Pcs Per Crts | Quantity Carats | Rate Per Crts US $ | Amount US $ |
|---|---|---|---|---|---|---|
| | Add.1 Tin Box One Only | CUT & POLISHED DIAMONDS | | | | |
| | 18 | F.CUT WHITE 2ND PK PL 0316F04C | 17 | 0.95 | 293.00 | 278.35 |
| | 19 | F.CUT WHITE 2ND PK PL 0316F01A | 14 | 0.50 | 290.00 | 145.00 |
| | 20 | F.CUT WHITE 2ND PK PL 0316F02A | 25 | 0.20 | 275.00 | 55.00 |
| | 21 | F.CUT WHITE 2ND PK PL 0316F01B | 22 | 0.23 | 271.00 | 62.33 |
| | 22 | F.CUT WHITE 2ND PK PL 0316F04A | 30 | 0.48 | 260.00 | 124.80 |
| | 23 | F.CUT WHITE 3RD PK PL 0316F03C | 25 | 0.48 | 256.00 | 122.88 |
| | 24 | F.CUT WHITE 2ND PK PL 0316F05B | 31 | 0.51 | 247.00 | 125.97 |
| | 25 | F.CUT WHITE 6TH PK PL 0309F07 | 53 | 35.42 | 73.00 | 2585.66 |
| | 26 | F.CUT WHITE NATTS12 PL 0316F09 | 14 | 26.42 | 340.00 | 8982.80 |
| | 27 | F.CUT WHITE NATTS13 PL/0316F09 | 10 | 0.50 | 332.00 | 166.00 |
| | 28 | F.CUT WHITE NATTS13 PL 0317F09 | 12 | 2.83 | 291.00 | 823.53 |
| | 29 | F.CUT TLBNT 3RD PK PL 0314F08 | 12 | 0.49 | 168.00 | 82.32 |
| | 30 | F.CUT TLBNT 3RD PK PL 0316F06B | 10 | 0.52 | 163.00 | 84.76 |
| | 31 | F.CUT TLBNT 3RD PK PL 0314F07A | 10 | 1.46 | 143.00 | 208.78 |
| | 32 | WH SBI 3 PL 0226-SF-01 | 81 | 4.44 | 120.00 | 532.80 |
| | 33 | J P.CUT LC IJ (0106-SF-04 | 10 | 7.40 | 235.00 | 1739.00 |
| | 34 | MQ & BAG WH I2 PL 0226-SF-01 | 20 | 12.57 | 240.00 | 3016.80 |
| | 35 | F.CUT & S.CUT WH 6TH PK PL | 37 | 0.46 | 173.00 | 79.58 |
| | 36 | F.CUT H I J / SI PL | 4 | 12.48 | 700.00 | 8736.00 |
| | 37 | F.CUT J+ | 3 | 30.04 | 630.00 | 18925.20 |
| | 38 | F.CUT WH J+ (PL) | 6 | 5.74 | 565.00 | 3243.10 |
| | 39 | WH.P.CUT H+ (PL) | 8 | 4.56 | 560.00 | 2553.60 |
| | 40 | WH.P.CUT I J/I2-3 (PL) | 6 | 11.28 | 295.00 | 3327.60 |
| | | Page Total... | | 159.96 | CFR US$ | 56001.86 |
| | | Total Carats | | 219.55 | CFR US$ | 80927.92 |

Certified that this is a true copy
of the in... issued by us for
Negoti... ... 82/3/06
Und... NO(60085)
For K... ... LTD.

NAVEEN KUMAR
M.S. L.L.B/S.B.
Officer St. No. 5238
Nariman Point, Mumbai 21.

20/03/2006

Signature & Date KIRTI VANIA

For K P SANGHVI & SONS

**Declaration:**
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

# INVOICE

| Exporter: | Invoice No. & Date | Exporter's Ref. |
|---|---|---|
| **K P SANGHVI** SINCE 1965<br>K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0813 | KP/3711 DT. 23/03/2006<br>Buyer's Order No. & Date<br>FN-4903  (J.M.)<br>Other Reference(s)<br>GR Form No.: BA 0634784  Dt.: 23/03/2006 | IEC : 0388040602 |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A.  ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment:

TERMS : 120 DAYS D/A

BANKER: STATE BANK OF TRAVANCORE
CORPORATE FINANCE BRANCH
112-115, TULSIANI CHAMBERS
212 NARIMAN POINT, MUMBAI-21.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |

| Vessel / Flight No. | Port of Loading |
|---|---|
| AIR FREIGHT | MUMBAI |

| Port of Discharge | Final Destination |
|---|---|
| NEW YORK | NEW YORK |

| Marks in Box No. & Kind of Pkgs | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|
| One Only | CUT & POLISHED DIAMONDS | | | | |
| 1 | F.CUT WHITE SI3 (PL) 0322F14 | 34 | 6.81 | 815.00 | 5550.15 |
| 2 | F.CUT WHITE I1 (PL) 0322F01 | 3 | 20.25 | 615.00 | 12453.75 |
| 3 | WHI P.SHAPE I2 FY032001 | 1 | 2.14 | 1000.00 | 2140.00 |
| 4 | WHI P.SHAPE I2 FY32002 | 1 | 1.03 | 850.00 | 875.50 |
| 5 | WHI P/C VS-SI 0321-SF-01 | 3 | 0.91 | 890.00 | 809.90 |
| 6 | WHI P/C SI (PL)0316-SF-03 | 10 | 20.03 | 420.00 | 8412.60 |
| 7 | WHI P/C I1I2(PL)0321-SF-02 | 10 | 3.12 | 340.00 | 1060.80 |
| 8 | WHI P/C I1I2 0316-SF-16 | 20 | 1.05 | 310.00 | 325.50 |
| 9 | WHI P/C I1 (PL) 0317-SF-01 | 14 | 16.53 | 320.00 | 5289.60 |
| 10 | WHI P/C I1 I2 0316-SF-12 | 25 | 0.39 | 285.00 | 111.15 |
| 11 | WHI P/C I1 I2 0316-SF-15 | 25 | 0.78 | 285.00 | 222.30 |
| 12 | WHI P/C I2 I3(PL) | 4 | 23.02 | 375.00 | 8632.50 |
| 13 | WHI P/C I3 | 4 | 16.66 | 375.00 | 6247.50 |
| 14 | WHI P/C I3 | 6 | 7.86 | 315.00 | 2475.90 |
| 15 | WHI OVALS SI2 | 3 | 1.24 | 1024.00 | 1269.76 |
| 16 | WHI OVALS SI2 | 3 | 1.22 | 1024.00 | 1249.28 |
| 17 | WHI OVALS SI2 | 3 | 0.99 | 844.00 | 835.56 |
| | Total Carats. | | 124.03 | CFR US$ PER PCS. | 57961.75 |

CTS. 120.86 VALUE US$ 54946.25 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 3.17 VALUE US$ 3015.50 ARE ABOVE 0.50 CTS. PER PCS.

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

Amount Chargeable (in words):
TOTAL CFR US DOLLAR FIFTY SEVEN THOUSAND NINE HUNDRED
SIXTY ONE AND SEVENTY FIVE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

TOTAL 57961.75

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS BY T.T.TO THE CHASE MANHATTAN BANK, NEW YORK, U.S.A.
CREDIT TO STATE BANK OF TRAVANCORE, FOREIGN EXCHANGE DEPT., ERNAKULAM A/C
NO.001-1-406493 QUOTING BANK REF.NO. UNDER TLX ADVISE TO STATE BANK OF -
TRAVANCORE, CORPORATE FINANCE BRANCH,112-115,TULSIANI CHAMBERS, 212 NARIMAN
POINT, MUMBAI 400 021, CREDIT OF K.P.SANGHVI & SONS, A/C NO.57001820714."

Declaration:
We declare that this invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date
For K P SANGHVI & SONS

23/03/2006

# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1963 | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315.<br>Fax: +91 - 22 - 2363 0813. | KP/3722 DT 25/03/2006 | IEC - 0388040602 |
| | | Buyer's Order No. & Date | |
| | | FN-4908 | (J.M.) |
| | | Other Reference(s) | |
| | | GR Form No.:BA 0634797 | Dt: 25/03/2006 |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A. ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

BANKER: KARNATAKA BANK LTD.
OVERSEAS BR.,104-106, 1ST FLOOR
EMBASSY CENTRE, JAMNALAL BAJAJ MARG
NARIMAN POINT
MUMBAI 400 021.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |
| Vessel / Flight No. | Port of Loading |
| AIR FREIGHT | MUMBAI |
| Port of Discharge | Final Destination |
| NEW YORK | NEW YORK |

| Marks & Nos. Tin Box & Kind of Pkgs. | Description of Goods | Avg. Pcs Per Crts | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|
| One Only | CUT & POLISHED DIAMONDS | | | | |
| 1 | F.CUT WHITE I2-I3 ( 0324F15) | 1 | 3.13 | 1480.00 | 4632.40 |
| 2 | F.CUT WHITE I2-I3 ( 0324F16) | 1 | 5.39 | 870.00 | 4689.30 |
| 3 | F.CUT WHITE I2-I3 ( 0324F17) | 1 | 1.07 | 870.00 | 930.90 |
| 4 | F.CUT WHITE I3( 0314F16) | 8 | 23.00 | 395.00 | 9085.00 |
| 5 | F.CUT WHITE I3( 0317F01) | 8 | 7.09 | 393.00 | 2786.37 |
| 6 | F.CUT WHITE 2ND PK(0324F06(A)) | 25 | 0.39 | 263.00 | 102.57 |
| 7 | F.CUT WHITE 2ND PK(0324F06(B)) | 27 | 0.19 | 263.00 | 49.97 |
| | Page Total... | | 40.26 | CFR US$ | 22276.51 |

CTS. 206.17 VALUE US$ 43078.50 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 9.59 VALUE US$ 10252.60 ARE ABOVE 0.50 CTS. PER PCS. Continued....Page
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR FIFTY THREE THOUSAND THREE HUNDRED THIRTY ONE AND TEN CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | 53331.10 |

**PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY**

"PLEASE REMIT PROCEEDS TO WACHOVIA BANK N.A.,11,PENN PLAZA, 4TH FLOOR,
NEW YORK,N.Y.10038, U.S.A., SWIFT - PNBPUS3NNYC,FOR CREDIT OF KARNATAKA
BANK LTD., INTERNATIONAL DIVISION MUMBAI, SWIFT - KARBINBBOSB
A/C.NO.2000193003637, FOR CREDIT OF K.P.SANGHVI & SONS, A/C.NO.339."

| Declaration: | Signature & Date | For K P SANGHVI & SONS |
|---|---|---|
| We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | 25/03/2006 | Partner/Const. Attorney<br>NIKHIL VADIA |

## K. P. SANGHVI & SONS

COMBINED GROUP WISE EXPORT OUTSTANDING AS ON 26/07/2006
(PARTY DUE DATE)                                                                        Page No : 1
GROUP : MF01 - M. FABRIKANT & SONS INC.

| Comp | InvNo | Inv Date | Amount In $ | Bank | T | Terms Desc. | L | Loan | Due Date | O/S Amount | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MF01 - M. FABRIKANT & SONS INC. | | | | | | | | | |
| | 3186 | 07/10/05 | 201014.06 | KBL | D | DIRECT 120 | N | | 06/03/06 | 101024.06 | M.FABRIKAN |
| | 3222 | 17/10/05 | 70962.80 | ING | D | DIRECT 120 | N | | 16/03/06 | 70962.80 | M.FABRIKAN |
| | 3243 | 22/10/05 | 47662.45 | CBI | D | DIRECT 120 | N | | 21/03/06 | 47662.45 | M.FABRIKAN |
| | 3259 | 27/10/05 | 97308.02 | SBH | D | DIRECT 120 | N | | 26/03/06 | 97308.02 | M.FABRIKAN |
| | 3279 | 29/10/05 | 137426.55 | SBH | D | DIRECT 120 | N | | 28/03/06 | 137426.55 | M.FABRIKAN |
| | 3294 | 14/11/05 | 66527.89 | CBI | D | DIRECT 120 | N | | 13/04/06 | 66527.89 | M.FABRIKAN |
| | 3407 | 14/12/05 | 41333.20 | SBT | D | DIRECT 120 | N | | 13/05/06 | 41333.20 | M.FABRIKAN |
| | 3421 | 22/12/05 | 119384.53 | CBI | D | DIRECT 120 | N | | 21/05/06 | 119384.53 | M.FABRIKAN |
| | 3442 | 30/12/05 | 126840.90 | HDF | D | DIRECT 120 | N | | 29/05/06 | 126840.90 | M.FABRIKAN |
| | 3477 | 12/01/06 | 159040.13 | HDF | D | DIRECT 120 | N | | 11/06/06 | 159040.13 | M.FABRIKAN |
| | 3537 | 30/01/06 | 57971.15 | SBH | | | 120 DAYS D/ | E | | 29/06/06 | 57971.15 | M.FABRIKAN |
| | 3557 | 02/02/06 | 97249.75 | BOM | | | 120 DAYS D/ | E | 43.38 | 02/07/06 | 97249.75 | M.FABRIKAN |
| | 3558 | 03/02/06 | 214854.50 | SBH | D | DIRECT 120 | E | 95.47 | 05/07/06 | 214854.50 | M.FABRIKAN |
| | 3575 | 08/02/06 | 50452.89 | BOM | | | 120 DAYS D/ | E | 22.51 | 08/07/06 | 50452.89 | M.FABRIKAN |
| | 3609 | 20/02/06 | 101245.09 | DEN | | | 120 DAYS D/ | E | 45.17 | 20/07/06 | 101245.09 | M.FABRIKAN |
| | 3611 | 21/02/06 | 50797.27 | SBT | | | 120 DAYS D/ | E | 22.66 | 21/07/06 | 50797.27 | M.FABRIKAN |
| | 3620 | 23/02/06 | 113053.22 | SBT | | | 120 DAYS D/ | E | 50.43 | 23/07/06 | 113053.22 | M.FABRIKAN |
| | 3695 | 20/03/06 | 80927.92 | KBL | D | DIRECT 120 | E | 36.10 | 17/08/06 | 80927.92 | M.FABRIKAN |
| | 3711 | 23/03/06 | 57961.75 | SBT | D | DIRECT 120 | F | 25.85 | 20/08/06 | 57961.75 | M.FABRIKAN |
| | 3722 | 25/03/06 | 53331.10 | KBL | D | DIRECT 120 | F | 23.79 | 22/08/06 | 53331.10 | M.FABRIKAN |
| | TOTAL ---> | | 1945345.17 | | | | | 365.36 | | 1845355.17 | |
| | MF01 TOTAL ---> | | 1945345.17 | | | | | 365.36 | | 1845355.17 | |
| GROUP(MF01)TOTAL... | | | 1989740.35 | | | | | 365.36 | | 1889750.35 | |
| GRAND TOTAL.... | | | 1989740.35 | | | | | 365.36 | | 1889750.35 | |