UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
K P SANGHVI & SONS,

                    Plaintiff,

-v-

M. FABRIKANT & SONS, INC.,

                    Defendant.
-----------------------------------------------------------X

ECF CASE
Case No.: 06CV5751 (HB)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff K P Sanghvi & Sons (a private non-governmental party) certifies that there are no other corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       July 28, 2006

Yours, etc.,

_____
ROBERT N. SWETNICK, ESQ. (RNS 6443)
*Attorney for Plaintiff*
217 Broadway, Suite 304
New York, New York 10007
(212) 349-2800