```
Form 07 - CORPORATION
              ROBERT N. SWETNICK, ESQ.
          ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------
                                                    Index No. 06-CV 5751 BARR
K.P.SANGHVI & SONS                     plaintiff
                                                    Date Filed ............
              - against -
                                                    Office No.
M.FABRIKANT & SONS, INC.              defendant
                                                    Court Date:   / /
-------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
```

**RUDOLPH WRIGHT**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **7th** day of **August, 2006** at **04:15 PM.**, at
  **ONE ROCKEFELLER PLZ, 28TH FL.**
  **NEW YORK, NY 10020**

I served a true copy of the
  **SUMMONS AND COMPLAINT**
  **JUDGES RULES**
  **ELECTRONIC FILING INSTRUCTIONS**
  **CIVIL COVER SHEET**

upon **M.FABRIKANT & SONS, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
  **MICHAEL LETO, MANAGING AGENT**

a true copy of each thereof.

  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
     SEX: **MALE**         COLOR: **WHITE**         HAIR: **BROWN**
     APP. AGE: **33**      APP. HT: **5:7**          APP. WT: **150**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
9th  day of August,       2006k                 ( ........ *Rudolph Wright* ...........
KENNETH WISSNER                                  RUDOLPH WRIGHT  1022795
Notary Public, State of New York                 AETNA CENTRAL JUDICIAL SERVICES
  No.01WI4714130                                 225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                     NEW YORK, NY, 10007
Commission Expires 03/30/2010                    Reference No: 3RNS967376