IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
K P SANGHVI & SONS,

      Plaintiff,

  v.

M. FABRIKANT & SONS, INC.,

      Defendant.
------------------------------------------------------------X

06 CIV 5751 (HB)

<u>Certification of Service</u>

**I, LEE HENIG-ELONA**, of full age, do hereby certify as follows:

1.  I am an attorney at law admitted to practice before this Court and am counsel to the firm Troutman Sanders LLP, attorneys for Defendant in the above-captioned matter. On August 28, 2006, I electronically filed and served the Answer and Rule 7.1 Statement on behalf of Defendant.

2.  On that same day, I caused a copy of the foregoing documents to be served electronically on Robert N. Swetnick, Esq., 217 Broadway, Suite 304, New York, New York 10007.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 28, 2006      By: _____

               Lee Henig-Elona, Esq.
               **TROUTMAN SANDERS LLP**
               405 Lexington Avenue
               New York, New York 10174
               Tel: (212) 704-6000
               Fax: (212) 704-5939
               lee.henig-elona@troutmansanders.com