IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
K P SANGHVI & SONS,                                        :
                                                           :
                Plaintiff,                            :
                                                           :    06 CIV 5751 (HB)
    vi.                                                    :
                                                           :
M. FABRIKANT & SONS, INC.,                                 :    RULE 7.1 STATEMENT
                                                           :
                                                           :
                Defendant.                            :
-----------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant M. Fabrikant & Sons, Inc. certify that it has no corporate parents, affiliates and/or subsidiaries, which are publicly held.

Dated: August 28, 2006

                                            TROUTMAN SANDERS LLP

                                            By: _____
                                            Lee Henig-Elona (LH-7252)

                                            405 Lexington Avenue, 8th floor
                                            New York, New York 10174
                                            (212) 704-6000
                                            Attorneys for Defendant