# State of New York
# Department of State  } ss:

I hereby certify, that I have made diligent examination of the index of corporation certificates filed by this department for an Application for Authority for K P SANGHVI & SONS and that upon such examination, I find no such Application for Authority to do business on file with this Department.

***

*WITNESS my hand and the official seal of the Department of State at the City of Albany, this 23rd day of August two thousand and six.*

*Special Deputy Secretary of State*

200608240365  63