IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| K P SANGHVI & SONS, | : |
| | : |
| Plaintiff, | : |
| | : 06 CIV 5751 (HB) |
| v. | : |
| | : |
| M. FABRIKANT & SONS, INC., | : |
| | : Certification of Service |
| | : |
| Defendant. | : |

---------------------------------------------------------------X

I, **LEE HENIG-ELONA**, of full age, do hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and am counsel to the firm Troutman Sanders LLP, attorneys for Defendant in the above-captioned matter. On August 28, 2006, I electronically filed and served the First Amended Answer and on behalf of Defendant.

2. On that same day, I caused a copy of the foregoing documents to be served electronically on Robert N. Swetnick, Esq., 217 Broadway, Suite 304, New York, New York 10007.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 28, 2006        By: _____

Lee Henig-Elona, Esq.
**TROUTMAN SANDERS LLP**
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000
Fax: (212) 704-5939
lee.henig-elona@troutmansanders.com

NEWYORK01 1140186v1 357032-000091