UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-------------------------------------------------------------X

K P SANGHVI & SONS,                                       Case No.: 06 CIV 5751 (HB)

Plaintiff,

-v-                                              **NOTICE OF MOTION**

M. FABRIKANT & SONS, INC.,

Defendant.
-------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed affidavit of Robert N. Swetnick sworn

to on November 14, 2006, the attached Memorandum of Law and upon Plaintiff's Motion for

Summary Judgment and all prior pleadings herein herein, Plaintiff K P Sanghvi & Sons hereby

moves this Court for Summary Judgment against Defendant M. Fabrikant & Sons, Inc. pursuant

to FRCP 56(c) before Honorable Harold Baer, Jr., U.S.D.J. in Room 2230, United States

Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined

by the Court.

Dated: New York, New York
        November 14, 2006

Respectfully submitted,

ROBERT N. SWETNICK, ESQ. (RNS 6443)
*Attorney for Plaintiff*
217 Broadway, Suite 304
New York, New York 10007
(212) 349-2800

TO:   Lee Henig-Elona, Esq. (LH 7252)
      TROUTMAN SANDERS, LLP
      *Attorneys for Defendant*
      405 Lexington Avenue, 8th Floor
      New York, New York 10174
      (212) 704-6000