UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------X
K P SANGHVI & SONS,

                Plaintiff,

     -v-

M. FABRIKANT & SONS, INC.,

                Defendant.
-----------------------------------------------------------X

        ECF CASE
        Case No.:  06CV5751 (HB)



        **COMPLAINT**

        K P Sanghvi & Sons, by the undersigned, complaining of the Defendant, M. Fabrikant & Sons, Inc., as and for its Complaint alleges as follows:

## JURISDICTION

        1.    Plaintiff is incorporated in the Country of India and has its principal place of business in Mumbai, India.

        2.    Upon information and belief, Defendant is a corporation existing under and by virtue of the laws of the State of New York.

        3.    Defendant has its principal place of business at One Rockefeller Plaza, in the County, City and State of New York.

        4.    Diversity of jurisdiction exists under 28 USC Section 1332.  The amount in controversy exceeds $75,000.00.  The venue is proper under 28 USC Section 1391 as the Defendant transacts business in this district.

## AS AND FOR A FIRST CAUSE OF ACTION

        5.    Plaintiff is in the business of selling precious stones, predominantly diamonds, used in the manufacture of jewelry.

6.    Upon information and belief, Defendant is, and at all time hereinafter mentioned was, in the business of manufacturing and selling jewelry.

7.    For many years, prior to October of 2005, Plaintiff sold diamonds and other goods to the Defendant which Defendant used in the manufacture of jewelry which it in turn sold and distributed.

8.    Between on or about October 7, 2005 and March 25, 2006 the Plaintiff, at the specific instance and request of the Defendant, sold assorted diamonds, as more particularly described and set forth on the invoices, annexed hereto as Exhibit "A" to the Defendant for the agreed upon and reasonable aggregate sum of $1,889,750.35.

9.    All of such merchandise was inspected by Defendant's representatives both before it was shipped by the Plaintiff to the Defendant, as well as upon receipt by the Defendant.

10.    Defendant never made any complaints regarding the quantity or quality of said merchandise shipped by the Plaintiff to the Defendant, nor has the Defendant made any other objection that the goods were allegedly not conforming.

11.    Defendant has advised Plaintiff that due to dire financial circumstances, Defendant is unable to pay the invoices annexed hereto as Exhibit "A", all of which are past due and owing.

12.    Defendant has sought to purchase merchandise from Plaintiff on an ongoing COD basis.

13.    The $1,889,750.35 due and owing from the Defendant to the Plaintiff is past due.

14.    Demand for payment upon Defendant has been made by Plaintiff and Defendant has failed to remit any portion of said sum.

15.    Defendant remains justly indebted to Plaintiff in the amount of $1,889,750.35.

**WHEREFORE**, Plaintiff demands judgment against the Defendant for the sum of $1,889,750.35 plus interest and Court costs.

Dated: New York, New York
       July 28, 2006

Respectfully submitted,

ROBERT N. SWETNICK, ESQ. (RNS 6443)
*Attorney for Plaintiff*
217 Broadway, Suite 304
New York, New York 10007
(212) 349-2800

TO:    M. FABRIKANT & SONS, INC.
       *Defendant*
       One Rockefeller Plaza – 28th Floor
       New York, New York 10020

-3-

**EXHIBIT A**

# INVOICE



**K P SANGHVI**
SINCE 1945

K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813.

| Invoice No. & Date | Exporter's Ref. |
|---|---|
| KP/3186  DT.07/10/2005 | IEC : 0388040602 |

| Buyer's Order No. & Date |
|---|
| FN:4663          (W.S.) |

Other Reference(s)
GR Form No.:BA 0736675     Dt: 07/10/2005

**Consignee**
DIRECT PARCEL

**Buyer (if other than consignee)**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U. S. A.  ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

**Terms of Delivery and Payment**
TERMS : 120 DAYS D/A

BANKER: KARNATAKA BANK LTD.

**Pre-Carriage by**
MALCA-AMIT JK

**Place of Receipt by Pre-Carrier**
MUMBAI

OVERSEAS BR.,104-106, 1ST FLOOR

**Vessel / Flight No**
AIR FREIGHT

**Port of Loading**
MUMBAI

EMBASSY CENTRE, JAMNALAL BAJAJ MARG

**Port of Discharge**
NEW YORK

**Final Destination**
NEW YORK

NARIMAN POINT
MUMBAI 400 021.

Add.1 Tin Box

| Goods No. & Kind of Pkgs. Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|
| One Only  CUT & POLISHED DIAMONDS | | | | |
| 1 F.CUT WHITE I1 (PL) | 3 | 0.97 | 655.00 | 635.35 |
| 2 F.CUT WHITE 3RD PK (PL) | 4 | 4.70 | 393.00 | 1847.10 |
| 3 F.CUT WHITE 3RD PK (PL) | 60 | 2.98 | 306.00 | 911.88 |
| 4 F.CUT WHITE I3 (PL) | 28 | 40.79 | 298.00 | 12155.42 |
| 5 F.CUT WHITE 4TH PK (PL) | 13 | 1.09 | 204.00 | 222.36 |
| 6 F.CUT WHITE 4TH PK (PL) | 104 | 0.50 | 175.00 | 87.50 |
| 7 F.CUT WHITE 4TH PK (PL) | 100 | 18.59 | 174.00 | 3234.66 |
| 8 F.CUT WHITE 4TH PK (PL) | 80 | 0.26 | 125.00 | 32.50 |
| 9 F.CUT WHITE 5TH PK (PL) | 77 | 22.23 | 117.00 | 2600.91 |
| 10 F.CUT WHITE 5TH PK (PL) | 83 | 1.16 | 101.00 | 117.16 |
| 11 F.CUT WHITE 5TH PK (PL) | 28 | 0.50 | 80.00 | 40.00 |
| 12 F.CUT WHITE 6TH PK (PL) | 36 | 16.64 | 77.00 | 1281.28 |
| 13 F.CUT WHITE 6TH PK (PL) | 31 | 14.99 | 51.00 | 764.49 |
| 14 F.CUT WHITE NATTS I1 (PL) | | 0.48 | 400.00 | 192.00 |
| 15 F.CUT WHITE NATTS I1 (PL) | 45 | 0.11 | 287.00 | 31.57 |
| 16 F.CUT WHITE NATTS I2 (PL) | 14 | 0.50 | 272.00 | 136.00 |
| 17 F.CUT WHITE NATTS 1ST PK (PL) | 24 | 1.50 | 245.00 | 367.50 |
| Page Total... | | 127.99 | CFR US$ | 24657.68 |

*Certified this is a true copy Received by us for ... DHANANJAY HEGDE P.A.No.2359 Officer, Nariman Point, Mumbai-21.*

CTS. 507.54 VALUE US$ 150102.56 ARE UNDER 0.50 CTS. PER PCS. : CTS. 77.79 VALUE US$ 50911.50 ARE ABOVE 0.50 CTS. PER PCS. Continued.....Page

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds.

**Amount Chargeable (in words)**
TOTAL CFR US DOLLAR TWO HUNDRED ONE THOUSAND FOURTEEN
AND SIX CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

| TOTAL |
|---|
| 201014.06 |

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS WITH UNION BANK OF CALIFORNIA INTERNATIONAL,40 WALL
STREET, 23 FLOOR, NEW YORK,N.Y.10005 - 1339,U.S.A.FOR CREDIT OF A/C.NO.
91-238774-1121(SWIFT CODE:BOFCUS33NYK) KARNATAKA BANK LTD.,CENTRAL FOREIGN
EXCHANGE DEPT. MUMBAI 400 001 CREDIT OF K.P.SANGHVI & SONS, A/C.NO.339"

**Declaration:**
We declare that this invoice shows the actual price of the Goods
described and that all particulars are true and correct.

**Signature & Date**

**For K P SANGHVI & SONS**

Retainer Const. Attorney

07/10/2005



**K P Sanghvi & Sons**
1301, Prasad Chambers,
Opera House,
Mumbai 400 004. India.
Tel: +91 - 22 - 2363 0315.
Fax: +91 - 22 - 2363 0813.

Invoice No. & Date: KP/3186 DT.07/10/2005  EC : 0388040602

Buyer's Order No. & Date: FN:4663

Other Reference(s): GR Form No.:BA 0736675    Dt: 07/10/2005

| Marks & Nos/ Container No | No. & Kind of Pkgs | Description of Goods | Avg Pcs Per Crts | | Quantity Carats | Rate Per Crts US $ | Amount US $ |
|---|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs Per Crts | | Carats | Per Crts US $ | US $ |
| One Only | | CUT & POLISHED DIAMONDS | | | | | |
| | 18 | F.CUT WHITE NATTS I3 (PL) | 36 | | 0.26 | 228.00 | 59.28 |
| | 19 | F.CUT WHITE NATTS 2ND PK (PL) | 5 | | 1.00 | 225.00 | 225.00 |
| | 20 | F.CUT TLBNT 3RD PK (PL) | 54 | | 12.19 | 128.00 | 1560.32 |
| | 21 | F.CUT TLBNT 3RD PK (PL) | 54 | | 61.30 | 125.00 | 7662.50 |
| | 22 | S.CUT WHITE 1ST PK (PL) | 100 | | 1.14 | 200.00 | 228.00 |
| | 23 | S.CUT WHITE 1ST PK (PL) | 133 | | 1.44 | 180.00 | 259.20 |
| | 24 | S.CUT WHITE 2ND PK (PL) | 105 | | 9.50 | 125.00 | 1187.50 |
| | 25 | S.CUT WHITE 2ND PK (PL) | 156 | | 8.50 | 98.00 | 833.00 |
| | 26 | S.CUT WHITE 4TH PK (PL) | 300 | | 0.99 | 75.00 | 74.25 |
| | 27 | S.CUT WHITE 5TH PK (PL) | 200 | | 45.00 | 57.00 | 2565.00 |
| | 28 | WHITE P SHAPE I1 | 1 | PCS | 0.48 | 900.00 | 432.00 |
| | 29 | WHITE MQ SI (PL) | 400 | PCS | 44.80 | 640.00 | 28672.00 |
| | 30 | WHITE MQ I3 | 1 | PCS | 0.63 | 550.00 | 346.50 |
| | 31 | WHITE P.CUT I3 | 2 | | 2.55 | 750.00 | 1912.50 |
| | 32 | WHITE P.CUT I2,I3 (PL) | 16 | | 6.22 | 525.00 | 3265.50 |
| | 33 | WHITE P.CUT I3 | 2 | | 47.91 | 500.00 | 23955.00 |
| | | WHITE P.CUT SI 3 (PL) | 108 | PCS | 17.59 | 425.00 | 7475.75 |
| | 35 | WHITE P.CUT SI 1 (PL) | 144 | PCS | 23.60 | 405.00 | 9558.00 |
| | 36 | WHITE P.CUT SI 1 (PL) | 176 | PCS | 25.05 | 405.00 | 10145.25 |
| | 37 | WHITE P.CUT SI 1 (PL) | 10 | | 12.54 | 375.00 | 4702.50 |
| | 38 | WHITE P.CUT SI 1 (PL) | 180 | | 17.86 | 375.00 | 6697.50 |
| | 39 | WHITE P.CUT I1,I2 | 20 | | 1.79 | 290.00 | 519.10 |
| | 40 | WHITE P.CUT I1,I2 | 48 | PCS | 1.72 | 270.00 | 464.40 |
| | 41 | WHITE P.CUT I1,I2 | 50 | PCS | 1.39 | 260.00 | 361.40 |
| | 42 | IJ P.CUT I1,I2 (PL) | 164 | PCS | 62.20 | 525.00 | 32655.00 |
| | 43 | IJ P.CUT I1,I2 | 3 | PCS | 1.11 | 485.00 | 538.35 |
| | 44 | OW LB P.CUT I2,I3 | 117 | PCS | 12.62 | 185.00 | 2334.70 |
| | 45 | WHITE NATTS P.CUT I1,I2 | 20 | PCS | 0.64 | 250.00 | 160.00 |
| | 46 | WHITE NATTS P.CUT I1,I2 | 120 | PCS | 3.16 | 250.00 | 790.00 |
| | 47 | WHITE NATTS P.CUT I1,I2 | 75 | PCS | 1.42 | 230.00 | 326.60 |
| | 48 | F.CUT WH NATTS & P.CUT I2 (PL) | 13 | | 2.03 | 420.00 | 852.60 |
| | 49 | F.CUT WH NATTS & P.CUT I2 (PL) | 13 | | 2.01 | 418.00 | 840.18 |
| | 50 | WHITE   PEAR SHAPE I1 | 2 | | 26.70 | 925.00 | 24697.50 |
| | | Page Total... | | | 457.34 | CFR US$ | 176356.38 |
| | | Total Carats. | | | 585.33 | CFR US$ | 201014.06 |

Declaration:
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

Signature & Date

07/10/2005

For K P SANGHVI & SONS

Partner / Const. Attorney

Nikhil Vadia

# INVOICE

| Exporter | | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0316<br>Fax: +91 - 22 - 2363 0813 | Invoice No. & Date<br>KP/3222 DT. 17/10/2005 | Exporter's Ref<br>TEL : 0388040602 |
|---|---|---|---|---|
| **K P SANGHVI**<br>SINCE 1963 | | | Buyer's Order No. & Date<br>FN-4683    (W.S.) | |
| | | | Other Reference(s)<br>GR FORM NO. :BA 0736717    Dt: 17/10/2005 | |

**Consignee:**
DIRECT PARCEL

**Buyer (if other than consignee)**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A. ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG IN INDIA | U.S.A. |

**Terms of Delivery and Payment**
TERMS : 120 DAYS D/A

BANKER: ING VYSYA BANK LTD
TRADE FINANCE UNIT
PATEL CHAMBERS,OPERA HOUSE,
MUMBAI-400 007.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |
| **Vessel / Flight No.** | **Port of Loading** |
| AIR FREIGHT | MUMBAI |
| **Port of Discharge** | **Final Destination** |
| NEW YORK | NEW YORK |

| Marks & Nos./<br>Container No. | Nor. & Kind of Pkgs. | Description of Goods | Avg Pcs<br>Per Crts | | Quantity<br>Carats | Rate<br>Per Crts | Amount |
|---|---|---|---|---|---|---|---|
| | | | Avg Pcs<br>Per Crts | | Carats | Per Crts<br>US$ | US$ |
| Add.1 Tin Box | | | | | | | |
| One Only | CUT & POLISHED DIAMONDS | | | | | | |
| | 1 WHITE P.CUT I2 | | 1 | PCS | 1.02 | 825.00 | 841.50 |
| | 2 WHITE P.CUT I2 | | 2 | | 31.53 | 825.00 | 26012.25 |
| | 3 WHITE P.CUT I2 | | 3 | PCS | 1.25 | 600.00 | 750.00 |
| | 4 WHITE P.CUT I2 I3 (PL) | | 4 | PCS | 1.57 | 525.00 | 824.25 |
| | 5 WHITE P.CUT I1 (PL) | | 5 | | 53.34 | 425.00 | 22669.50 |
| | 6 WHITE P.CUT I1 I2 (PL) | | 6 | | 5.70 | 381.00 | 2171.70 |
| | 7 WHITE P.CUT I2 | | 37 | | 3.32 | 255.00 | 846.60 |
| | 8 WHITE P.CUT I2 | | 50 | | 46.00 | 255.00 | 11730.00 |
| | 9 WHITE MQ I1 I2 | | 172 | PCS | 15.05 | 340.00 | 5117.00 |
| | | Total Carats. | | | 158.78 | CFR US$ | 70962.80 |

CTS. 126.23 VALUE US$ 44109.05 ARE UNDER 0.50 CTS. PER PCS. / CTS. 32.55 VALUE US$ 26853.75 ARE ABOVE 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds.

**PADMINI KRISHNA**
**CUSTOMS APPRAISER**

70962.80

**Amount Chargeable**
**(in words)** TOTAL CFR US DOLLAR SEVENTY THOUSAND NINE HUNDRED
SIXTY TWO AND EIGHTY CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE CREDIT THE PROCEEDS TO CITI BANK III,WALL STREET,NEW YORK SWIFT
ADDRESS: CITIUS33 FOR FURTHER CREDIT TO ACCOUNT NO.36051862 OF ING VYSYA
BANK LTD.,MUMBAI SWIFT ADDRESS: VYSAINBBOSB TO THE CREDIT OF ACCOUNT NO.
55001013500 OF K.P.SANGHVI & SONS."

| Declaration:<br>We declare that this Invoice shows the actual price of the Goods<br>described and that all particulars are true and correct. | Signature & Date<br><br>17/10/2005 | For K P SANGHVI & SONS<br><br>Partner / Const. Attorney<br>TARUN MEHTA |
|---|---|---|

# INVOICE



| Exporter | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004. India.<br>Tel: +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0813 | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI**<br>SINCE 1965 | | KP/3243  Dt. 22/10/2005 | IEC : 0388040602 |
| | | Buyer's Order No. & Date<br>FN-4675       (N.B.) | |

**Consignee**

DIRECT PARCEL

Other Reference(s)
GR Form No. : BA 0736741    Dt. 22/10/2005

Buyer (if other than consignee)
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.  ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

Country of Origin of Goods: MFG. IN INDIA
Country of Final Destination: U.S.A.

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

BANKER: CENTRAL BANK OF INDIA
1ST FLOOR, BAJAJ BHAVAN
NARIMAN POINT
MUMBAI - 400 021.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |
| Vessel / Flight No. | Port of Loading |
| AIR FREIGHT | MUMBAI |
| Port of Discharge | Final Destination |
| NEW YORK | NEW YORK |

| Marks & Nos./<br>Container No. | No. & Kind of Pkgs. | Description of Goods | Avg. Pcs.<br>Per Crts. | Quantity<br>Carats | Rate<br>Per Crts. | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs<br>Per Crts | Carats | Per Crts<br>US$ | US$ |
| One Only | CUT & POLISHED DIAMONDS | | | | | |
| 1 F/C WHITE SI 2 (PL) | | | 2 | 25.67 | 1375.00 | 35296.25 |
| 2 F/C WHITE I 1 (PL) | | | 6 | 2.00 | 800.00 | 1630.00 |
| 3 F/C WHITE I 1 (PL) | | | 23 | 1.00 | 640.00 | 640.00 |
| 4 F/C WHITE I 1 (PL) | | | 41 | 1.76 | 495.00 | 871.20 |
| 5 F/C WHITE I 1 (PL) | | | 40 | 1.92 | 490.00 | 940.80 |
| 6 F/C WHITE I 1 (PL) | | | 31 | 1.14 | 375.00 | 427.50 |
| 7 F/C WHITE NATTS I 2 (PL) | | | 84 | 0.75 | 230.00 | 172.50 |
| 8 DARK LC I 1 (PL) | | | 74 | 18.62 | 230.00 | 4282.60 |
| 9 DARK LC I 1 (PL) | | | 100 | 14.92 | 230.00 | 3431.60 |
| | Total Carats. | | | 67.78 | CFR US$ | 47662.45 |

D. M. KAMAL
EXAMINING OFFICER
INDIAN CUSTOMS

CTS. 42.11 VALUE US$ 12366.20 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 25.67 VALUE US$ 35296.25 ARE ABOVE 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR FOURTY SEVEN THOUSAND SIX HUNDRED<br>SIXTY TWO AND FOURTY FIVE CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | 47662.45 |

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO CITI BANK, NEW YORK, SWIFT : CITI US 33 CREDIT TO
A/C NO.36072305, CENTRAL BANK OF INDIA, OVERSEAS BRANCH, MUMBAI-21 SWIFT :
CBININBBOSB BENEFICIARY M/S.K.P.SANGHVI & SONS A/C NO. 100162 "

| Declaration:<br>We declare that this Invoice shows the actual price of the Goods<br>described and that all particulars are true and correct. | Signature & Date<br><br>For K.P. SANGHVI & SONS<br>Partner / Const. Attorney<br>22/10/2005      RAJESH L. CHANDELAR |
|---|---|

# INVOICE

| Exporter | | | Invoice No. & Date | | Exporter's Ref. |
|---|---|---|---|---|---|
| **K P SANGHVI** SINCE 1943 | K P Sanghvi & Sons 1301, Prasad Chambers, Opera House, Mumbai 400 004, India. Tel: +91 - 22 - 2363 0315 Fax: +91 - 22 - 2363 9813 | | KP/3259 DT. 27/10/2005 | | IEC : 0388040602 |

| Buyer's Order No. & Date | |
|---|---|
| PN 4707 | (W.S.) |

| Other Reference(s) | |
|---|---|
| GR Form No. :BA 0736764 | DT: 27/10/2005 |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S M. FABRIKANT & SONS INC. 1 ROCKEFELLER PLAZA, 28TH FLOOR NEW YORK, N.Y. 10020 U.S.A.  ATTN : MR. ERIC FID NO.13-1394013 TEL:001212-7570790 FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

| | | Terms of Delivery and Payment |
|---|---|---|
| Pre-Carriage by | Place of Receipt by Pre-Carrier | TERMS : 120 DAYS D/A |
| MALCA-AMIT JK | MUMBAI | |
| Vessel / Flight No. | Port of Loading | BANKER: STATE BANK OF HYDERABAD OVERSEAS BRANCH ASHOK MAHAL,1204,TULLOCH ROAD COLABA,MUMBAI - 400 039. |
| AIR FREIGHT | MUMBAI | |
| Port of Discharge | Final Destination | |
| NEW YORK | NEW YORK | |

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg. Pcs Per Crts / Avg Pcs Per Crts | Quantity Carats | Rate Per Crts Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | One Only | CUT & POLISHED DIAMONDS | | | | |
| | 1 | F/C WHITE I 2 (PL) | 6 | 1.96 | 805.00 | 1577.80 |
| | 2 | F/C WHITE I 1 (PL) | 3 | 41.30 | 725.00 | 29942.50 |
| | 3 | F/C WLB 3RD PK (PL) | 17 | 15.33 | 224.00 | 3433.92 |
| | 4 | F/C WLB 4TH PK | 33 | 5.90 | 160.00 | 944.00 |
| | 5 | F/C WLB 4TH PK (PL) | 34 | 17.79 | 153.00 | 2721.97 |
| | 6 | F/C WHITE/PEARSHAPE I1 (PL) | 44 | 1.23 | 990.00 | 1217.70 |
| | 7 | F/C WLB /WH P/CUT I1-I2 (PL) | 12 | 111.31 | 309.00 | 34394.79 |
| | 8 | WHITE P/CUT I2 I3 | 1 PCS | 0.62 | 900.00 | 558.00 |
| | 9 | WHITE P/CUT SI1 | 20 | 9.76 | 355.00 | 3464.80 |
| | 10 | WHITE P/CUT I1 | 557 PCS | 33.56 | 300.00 | 10068.00 |
| | 11 | WHITE P/CUT I2 I3 | 49 PCS | 5.00 | 240.00 | 1200.00 |
| | 12 | WHITE P/CUT/TRI I1 (PL) | 100 | 14.31 | 544.00 | 7784.64 |
| | | Total Carats | | 258.07 | CFR US$ | 97308.02 |

CTS. 257.45 VALUE US$ 96750.02 ARE UNDER 0.50 CTS. PER PCS.  : CTS. 0.62 VALUE US$ 558.00 ARE ABOVE 0.50 CTS. PER PCS.

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds.

| | TOTAL | 97308.02 |
|---|---|---|

Amount Chargeable (in words)  TOTAL CFR US DOLLAR NINETY SEVEN THOUSAND THREE HUNDRED EIGHT AND TWO CENT ONLY.

PAN NO.: AAAFK8390F. BIN NO.:AAAFK8390F FT001

INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS VIA T.T. OR SWIFT TO THRU A/C.#.36074976 WITH CITI BANK N.A., NEW YORK, CHIPS NUMBER CITI US33, F/O THE ACCOUNT STATE BANK OF HYDERABAD UNDER SWIFT ADVICE TO THEIR OVERSEAS BRANCH (SBHYINBB001) QUOTING THEIR REFERENCE NUMBER, CREDIT OF K.P. SANGHVI & SONS A/C.NO. 31528."

| Declaration: We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | Signature & Date                 For K P SANGHVI & SONS 27/10/2005                 RAJESH L. CHANDERAR Partner / Const. Attorney |
|---|---|

## INVOICE

| Exporter | | K P Sanghvi & Sons | Invoice No. & Date | Exporter's Ref |
|---|---|---|---|---|
| | **K P SANGHVI** SINCE 1965 | 1301, Prasad Chambers, Opera House, Mumbai 400 004, India. Tel: +91 - 22 - 2363 0315. Fax: +91 - 22 - 2363 0813. | KP/3279 DT.29/10/2005 | IEC : 0388040602 |

| | |
|---|---|
| | Buyer's Order No. & Date |
| | FN :4718    (W.S.) |
| | Other Reference(s) |
| | GR Form No.:BA 0736779    Dt: 29/10/2005 |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC. 1 ROCKEFELLER PLAZA, 28TH FLOOR NEW YORK, N.Y. 10020 U.S.A.  ATTN : MR. ERIC FID NO.13-1894013 TEL:001212-7570790 FAX:001212-5814976 |

| | Country of Origin of Goods | Country of Final Destination |
|---|---|---|
| | MFG. IN INDIA | U.S.A. |

| | |
|---|---|
| Terms of Delivery and Payment | TERMS : 120 DAYS D/A |

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |
| **Vessel / Flight No.** | **Port of Loading** |
| AIR FREIGHT | MUMBAI |
| **Port of Discharge** | **Final Destination** |
| NEW YORK | NEW YORK |

BANKER: STATE BANK OF HYDERABAD
OVERSEAS BRANCH
ASHOK MAHAL,1204,TULLOCH ROAD
COLABA,MUMBAI - 400 039.

| Shipping Mark No. & Kind of Pkgs. Add 1 Tin Box One Only | Description of Goods CUT & POLISHED DIAMONDS | AVG. PCS Per Crts | Quantity Carats | Per Crts US$ Rate | Amount US$ |
|---|---|---|---|---|---|
| 1 | F.CUT WHITE SI | 120 | 10.00 | 375.00 | 3750.00 |
| 2 | F.CUT WHITE I 2 (PL) | 55 | 20.89 | 325.00 | 6789.25 |
| 3 | F.CUT WHITE I 1 | 175 | 15.00 | 300.00 | 4500.00 |
| 4 | F.CUT WHITE I 1 | 200 | 15.00 | 300.00 | 4500.00 |
| 5 | F.CUT WHITE SI | 225 | 15.00 | 300.00 | 4500.00 |
| 6 | F.CUT WHITE I2 | 120 | 15.00 | 275.00 | 4125.00 |
| 7 | F.CUT WHITE I1-2 | 175 | 15.00 | 275.00 | 4125.00 |
| | Page Total... | | 105.89 | CFR US$ | 32289.25 |

CTS. 612.26 VALUE US$ 137426.55 ARE UNDER 0.50 CTS. PER PCS. Continued....Page 2

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds.

| Amount Chargeable (in words) | TOTAL CFR US DOLLAR ONE HUNDRED THIRTY SEVEN THOUSAND FOUR HUNDRED TWENTY SIX  AND FIFTY FIVE CENT ONLY. | TOTAL | 137426.55 |
|---|---|---|---|

PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS VIA T.T. OR SWIFT TO THRU A/C.#.36074976 WITH CITI BANK N.A., NEW YORK, CHIPS NUMBER CITI US33, F/O THE ACCOUNT STATE BANK OF HYDERABAD UNDER SWIFT ADVICE TO THEIR OVERSEAS BRANCH (SBHYINBB001) QUOTING THEIR REFERENCE NUMBER, CREDIT OF K.P. SANGHVI & SONS A/C.NO. 21528."

| Declaration: - We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | Signature & Date 29/10/2005 | For K.P. SANGHVI & SONS  Partner / Const. Attorney |
|---|---|---|

# INVOICE

Continuation Sheet

**K P SANGHVI**
SINCE 1965

**K P Sanghvi & Sons**
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315.
Fax. +91 - 22 - 2363 0813.

| | | |
|---|---|---|
| Invoice No. & Date | | Exporter's Ref. |
| KP/3279 DT. 29/10/2005 | IEC : 0388040602 | |
| Buyer's Order No. & Date | | |
| PN : 4718 | | |
| Other Reference(s) | | |
| GR Form No. : BA 0736779    Dt: 29/10/2005 | | |

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg. Pcs. Per Crts. | Quantity Carats | Rate Per Crts. | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs | | Per Crts | |
| One Only | | CUT & POLISHED DIAMONDS | Per Crts | Carats | US $ | US $ |
| | 8 | F.CUT WHITE I1-2 | 200 | 15.00 | 275.00 | 4125.00 |
| | 9 | F.CUT WHITE I1 | 225 | 15.00 | 275.00 | 4125.00 |
| | 10 | F.CUT WHITE I2 (PL) | 30 | 11.51 | 270.00 | 3107.70 |
| | 11 | F.CUT WHITE NATTS I3 (PL) | 20 | 57.10 | 250.00 | 14275.00 |
| | 12 | F.CUT WHITE NATTS I3 (PL) | 32 | 74.52 | 238.00 | 17735.76 |
| | 13 | F.CUT WHITE NATTS I2 (PL) | 100 | 8.48 | 230.00 | 1950.40 |
| | 14 | F.CUT WHITE NATTS I3 (PL) | 48 | 93.45 | 223.00 | 20839.35 |
| | 15 | F.CUT WHITE NATTS I3 (PL) | 100 | 35.18 | 200.00 | 7036.00 |
| | 16 | F.CUT WHITE NATTS I3 (PL) | 125 | 7.36 | 185.00 | 1361.60 |
| | 17 | F.CUT WLB 3RD PK (PL) | 17 | 37.62 | 230.00 | 8652.60 |
| | 18 | F.CUT WLB 3RD PK (PL) | 61 | 32.88 | 200.00 | 6576.00 |
| | 19 | F.CUT WLB 3RD PK (PL) | 83 | 9.65 | 173.00 | 1669.45 |
| | 20 | F.CUT TTLB H PK (PL) | 60 | 15.37 | 62.00 | 952.94 |
| | 21 | F.CUT TTLB H PK (PL) | 100 | 25.86 | 52.00 | 1344.72 |
| | 22 | F.CUT TTLBNT 4TH PK (PL) | 21 | 43.04 | 107.00 | 4605.28 |
| | 23 | S.CUT TTLB 3RD PK (PL) | 155 | 10.00 | 61.00 | 610.00 |
| | 24 | WH P.CUT & TRI SI 3 I2 (PL) | 150 | 14.35 | 430.00 | 6170.50 |
| | | Page Total... | | 506.37 | CFR US$ | 105137.30 |
| | | Total Carats. | | 612.26 | CFR US$ | 137426.55 |

Certified that the bills relating to
shipment declared on ..... has been
presented to us for ..... ..... vide out
No. EDOM 02069 2/11/0...
For State Bank of Hyderabad

Chief Manager
Overseas Br. Mumbai.

**Declaration:**
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

| Signature & Date | For K P SANGHVI & SONS |
|---|---|
| | Partner / Const Attorney |

# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1955 | K P Sanghvi & Sons 1301, Prasad Chambers, Opera House, Mumbai 400 004, India. Tel: +91 - 22 - 2363 0315, Fax: +91 - 22 - 2363 0813. | KP/3294 DT 14/11/2005 | IEC : 0388040602 |

| | Buyer's Order No. & Date |
|---|---|
| | FN:4726        (W.S.) |

Other Reference(s)

GR FORM NO.:BA 0736799     Dt: 14/11/2005

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC. 1 ROCKEFELLER PLAZA, 28TH FLOOR NEW YORK, N.Y. 10020 U.S.A. ATTN : MR. ERIC FID NO.13-1894013 TEL:001212-7570790 FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG IN INDIA | U.S.A. |

Terms of Delivery and Payment

TERMS : 120 DAYS D/A

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |

| Vessel / Flight No. | Port of Loading |
|---|---|
| AIR FREIGHT | MUMBAI |

| Port of Discharge | Final Destination |
|---|---|
| NEW YORK | NEW YORK |

BANKER: CENTRAL BANK OF INDIA
        1ST FLOOR, BAJAJ BHAVAN
        NARIMAN POINT
        MUMBAI - 400 021.

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs. Per Crts | Quantity Carats | Rate Per Crts | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs Per Crts | Carats | Per Crts US$ | US$ |
| One Only | CUT & POLISHED DIAMONDS | | | | | |
| | 1 WHITE OVAL SI | | 23   PCS | 24.36 | 2731.03 | 66527.89 |
| | | Total Carats. | | 24.36 | CFR US$ | 66527.89 |

TRUE COPY OF THE INVOICE ... for CENTRAL BANK OF INDIA Overseas ... Mumbai Authorised Signatories

CENTRAL BANK OF INDIA OVERSEAS BRANCH FDD 9 1 7 8 0 1 NARIMAN POINT, MUMBAI-21

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds.

| Amount Chargeable (in words) TOTAL CFR US DOLLAR SIXTY SIX THOUSAND FIVE HUNDRED TWENTY SEVEN  AND EIGHTY NINE CENT ONLY. | TOTAL | 66527.89 |
|---|---|---|

PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO CITI BANK,NEW YORK, SWIFT : CITI US 33 CREDIT TO
A/C NO.36072305, CENTRAL BANK OF INDIA,OVERSEAS BRANCH,MUMBAI-21 SWIFT :
CBININBBOSB BENEFICIARY M/S.K.P.SANGHVI & SONS A/C NO.100162 "

| Declaration: We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | Signature & Date For K P SANGHVI & SONS 14/11/2005 Partner / Const. Attorney |
|---|---|

# INVOICE

| Exporter | K P Sanghvi & Sons 1301, Prasad Chambers, Opera House, Mumbai 400 004, India Tel: +91 - 22 - 2363 0315. Fax: +91 - 22 - 2363 0813. | Invoice No. & Date KP/3407 DT.14/12/2005 | Exporter's Ref. IEC : 0368040602 |
|---|---|---|---|
| | | Buyer's Order No. & Date PN : 4758 (W.S.) | |
| | | Other Reference(s) GR Form No. :BA 0736928   Dt: 14/12/2005 | |

**KP SANGHVI**
SINCE 1785

| Consignee DIRECT PARCEL | Buyer (if other than consignee) M/S M. FABRIKANT & SONS INC. 1 ROCKEFELLER PLAZA, 28TH FLOOR NEW YORK, N.Y. 10020 U.S.A. ATTN : MR. ERIC FID NO.13-1894013 TEL:001212-7570790 FAX:001212-5814976 |
|---|---|

| | Country of Origin of Goods MFG. IN INDIA | Country of Final Destination U.S.A. |
|---|---|---|

| | Terms of Delivery and Payment TERMS : 120 DAYS D/A |
|---|---|

| Pre-Carriage by MALCA-AMIT JK | Place of Receipt by Pre-Carrier MUMBAI | BANKER: STATE BANK OF TRAVANCORE CORPORATE FINANCE BRANCH 112-115, TULSIANI CHAMBERS 212 NARIMAN POINT,MUMBAI-21. |
|---|---|---|
| Vessel / Flight No. AIR FREIGT | Port of Loading MUMBAI | |
| Port of Discharge NEW YORK | Final Destination NEW YORK | |

| Marks & Nos./ Container No. | No. & Kind of Pkgs Description of Goods | Avg. Pcs. Per Crts. | Quantity Carats | Rate Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|
| Add.1 Tin Box One Only | CUT & POLISHED DIAMONDS | Avg Pcs Per Crts | Carats | Per Crts US$ | US$ |
| | 1 F.CUT WHITE I1 (PL) | 33 | 33.05 | 1086.00 | 35892.30 |
| | 2 F.CUT WHITE PK | 2 PCS | 1.08 | 715.00 | 772.20 |
| | 3 F.CUT WHITE PK (PL) | 5 | 0.55 | 391.00 | 215.05 |
| | 4 TTLC S/B SI | 36 PCS | 10.00 | 330.00 | 3300.00 |
| | 5 F.CUT WHITE NATTS I1 (PL) | 32 | 2.96 | 300.00 | 888.00 |
| | 6 F.CUT WHITE NATTS I3 | 100 | 0.98 | 210.00 | 205.80 |
| | 7 F.CUT WHITE 3RD PK (PL) | 10 | 0.21 | 240.00 | 50.40 |
| | 8 S.CUT WHITE 2ND PK (PL) | 171 | 0.07 | 135.00 | 9.45 |
| | Total Carats | | 48.90 | CFR US$ | 41333.20 |

CTS. 47.82 VALUE US$ 40561.00 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 1.08 VALUE US$ 772.20 ARE ABOVE 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable TOTAL C/R US DOLLAR FOURTY ONE THOUSAND THREE HUNDRED THIRTY THREE AND TWENTY CENT ONLY. PAN NO.: AAA K8390F. BIN NO.:AAAFK8390F FT001 INSURED DOOR TO DOOR MALCA AMIT | TOTAL | 41333.20 |
|---|---|---|

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS BY T.T.TO THE CHASE MANHATTAN BANK,NEW YORK,U.S.A.
CREDIT TO STATE BANK OF TRAVANCORE,FOREIGN EXCHANGE DEPT.,ERNAKULAM A/C
NO.001-1-40,493 QUOTING BANK REF.NO. UNDER TLX ADVISE TO STATE BANK OF -
TRAVANCORE,CORPORATE FINANCE BRANCH,112-115,TULSIANI CHAMBERS,212 NARIMAN
POINT, MUMBAI 400 021, CREDIT OF K.P.SANGHVI & SONS, A/C NO.57001820714."

| Declaration: We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | Signature & Date 14/12/2005 | For K P SANGHVI & SONS RAJESH L. CHANDEKAR |
|---|---|---|

# INVOICE

| Exporter | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315.<br>Fax: +91 - 22 - 2363 0813. | Invoice No. & Date<br>KP/3421 DT. 22/12/2005 | Exporter's Ref.<br>IBC : 0388040602 |
|---|---|---|---|

**KP SANGHVI** SINCE 1945

| | Buyer's Order No. & Date<br>FN:4767     (J.M.) |
|---|---|
| | Other Reference(s)<br>GR Form No.:BA 0736943    Dt: 22/12/2005 |

| Consignee<br>DIRECT PARCEL | Buyer (if other than consignee)<br>M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U. S. A.  ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |
|---|---|

| | Country of Origin of Goods<br>MFG. IN INDIA | Country of Final Destination<br>U.S.A. |
|---|---|---|

| Pre-Carriage by<br>MALCA-AMIT JK | Place of Receipt by Pre-Carrier<br>MUMBAI | Terms of Delivery and Payment<br>TERMS : 120 DAYS D/A |
|---|---|---|
| Vessel / Flight No.<br>AIR FREIGHT | Port of Loading<br>MUMBAI | BANKER: CENTRAL BANK OF INDIA<br>1ST FLOOR, BAJAJ BHAVAN<br>NARIMAN POINT<br>MUMBAI - 400 021. |
| Port of Discharge<br>NEW YORK | Final Destination<br>NEW YORK | |

Add.1 Tin Box
Case only

| Marks & Nos / No. & Kind of Pkgs / Description of Goods | Avg Pcs<br>Per Crts | | Quantity<br>Carats | Per Crts<br>Rate<br>US$ | Amount<br>US$ |
|---|---|---|---|---|---|
| CUT & POLISHED DIAMONDS | | | | | |
| 1 F.CUT WHITE I 1 | 20 | PCS | 20.16 | 1900.00 | 38304.00 |
| 2 F.CUT WHITE PK 1 | 1 | PCS | 1.04 | 1375.00 | 1430.00 |
| 3 F.CUT WHITE I 1 (PL) | 3 | | 5.06 | 805.00 | 4073.30 |
| 4 F.CUT WHITE PK | 4 | | 2.98 | 438.00 | 1305.24 |
| 5 F.CUT WHITE PK 1 (PL) | 35 | | 0.97 | 379.00 | 367.63 |
| 6 F.CUT WHITE I 1 (PL) | 29 | | 97.45 | 357.00 | 34789.65 |
| 7 F.CUT WHITE 2ND PK (PL) | 83 | | 12.62 | 232.00 | 2927.84 |
| Page Total... | | | 140.28 | CFR US$ | 83197.66 |

CTS. 285.14 VALUE US$ 74016.68 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 22.29 VALUE US$ 40567.85 ARE ABOVE 0.50 CTS. PER PCS. Continued.....Page

the diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

Amount Chargeable
(in words)
TOTAL CFR US DOLLAR ONE HUNDRED NINETEEN THOUSAND
THREE HUNDRED EIGHTY FOUR  AND FIFTY THREE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

| TOTAL | 119384.53 |
|---|---|

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO CITI BANK, NEW YORK, SWIFT : CITI US 33 CREDIT TO
A/C NO.36072305, CENTRAL BANK OF INDIA, OVERSEAS BRANCH, MUMBAI-21 SWIFT :
CBININBBOSE BENEFICIARY M/S.K.P.SANGHVI & SONS A/C NO.100162 "

| Declaration:<br>We declare that this Invoice shows the actual price of the Goods<br>described and that all particulars are true and correct. | Signature & Date<br>22/12/2005 | For K P SANGHVI & SONS<br>Partner / Chief Attorney |
|---|---|---|

# INVOICE

Continuation Sheet



**K P Sanghvi & Sons**
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813.

K P  S A N G H V I
SINCE 19 5

| Invoice No. & Date | Exporter's Ref. |
|---|---|
| KP/3421 DT. 22/12/2005 | EC : 0388040602 |

Buyer's Order No. & Date

EN:4767

Other Reference(s)

GR Form No. :BA 0736943    Dt: 22/12/2005

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg. Pcs. Per Crts | Quantity Carats. | Rate Per Crts | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs | | Per Crts | |
| One Only | CUT & POLISHED DIAMONDS | | Per Crts | Carats | US $ | US $ |
| | 8 F.CUT WHITE 3RD PK | | 180 PCS | 2.22 | 170.00 | 377.40 |
| | 9 F.CUT WHITE 4TH PK | | 320 PCS | 3.08 | 150.00 | 462.00 |
| | 10 F.CUT WHITE NATTS I1 (PL) | | 3 | 15.15 | 615.00 | 9317.25 |
| | 11 F.CUT WHITE NATTS I2 (PL) | | 6 | 7.46 | 410.00 | 3058.60 |
| | 12 F.CUT WHITE NATTS I3 (PL) | | 5 | 3.90 | 365.00 | 1423.50 |
| | 13 F.CUT WHITE NATTS I3 | | 10 | 6.86 | 305.00 | 2092.30 |
| | 14 F.CUT WHITE NATTS I3 (PL) | | 8 | 2.12 | 280.00 | 593.60 |
| | 15 F.CUT WHITE NATTS I3 (PL) | | 22 | 13.14 | 260.00 | 3416.40 |
| | 16 F.CUT WLB 3RD PK | | 66 | 0.15 | 147.00 | 22.05 |
| | 17 S.CUT WHITE 2ND PK | | 100 | 11.22 | 150.00 | 1683.00 |
| | 18 S.CUT WHITE 2ND PK (PL) | | 200 | 55.00 | 143.00 | 7865.00 |
| | 19 S.CUT WHITE 4TH PK | | 133 | 14.70 | 130.00 | 1911.00 |
| | 20 S.CUT WHITE 4TH PK | | 200 | 25.00 | 90.00 | 2250.00 |
| | 21 S.CUT WHITE 3RD PK (PL) | | 171 | 2.17 | 84.00 | 182.28 |
| | 22 S.CUT WHITE 4TH PK (PL) | | 153 | 2.93 | 72.00 | 210.96 |
| | 23 F.CUT WH & P.CUT 2ND PK (PL) | | 9 | 0.96 | 508.00 | 487.63 |
| | 24 F.CUT WHITE I1 | | 2 PCS | 1.09 | 765.00 | 833.85 |
| | Page Total... | | | 167.15 | CFR US$ | 36186.87 |
| | Total Carats. | | | 307.43 | CFR US$ | 9384.53 |

Declaration:
We declare that this invoice shows the actual price of the Goods
described and that all particulars are true and correct.

| Signature & Date | For K P SANGHVI & SONS |
|---|---|
| 22/12/2005 | Partner / Const. Attorney |
| | CHARU K. SHAH |

# INVOICE



| K P Sanghvi & Sons | Invoice No. & Date KP/3442 DT. 30/12/2005 | Exporter's Ref. IEC : 0388040602 |
|---|---|---|
| 1301, Prasad Chambers, Opera House, Mumbai 400 004, India. Tel: +91 - 22 - 2363 0315. Fax: +91 - 22 - 2363 0813. | Buyer's Order No. & Date FN-4778 (W.S.) | |
| K P SANGHVI | Other Reference GR FORM No. :BA 0736968   Dt: 30/12/2005 | |

Consignee DIRECT PARCEL

ref. 13051060020010  02/01/06

Buyer (if other than consignee)
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.  ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

| Country of Origin of Goods MFG. IN INDIA | Country of Final Destination U.S.A. |
|---|---|

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

| Pre-Carriage by MALCA-AMIT JK | Place of Receipt by Pre-Carrier MUMBAI |
|---|---|
| Vessel / Flight No. AIR FREIGHT | Port of Loading MUMBAI |
| Port of Discharge NEW YORK | Final Destination NEW YORK |

BANKER: HDFC BANK LTD.
SANDOZ HOUSE
DR.ANNIE BESANT ROAD
WORLI, MUMBAI 400 018.

Marks & Nos./
Container No.
Add.1 Tin Box
Made Only

| No. & Kind of Packages Description of Goods POLISHED DIAMONDS | Pcs Per Crts | Avg Pcs Per Crts Carats | Per Crts Rate Per US$ | US$ Amount |
|---|---|---|---|---|
| 1 F.CUT WHITE SI | 3 | 1.53 | 860.00 | 1315.80 |
| 2 F.CUT WHITE I | 11 | 2.93 | 518.00 | 1517.74 |
| 3 F.CUT WHITE 3RD PK | 18 PCS | 7.21 | 475.00 | 3424.75 |
| 4 F.CUT WHITE I3 | 4 | 37.66 | 475.00 | 17888.50 |
| 5 F.CUT WHITE 3RD PK | 13 | 9.55 | 113.00 | 1079.15 |
| 6 F.CUT WHITE 5TH PK | 53 | 7.36 | 92.00 | 677.12 |
| 7 F.CUT WHITE 6TH PK | 38 | 6.26 | 77.00 | 482.02 |
| Page Total... | | 72.50 | CFR US$ | 26385.08 |

CTS. 411.93 VALUE US$ 126140.90 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 0.70 VALUE US$ 700.00 ARE ABOVE 0.50 CTS. PER PCS. Continued....Page 2
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

Amount Chargeable (in words) TOTAL CFR US DOLLAR ONE HUNDRED TWENTY SIX THOUSAND    TOTAL 126840.90
EIGHT HUNDRED FOURTY  AND NINETY CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS WITH BANK OF AMERICA, NEW YORK, SWIFT ID # BOFAUS3N
FOR CREDIT OF A/C NO.6550492079, HDFC BANK LTD., SANDOZ HOUSE, WORLI,
MUMBAI  400 018 FOR FURTHER CREDIT TO K.P.SANGHVI & SONS A/C.0600310001356

Declaration:
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

Signature & Date
30/12/2005

For K P SANGHVI & SONS
RAJESH L. CHANDEKAR