# INVOICE
Continuation Sheet



**K P SANGHVI**
SINCE 1942

K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315.
Fax: +91 - 22 - 2363 0813.

Invoice No. & Date: KP/3442 DT.30/12/2005
Exporter's Ref: IEC : 0388040602
Buyer's Order No. & Date: FN-4778
Other Reference(s): GR Form No.:BA 0736968   Dt: 30/12/2005

| Marks & Nos / Container No. | No. & Kind of Pkgs. | Description of Goods | Avg. Pcs Per Crts. | Quantity Carats | Rate Per Crts. | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs | | Per Crts | |
| One Only | | CUT & POLISHED DIAMONDS | Per Crts | Carats | US $ | US $ |
| | 8 | F.CUT WHITE NATTS I3 | 83 | 12.56 | 225.00 | 2826.00 |
| | 9 | F.CUT WHITE NATTS I3 | 100 | 16.35 | 200.00 | 3270.00 |
| | 10 | F.CUT WHITE NATTS I3 | 70 | 6.91 | 200.00 | 1382.00 |
| | 11 | F.CUT WHITE NATTS I3 | 100 | 8.65 | 200.00 | 1730.00 |
| | 12 | F.CUT WHITE NATTS I3 | 47 | 2.87 | 200.00 | 574.00 |
| | 13 | F.CUT WHITE NATTS I3 | 66 | 13.56 | 200.00 | 2712.00 |
| | 14 | F.CUT TLBNT 4TH PK | 70 | 1.02 | 115.00 | 117.30 |
| | 15 | F.CUT TLBNT 4TH PK | 100 | 0.83 | 115.00 | 95.45 |
| | 16 | F.CUT TLBNT 4TH PK | 100 | 0.99 | 115.00 | 113.85 |
| | 17 | F.CUT TLBNT 4TH PK | 100 | 81.31 | 112.00 | 9106.72 |
| | 18 | F.CUT WLB 3RD PK | 60 | 41.75 | 200.00 | 8350.00 |
| | 19 | S.CUT WHITE 4TH PK | 200 | 27.00 | 77.00 | 2079.00 |
| | 20 | WHITE SB I | 115 | 41.40 | 210.00 | 8694.00 |
| | 21 | F.CUT WHITE & P SHAPE I1 | 28 | 1.23 | 735.00 | 904.05 |
| | 22 | F.CUT WHITE & P SHAPE | 23 | 37.02 | 710.00 | 26284.20 |
| | | WHITE MQ I2 | 1 PCS | 0.70 | 1000.00 | 700.00 |
| | 24 | WHITE TRI SI3 I1 | 693 PCS | 45.01 | 425.00 | 19129.25 |
| | 25 | WHITE TRI SI3 I1 | 618 PCS | 30.97 | 400.00 | 12388.00 |

PACKING LIST FOR 1,2,5 TO 14

18 TO 22 ONLY

Page Total... 370.13   CFR US$  100455.82

Total Carats. 442.63   CFR US$  126840.90

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date: 30/12/2005

For K P SANGHVI & SONS
Partner / Const. Attorney
RAJESH L. CHANDEKAR

# INVOICE

**Exporter:** K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

**K P SANGHVI** SINCE 1866

**Invoice No. & Date:** KP/3477 DT. 12/01/2006
**Exporter's Ref:** IEC : 0388040602
**Buyer's Order No. & Date:** FB-4792 DEPT#2 (J.M.)
**Other Reference(s):** GR Form No.: BA 0634510    Dt: 12/01/2006

**Consignee:** DIRECT PARCEL

**Buyer (if other than consignee):**
M/S S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.    ATTN : MR. ERIC
FID NO.13-1894013
TEL: 001212-7570790
FAX: 001212-5814976

**Country of Origin of Goods:** MFG. IN INDIA
**Country of Final Destination:** U.S.A.

**Terms of Delivery and Payment:** TERMS : 120 DAYS D/A

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-Carrier:** MUMBAI
**Vessel/Flight No.:** AIR FREIGHT
**Port of Loading:** MUMBAI
**Port of Discharge:** NEW YORK
**Final Destination:** NEW YORK

**Banker:** HDFC BANK LTD.
SANDOZ HOUSE
DR. ANNIE BESANT ROAD
WORLI, MUMBAI 400 018.

| Marks & Nos./Container No | No. & Kind of Pkgs | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Rate Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| | Add. 1 Tin Box One Only | CUT & POLISHED DIAMONDS | | | | |
| | | 1 F.CUT WHITE NATTS I2 | 33 | 656.77 | 214.20 | 140680.13 |
| | | 2 F.CUT WHITE NATTS I3 | 33 | 100.00 | 183.60 | 18360.00 |
| | | Total Carats | | 756.77 | CFR US$ | 159040.13 |

CTS. 756.77 VALUE US$ 159040.13 ARE UNDER 0.50 CTS. PER PCS.

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

**Amount Chargeable (in words):** TOTAL CFR US DOLLAR ONE HUNDRED FIFTY NINE THOUSAND FOURTY AND THIRTEEN CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.: AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

**TOTAL:** 159040.13

### PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

*PLEASE REMIT PROCEEDS WITH BANK OF AMERICA, NEW YORK, SWIFT ID # BOFAUS3N
FOR CREDIT OF A/C NO.6550492079, HDFC BANK LTD., SANDOZ HOUSE, WORLI,
MUMBAI 400 018 FOR FURTHER CREDIT TO K.P.SANGHVI & SONS A/C.0600310001356

**Declaration:**
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

**Signature & Date:** 12/01/2006
**For K P SANGHVI & SONS**
CHARU K. SHAH

# INVOICE

| Exporter | Invoice No. & Date | Exporter's Ref. |
|---|---|---|
| **K P SANGHVI & Sons**<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315,<br>Fax: +91 - 22 - 2363 0913. **KP SANGHVI** SINCE 1963 | KP/3537 DT. 30/01/2006 | IEC : 0388040602 |
| | Buyer's Order No. & Date | |
| | FN:4823    (J.M.) | |
| | Other Reference(s) | |
| | GR Form No.: BA 0634582    Dt: 30/01/2006 | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| BANK LEUMI TRUST CO. OF NEW YORK,<br>6TH FLOOR, COLLECTION DEPARTMENT,<br>564 FIFTH AVENUE, NEW YORK,<br>N.Y.10036, U.S.A<br>ATTN : ROSEMARIE WATKINS | M/S M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 25TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A    ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment:
TERMS : 120 DAYS D/A

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |

| Vessel / Flight No. | Port of Loading |
|---|---|
| AIR FREIGHT | MUMBAI |

| Port of Discharge | Final Destination |
|---|---|
| NEW YORK | NEW YORK |

BANKER: STATE BANK OF HYDERABAD
OVERSEAS BRANCH
ASHOK MAHAL,1204 TULLOCH ROAD
COLABA,MUMBAI - 400 039.

| Marks & Nos / Container | No. & Kind of Pkgs | Description of Goods | Avg. Pcs Per Cts. | Quantity Carats | Per Carat US$ | Amount US$ |
|---|---|---|---|---|---|---|
| One Only | Box | CUT & POLISHED DIAMONDS | | | | |
| | 1 | F.CUT WHITE 2ND PK | 32 PCS | 24.06 | 535.00 | 12872.10 |
| | 2 | F.CUT WHITE 3RD PK | 6 | 24.41 | 324.00 | 7908.84 |
| | 3 | F.CUT WHITE 5TH PK | 19 | 7.68 | 83.00 | 637.44 |
| | 4 | F.CUT WHITE NATTS I3 | 6 | 24.31 | 327.00 | 7949.37 |
| | 5 | F.CUT WHITE NATTS I3 | 12 | 6.23 | 291.00 | 1812.93 |
| | 6 | F.CUT WHITE NATTS I3 | 76 | 6.51 | 200.00 | 1302.00 |
| | 7 | F.CUT WHITE NATTS I3 | 100 | 20.95 | 200.00 | 4190.00 |
| | 8 | F.CUT TTLC 3RD PK | 39 | 20.41 | 194.00 | 3959.54 |
| | 9 | F.CUT TTLB 4TH PK | 40 | 19.64 | 112.00 | 2199.68 |
| | 10 | S.CUT WHITE 1ST PK | 100 | 3.00 | 152.00 | 456.00 |
| | 11 | S.CUT WHITE 1ST PK | 100 | 14.00 | 152.00 | 2128.00 |
| | 12 | S.CUT WHITE 3RD PK | 200 | 3.70 | 92.00 | 340.40 |
| | 13 | S.CUT WHITE 4TH PK | 300 | 137.00 | 75.00 | 10275.75 |
| | 14 | F.CUT & S.CUT WHITE 3RD PK | 112 | 0.50 | 156.00 | 78.00 |
| | 15 | F.CUT OWH HI (J) 2ND PK | 25 | 10.06 | 185.00 | 1861.10 |
| | | PACKING LIST FROM 1 TO 14 LOT | | | | |
| | | **Total Carats** | | 322.42 | **Total US$** | 57971.15 |

CTS. 298.41 VALUE US$ 45099.05 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 24.06 VALUE US$ 12872.10 ARE ABOVE 4 CARATS.

the diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions,the seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR FIFTY SEVEN THOUSAND NINE HUNDRED SEVENTY ONE AND FIFTEEN CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | 57971.15 |

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO AMERICAN EXPRESS BANK LTD.NEW YORK (AEIBUS33)
CHIPS NUMBER ABA 0159, FED ABA 124071889, FOR THE ACCOUNT STATE
OF HYDERABAD UNDER SWIFT ADVICE TO THEIR OVERSEAS BRANCH (SBHINBB001)
QUOTING THEIR REFERENCE NUMBER, CREDIT OF K.P. SANGHVI & SONS A/C.NO.
52090545690."

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date: 30/01/2006

For K.P. SANGHVI & SONS
Partner / Const. Attorney
RAJESH L. CHANDEKAR

# INVOICE

**Exporter:** K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

**K.P. SANGHVI**
SINCE 1947

**Invoice No. & Date:** KP/3557 DT. 02/02/2006
**Exporter's Ref:** IEC : 0388040602
**Buyer's Order No. & Date:** FN:4830   (J.M.)
**Other reference(s):** GR Form No.: BA 0634604   Dt: 02/02/2006

**Consignee:**
BANK LEUMI TRUST CO. OF NEW YORK,
6TH FLOOR, COLLECTION DEPARTMENT,
564 FIFTH AVENUE, NEW YORK,
N.Y. 10036, U.S.A
ATTN : ROSEMARIE WATKINS

**Buyer (if other than consignee):**
M/S. M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A. ATTN : MR. ERIC
FID NO. 13-1894013
TEL: 001212-7570790
FAX: 001212-5814976

**Country of Origin of Goods:** MFG IN INDIA
**Country of Final Destination:** U.S.A.

**Terms of Delivery and Payment:** TERMS : 120 DAYS D/A

**BANKER:** BANK OF MAHARASHTRA
OVERSEAS BRANCH
MITTAL COURT 'A' WING
NARIMAN POINT
MUMBAI 400 021.

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-carrier:** MUMBAI
**Vessel / Flight No.:** AIR FREIGHT
**Port of Loading:** MUMBAI
**Port of Discharge:** NEW YORK
**Final Destination:** NEW YORK

| No. & Kind of Pkgs. | Description of Goods | Avg. PCS Per Crts | Qty PCS | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| 400 1 TIN BOX Contents Only | CUT & POLISHED DIAMONDS | | | | | |
| 1 | F.CUT WHITE 2ND PK | 20 | PCS | 10.28 | 625.00 | 6425.00 |
| 2 | F.CUT WHITE 2ND PK (PL) | 2 | | 1.01 | 500.00 | 505.00 |
| 3 | F.CUT WHITE PK (PL) | 4 | | 0.80 | 464.00 | 371.20 |
| 4 | F.CUT WHITE 3RD PK (PL) | 107 | | 9.84 | 160.00 | 1574.40 |
| 5 | F.CUT WHITE 4TH PK (PL) | 92 | | 1.75 | 125.00 | 218.75 |
| 6 | F.CUT WHITE NATTS I3 (PL) | 9 | | 0.97 | 455.00 | 441.35 |
| 7 | F.CUT WHITE NATTS I2 (PL) | 37 | | 7.05 | 340.00 | 2397.00 |
| 8 | F.CUT WHITE NATTS I3 (PL) | 100 | | 18.73 | 200.00 | 3746.00 |
| 9 | F.CUT WHITE NATTS I3 (PL) | | | 23.74 | 200.00 | 4748.00 |
| 10 | S.CUT WHITE 1ST PK (PL) | 153 | | 20.80 | 182.00 | 3785.60 |
| 11 | S.CUT WHITE 3RD PK (PL) | 200 | | 25.00 | 92.00 | 2300.00 |
| 12 | S.CUT WHITE 3RD PK (PL) | 200 | | 45.00 | 92.00 | 4140.00 |
| 13 | S.CUT WHITE 4TH PK (PL) | 200 | | 3.00 | 92.00 | 246.00 |
| 14 | WHITE P.CUT I2 I3 (PL) | 52 | PCS | 19.84 | 530.00 | 10515.20 |
| 15 | WHITE P.CUT I2 I3 (PL) | 6 | | | 320.00 | 822.40 |
| 16 | WHITE NATTS P.CUT I3 (PL) | 10 | | | 249.00 | 1518.90 |
| 17 | F.CUT & F/SHAPE 2ND PK (PL) | 40 | | | 355.00 | 53494.95 |
| | **Total Carats** | | | **347.17** | **CFR US$** | **97249.75** |

CTS. 335.88 VALUE US$ 90929.75 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 11.29 VALUE US$ 6320.00 ARE ABOVE 0.50 CTS. PER PCS.

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

**Amount Chargeable (in words):** TOTAL CFR US DOLLAR NINETY SEVEN THOUSAND TWO HUNDRED FOURTY NINE AND SEVENTY FIVE CENT ONLY.

PAN NO.: AAAFK8390F, BIN NO.: AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

**TOTAL:** 97249.75

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS VIA T.T. OR SWIFT TO UNION BANK OF CALIFORNIA INTERNATIONAL, NEW YORK VIA CHIPS ABA NO. 505 OR FEDWIRE ROUTING NO. 026005050 FOR CREDIT OF BANK OF MAHARASHTRA A/C NO. 31-150888-1121 UNDER SWIFT ADVICE OVERSEAS BRANCH, MUMBAI 400 021 QUOTING BANK REF. NO., CREDIT OF K.P. SANGHVI & SONS A/C NO. 290."

**Declaration:**
We declare that this invoice shows the actual price of the Goods described and that all particulars are true and correct.

**Signature & Date:** For K.P. SANGHVI & SONS
Partner / Const. Attorney
02/02/2006

# INVOICE

| Exporter | Invoice No. & Date | Exporter's Ref. |
|---|---|---|
| **K P SANGHVI** SINCE 1952<br>K. P. Sanghvi & Sons<br>1301, Prasad Chambers<br>Opera House<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0513 | KP/3558 DT. 03/02/2006 | IEC : 0388040602 |
|  | Buyer's Order No. & Date | |
|  | FN-4832 DEPT#13 (W.S.) | |
|  | GR Form No.: BA 0634603 DT: 03/02/2006 | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S N. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 20TH FLOOR<br>NEW YORK, N.Y. 10020<br>U. S. A. ATTN : MR. ERIC<br>FID NO. 13-1894013<br>TEL: 001212-7570790<br>FAX: 001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

| Pre-Carriage by | Place of Receipt by Pre-Carrier | BANKER: STATE BANK OF HYDERABAD<br>OVERSEAS BRANCH<br>ASHOK MAHAL, 1204, TULLOCH ROAD<br>COLABA, MUMBAI - 400 039. |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | |
| Vessel/Flight No. | Port of Loading | |
| AIR FREIGHT | MUMBAI | |
| Port of Discharge | Final Destination | |
| NEW YORK | NEW YORK | |

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg. Pcs. Per Crts | Quantity Carats | Rate Per Crts | Amount |
|---|---|---|---|---|---|---|
| Add. 1 Tin Box<br>One Only | CUT & POLISHED DIAMONDS | | Avg Pcs Per Crts | Carats | Per Crts US$ | US$ |
| | 1 P.CUT O.WH.II | | 246 PCS | 186.83 | 1150.00 | 214854.50 |
| | | Total Carats. | | 186.83 | CFR US$ | 214854.50 |

Certified that the [illegible] relating [illegible]<br>
shipme[illegible] been<br>
presen[illegible] [illegible] out<br>
No. 06NC9517    07-02-06

[signature]<br>
Chief Manager<br>
Overseas Br. Mumbai

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. the seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| | TOTAL | 214854.50 |
|---|---|---|

Amount Chargeable (in words) TOTAL CFR US DOLLAR TWO HUNDRED FOURTEEN THOUSAND EIGHT HUNDRED FIFTY FOUR AND FIFTY CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.: AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO AMERICAN EXPRESS BANK LTD. NEW YORK (AEIBUS33) CHIPS NUMBER ABA 0159, FED ABA 124071889, FOR THE ACCOUNT STATE OF HYDERABAD UNDER SWIFT ADVICE TO THEIR OVERSEAS BRANCH (SBHINBB001) QUOTING THEIR REFERENCE NUMBER, CREDIT OF K.P. SANGHVI & SONS A/C. NO. 52090545690."

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date    For K P SANGHVI & SONS
03/02/2006    [signature] Partner / Const. Attorney
NIKHIL VADIA

# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1947 | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India<br>Tel: +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0813 | KP/3575 DT.08/02/2006 | IEC : 0388040602 |
| | | Buyer's Order No. & Date | |
| | | FN:4844 | (W.S.) |
| | | GR Form No.:BA 0634622 | Dt: 08/02/2006 |

| Consignee | Buyer (if other than Consignee) |
|---|---|
| BANK LEUMI TRUST CO.OF NEW YORK,<br>6TH FLOOR, COLLECTION DEPARTMENT,<br>564 FIFTH AVENUE, NEW YORK,<br>N.Y.10036, U.S.A<br>ATTN : ROSEMARIE WATKINS | H/S.H. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A.   ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

TERMS : 120 DAYS D/A

| Pre-Carriage by | Place of Receipt by Pre-Carrier | |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | BANKER: BANK OF MAHARASHTRA<br>OVERSEAS BRANCH<br>MITTAL COURT 'A' WING<br>NARIMAN POINT<br>MUMBAI 400 021. |
| Vessel / Flight No. AIR FREIGHT | Port of Loading MUMBAI | |
| Port of Discharge NEW YORK | Final Destination NEW YORK | |

Add 1 Tin Box

| Marks & Nos / Container No. | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts Rate Per US$ | Amount US$ |
|---|---|---|---|---|---|
| Only Only | CUT & POLISHED DIAMONDS | | | | |
| | 1 F.CUT WHITE SI3 (PL) | 83 | 1.22 | 996.00 | 1215.12 |
| | 2 F.CUT WHITE I2 (PL) | 3 | 11.97 | 612.00 | 7325.64 |
| | 3 F.CUT WHITE SI3 (PL) | 200 | 0.21 | 306.00 | 64.26 |
| | 4 F.CUT WHITE SI3 (PL) | 200 | 0.49 | 306.00 | 149.94 |
| | 5 F.CUT WHITE SI | 200 | 25.00 | 300.00 | 7500.00 |
| | 6 F.CUT WHITE 6TH PK (PL) | 98 | 48.97 | 67.00 | 3280.99 |
| | 7 F.CUT WLB 2ND PK | 14 | 0.96 | 204.00 | 195.84 |
| | 8 F.CUT LBNT 2ND PK (PL) | 12 | 4.84 | 204.00 | 987.36 |
| | Page Total... | | 93.66 | CFR US$ | 20719.15 |

CTS. 319.26 VALUE US$ 50452.89 ARE UNDER 0.50 CTS. PER PCS. Continued....Page 2

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR FIFTY THOUSAND FOUR HUNDRED FIFTY TWO AND EIGHTY NINE CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | 50452.89 |

**PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY**

"PLEASE REMIT PROCEEDS VIA T.T. OR SWIFT TO UNION BANK OF CALIFORNIA INTER-
NATIONAL, NEW YORK VIA CHIPS ABA NO.505 OR FEDWIRE ROUTING NO.026005050
FOR CREDIT OF BANK OF MAHARASHTRA A/C NO.91-150888-1121 UNDER SWIFT ADVICE
OVERSEAS BRANCH,MUMBAI 400 021 QUOTING BANK REF.NO.,CREDIT OF K.P.SANGHVI
& SONS A/C NO.290."

| Declaration: | Signature & Date | For K P SANGHVI & SONS |
|---|---|---|
| We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | 08/02/2006 | Partner / Const. Attorney<br>RAJESH T. CHANDRKAR |

**INVOICE** <span>Continuation Sheet</span>




**K P SANGHVI**
SINCE 194_

Exporter: K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004. India.
Tel: +91 - 22 - 2363 0315.
Fax: +91 - 22 - 2363 0813

Invoice No. & Date: KP/3575 DT.08/02/2006  IEC : 0388040602
Buyer's Order No. & Date: FN:4844
Other Reference(s): GR Form No.:BA 0634622   Dt: 08/02/2006

| Marks & Nos./ Container No. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Rate Per Crts | Amount |
|---|---|---|---|---|---|---|
| | Add.1 Tin Box One Only | CUT & POLISHED DIAMONDS | Avg Pcs Per Crts | Carats | Per Crts US $ | US $ |
| | 9 | F.CUT TTLB NATTS 3RD PK(PL) | 27 | 24.92 | 138.00 | 3438.96 |
| | 10 | F.CUT TBL 3RD PK | 15 | 0.20 | 106.00 | 21.20 |
| | 11 | F.CUT TBL 3RD PK | 36 | 0.20 | 85.00 | 17.00 |
| | 12 | F.CUT TBL 3RD PK | 67 | 0.24 | 85.00 | 20.40 |
| | 13 | F.CUT TBL 3RD PK | 86 | 0.08 | 85.00 | 6.80 |
| | 14 | F.CUT TBL 3RD PK | 27 | 0.22 | 85.00 | 18.70 |
| | 15 | S.CUT WHITE 2ND PK (PL) | 200 | 12.15 | 143.00 | 1737.45 |
| | 16 | S.CUT WHITE 3RD PK (PL) | 333 | 6.30 | 122.00 | 768.60 |
| | 17 | S.CUT WHITE 3RD PK (PL) | 200 | 27.90 | 92.00 | 2566.80 |
| | 18 | S.CUT WHITE 4TH PK (PL) | 200 | 50.00 | 87.00 | 4350.00 |
| | 19 | S.CUT WHITE 4TH PK (PL) | 250 | 3.20 | 77.00 | 246.40 |
| | 20 | S.CUT WHITE 4TH PK (PL) | 200 | 3.00 | 77.00 | 231.00 |
| | 21 | S.CUT WHITE 4TH PK (PL) | 250 | 1.60 | 77.00 | 123.20 |
| | 22 | S.CUT WHITE 6TH PK (PL) | 100 | 15.30 | 49.00 | 749.70 |
| | 23 | S.CUT WHITE 6TH PK (PL) | 50 | 13.80 | 42.00 | 579.60 |
| | 24 | S.CUT TTLB 4TH PK (PL) | 333 | 3.60 | 44.00 | 158.40 |
| | 25 | F.CUT & S.CUT 6TH PK (PL) | 78 | 31.74 | 84.00 | 2666.16 |
| | 26 | F.CUT & SB 13 (PL) | 32 | 7.42 | 244.00 | 1810.48 |
| | 27 | F/C & P.SHAPE WH NATTS 12(PL) | 23 | 0.99 | 587.00 | 581.13 |
| | 28 | F/C & P.SHAPE WH NATTS 12(PL) | 61 | 22.74 | 424.00 | 9641.76 |
| | | Page Total... | | 225.60 | CFR US$ | 29733.74 |
| | | Total Carats. | | 319.26 | CFR US$ | 50452.89 |

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date: 08/02/2006

For K.P. SANGHVI & SONS
Partner / Const. Attorney
RAJESH L.CHANDEKAR

# INVOICE

**KP SANGHVI**
SINCE 1895

K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India
Tel: +91 - 22 - 2363 0315,
Fax: +91 - 22 - 2363 0818.

Inv. No. & Date: KP/3609 Dt. 20/02/2006
LRC: 046040602
Buyer's Order No. & Date: FN:4856 (W.S.)
Other Reference(s): GR Form No.: BA 0634661    Dt: 20/02/2006

**Consignee:**
BANK LEUMI TRUST CO. OF NEW YORK,
6TH FLOOR, COLLECTION DEPARTMENT,
564 FIFTH AVENUE, NEW YORK,
N.Y.10036, U.S.A
ATTN : ROSEMARIE WATKINS

**Buyer (if other than Consignee):**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.    ATTN : MR. ERIC
FID NO.13-1894013
TEL: 001212-7570790
FAX: 001212-5814976

Country of Origin of Goods: MFG. IN INDIA
Country of Final Destination: U.S.A.

Terms of Delivery and Payment: TERMS : 120 DAYS D/A

Pre-Carriage by: MALCA-AMIT JK
Place of Receipt by Pre-Carrier: MUMBAI
Vessel / Flight No.: AIR FREIGHT
Port of Loading: MUMBAI
Port of Discharge: NEW YORK
Final Destination: NEW YORK

BANKER: DENA BANK
INDUSTRIAL FIN. BRANCH
MAKER TOWERS 'E'
CUFFE PARADE
MUMBAI 400 005.

| Marks & Nos. / Container No. | Description of Goods | AVG Pcs Per Cts | Quantity Carats | Per Carats US$ | Amount US$ |
|---|---|---|---|---|---|
| One Main Box Only | CUT & POLISHED DIAMONDS | | | | |
| | 1 F/C WHITE I2 (PL) | 43 | 7.51 | 1211.00 | 9094.61 |
| | 2 F/C WHITE 3RD PK (PL) | 2 | 2.95 | 468.00 | 1380.60 |
| | 3 F/C WHITE 3RD PK (PL) | 2 | 2.91 | 445.00 | 1297.86 |
| | 4 F/C WHITE 3RD PK (PL) | | 1.99 | 400.00 | 796.00 |
| | 5 F/C WHITE 3RD PK (PL) | | 1.99 | 372.00 | 740.2. |
| | 6 F/C WHITE 4TH PK (PL) | | 13.60 | 163.00 | 2216.80 |
| | 7 F/C WHITE NATTS I3 (PL) | 16 | | 389.00 | 13812.70 |
| | Page Total... | | 74.25 | CFR US$ | 29338.84 |

CTS. 175.45 VALUE US$ 90556.63 ARE UNDER 0.50 CTS. PER PCS. CTS. 5.86 VALUE US$ 2670.46 ARE...

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal... and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments

**TOTAL: 101245.09**

Amount Chargeable in words: TOTAL CFR US DOLLAR ONE HUNDRED ONE THOUSAND TWO HUNDRED FOURTY FIVE AND NINE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT FUNDS VIA CHIPS TO AMERICAN EXPRESS BANK LTD., NEW YORK, USA FOR DENA BANK A/C NO.698100 UID NO.364562 FOR THE CREDIT OF DENA BANK, INDUSTRIAL FIN. BR., MAKER TOWERS 'E', CUFFE PARADE, BOMBAY 5 QUOTING BANK REF. NO., CREDIT OF K.P. SANGHVI & SONS A/C NO.447 ADVISE BENIFICIARY BY TELEX."

Declaration:
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date
For K.P. SANGHVI & SONS
20/02/2006
RAJESH G. CHANDEKAR