# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1966 | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91-22-2363 0315<br>Fax: +91-22-2363 0813 | KP/3611 DT.21/02/2006 | IEC : 0388040602 |
| | | Buyer's Order No. & Date | |
| | | FR-4859 (W.S.) | |
| | | Other Reference(s) | |
| | | GR Form No.:BA 0634664   Dt: 21/02/2006 | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| BANK LEUMI TRUST CO.OF NEW YORK,<br>6TH FLOOR, COLLECTION DEPARTMENT,<br>564 FIFTH AVENUE, NEW YORK,<br>N.Y.10036, U.S.A<br>ATTN : ROSEMARIE WATKINS | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A. ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

| Pre Carriage by | Place of Receipt by Pre Carrier | |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | BANKER: STATE BANK OF TRAVANCORE<br>CORPORATE FINANCE BRANCH<br>112-115, TULSIANI CHAMBERS<br>212 NARIMAN POINT,MUMBAI-21. |
| Vessel/Flight No. | Port of Loading | |
| AIR FREIGHT | MUMBAI | |
| Port of Discharge | Final Destination | |
| NEW YORK | NEW YORK | |

| Marks & Nos. | No. & Kind of Pkgs. | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts Rate US$ | Amount US$ |
|---|---|---|---|---|---|---|
| Add-1 Tin Box<br>One Only | | CUT & POLISHED DIAMONDS | | | | |
| | 1 | F.CUT WHITE 6TH PK (PL) | 104 | 24.45 | 67.00 | 1638.15 |
| | 2 | F.CUT WHITE NATTS I1 (PL) | 3 | 10.05 | 610.00 | 6130.50 |
| | 3 | F.CUT WHITE NATTS I2 (PL) | 33 | 17.80 | 230.00 | 4094.00 |
| | 4 | F.CUT WHITE NATTS I3 (PL) | 100 | 24.14 | 210.00 | 5069.40 |
| | 5 | F.CUT WHITE NATTS I3 (PL) | 50 | 15.66 | 202.00 | 3163.32 |
| | 6 | F.CUT TLB 5TH PK (PL) | 110 | 27.16 | 76.00 | 2064.16 |
| | 7 | F.CUT TLB HY PK (PL) | 100 | 33.79 | 56.00 | 1892.24 |
| | 8 | S.CUT WHITE 1ST PK (PL) | 200 | 33.40 | 152.00 | 5076.80 |
| | 9 | S.CUT WHITE 5TH PK (PL) | 196 | 24.45 | 62.00 | 1515.90 |
| | 10 | S.CUT TLB 3RD PK (PL) | 156 | 19.81 | 62.00 | 1228.22 |
| | 11 | S.CUT TLB 3RD PK (PL) | 162 | 7.94 | 62.00 | 492.28 |
| | 12 | WHITE TB SI3 (PL) | 115 | 21.70 | 210.00 | 4557.00 |
| | 13 | WHITE TB SI3 (PL) | 118 | 14.87 | 210.00 | 3122.70 |
| | 14 | F/C & I2 3RD PK (PL) | 70 | 6.60 | 191.00 | 1260.60 |
| | 15 | F/C HI./SI ( DEPT#6 )(DAVE) | 45 | 23.73 | 400.00 | 9492.00 |
| | | Total Carats | | 305.55 | CFR US$ | 50797.27 |

CTS. 305.55 VALUE US$ 50797.27 ARE UNDER 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR FIFTY THOUSAND SEVEN HUNDRED NINETY SEVEN AND TWENTY SEVEN CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F PT001<br>INSURED DOOR TO DOOR MALCA AMIT | 50797.27 |

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS BY T.T.TO THE CHASE MANHATTAN BANK,NEW YORK,U.S.A.
CREDIT TO STATE BANK OF TRAVANCORE,FOREIGN EXCHANGE DEPT.,ERNAKULAM A/C
NO.001-1-406493 QUOTING BANK REF.NO. UNDER TLX ADVISE TO STATE BANK OF -
TRAVANCORE,CORPORATE FINANCE BRANCH,112-115,TULSIANI CHAMBERS,212 NARIMAN
POINT, MUMBAI 400 021, CREDIT OF K.P.SANGHVI & SONS, A/C NO.57001820714."

| Declaration | Signature & Date | For K P SANGHVI & SONS |
|---|---|---|
| We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct. | 21/02/2006 | RAJESH T. CHANDEKAR<br>Const. Attorney |

# INVOICE

| Exporter | Invoice No. & Date | Exporter's Ref. |
|---|---|---|
| **K P SANGHVI** SINCE 1955<br>K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India<br>Tel: +91 - 22 - 2363 0315,<br>Fax: +91 - 22 - 2363 0813. | SP/3620 DT.23/02/2006 | IEC : 0388040602 |
| | Buyer's Order No. & Date | |
| | FN-4864  (W.S.) | |
| | Other Reference(s) | |
| | GR Form No.:BA 0634673  Dt: 23/02/2006 | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| BANK LEUMI TRUST CO.OF NEW YORK,<br>6TH FLOOR, COLLECTION DEPARTMENT,<br>564 FIFTH AVENUE, NEW YORK,<br>N.Y.10036, U.S.A<br>ATTN : ROSEMARIE WATKINS | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A.  ATTN : MR. ERIC<br>IRD NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

D-060153

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| MFG. IN INDIA | U.S.A. |

TERMS : 120 DAYS D/A

BANK: STATE BANK OF TRAVANCORE
CORPORATE FINANCE BRANCH
112-115, TULSIANI CHAMBERS
212 NARIMAN POINT,MUMBAI-21.

| Pre-Carriage by | Place of Receipt by Pre Carrier |
|---|---|
| MALCA-AMIT JK | MUMBAI |

| Vessel / Flight No | Port of Loading |
|---|---|
| AIR FREIGHT | MUMBAI |

| Port of Discharge | Final Destination |
|---|---|
| NEW YORK | NEW YORK |

Add.1 Tin Box

| Marks/Nos | No. & Kind of Pkgs | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| | One Only | CUT & POLISHED DIAMONDS | | | | |
| 1 | | F.CUT WHITE I1  (PL) | 3 | 4.14 | 836.00 | 3461.04 |
| 2 | | F.CUT WHITE I2+  (PL) | 10 | 4.96 | 375.00 | 1860.00 |
| 3 | | F.CUT WHITE 6TH PK  (PL) | 106 | 5.84 | 67.00 | 391.28 |
| 4 | | F.CUT WHITE 6TH PK  (PL) | 100 | 13.61 | 67.00 | 911.87 |
| 5 | | F.CUT WH. NATTS I3  (PL) | 3 | 15.99 | 495.00 | 7915.05 |
| 6 | | F.CUT WL. 3RD PK  (PL) | 50 | 11.56 | 214.00 | 2473.84 |
| 7 | | F.CUT WL. 3RD PK  (PL) | 100 | 24.15 | 204.00 | 4926.60 |
| 8 | | F.CUT TTLB NATTS 4TH PK (PL) | 100 | 9.96 | 112.00 | 1115.52 |
| 9 | | S.CUT WHITE 4TH PK  (PL) | 200 | 24.64 | 72.00 | 1774.08 |
| 10 | | S.CUT WHITE 5TH PK  (PL) | 142 | 0.17 | 65.00 | 11.05 |
| 11 | | S.CUT WHITE 5TH PK  (PL) | 200 | 0.18 | 60.00 | 10.80 |
| 12 | | S.CUT WHITE 6TH PK  (PL) | 200 | 0.35 | 45.00 | 15.75 |
| 13 | | S.CUT WHITE 6TH PK  (PL) | 200 | 0.50 | 40.00 | 20.00 |
| 14 | | S.CUT TTLB 3RD PK  (PL) | 155 | 31.85 | 62.00 | 1974.70 |
| 15 | | WHITE TP VS | 11 | 0.44 | 700.00 | 308.00 |
| 16 | | WHITE TP VS | 8 PCS | 0.55 | 700.00 | 385.00 |
| 17 | | WHITE SB I2 (PL) | 33 | 6.56 | 260.00 | 1705.60 |
| | | Page Total | | 155.45 | CFR US$ | 29260.18 |

060153

CTS. 290.88 VALUE US$ 86981.82 ARE UNDER 0.50 CTS. PER PCS. CTS. 27.04 VALUE US$ 26071.40 ARE ABOVE 0.50 CTS. PER PCS. Continued....Pag

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance
with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free based on personal knowledge
and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

| Amount Chargeable (in words) | TOTAL |
|---|---|
| TOTAL CFR US DOLLAR ONE HUNDRED THIRTEEN THOUSAND FIFTY THREE AND TWENTY TWO CENT ONLY.<br>PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001<br>INSURED DOOR TO DOOR MALCA AMIT | 113053.22 |

**PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY**

"PLEASE REMIT PROCEEDS BY T.T.TO THE CHASE MANHATTAN BANK,NEW YORK,U.S.A.
CREDIT TO STATE BANK OF TRAVANCORE,FOREIGN EXCHANGE DEPT.,ERNAKULAM A/C
NO.001-1-40493 QUOTING BANK REF.NO. UNDER TLX ADVISE TO STATE BANK OF -
TRAVANCORE, CORPORATE FINANCE BRANCH,112-115,TULSIANI CHAMBERS,212 NARIMAN
POINT, MUMBAI 400 021, CREDIT OF K.P.SANGHVI & SONS, A/C NO.57001820714."

Declaration.
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

Signature & Date
For K P SANGHVI & SONS

23/02/2006

Partner / Const. Attorney

# INVOICE

Continuation sheet

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1965 | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315<br>Fax: +91 - 22 - 2363 0813 | KP/3620 DT.23/02/2006 | EC : 0388040602 |
| | | Buyer's Order No. & Date | |
| | | FN-4864 | |
| | | Other Reference(s) | |
| | | GR Form No.:BA 0634673 | Dt: 23/02/2006 |

| Marks & Nos /<br>Container No. | No. & Kind of Pkgs | Description of Goods | Avg. Pcs.<br>Per Crts. | Quantity<br>Carats. | Rate<br>Per Crts | Amount |
|---|---|---|---|---|---|---|
| | Add.1 Tin Box<br>One Only | CUT & POLISHED DIAMONDS | Avg Pcs<br>Per Crts | Carats | Per Crts<br>US $ | US $ |
| | 18 | F/C & P/CUT 2ND PK (PL) | 30 | 4.79 | 550.00 | 2634.50 |
| | 19 | F/C & P/CUT WHITE NATTS I2(PL) | 28 | 3.69 | 501.00 | 1848.69 |
| | 20 | F/C & MQ WHITE 2ND PK (PL) | 20 | 3.02 | 435.00 | 1313.70 |
| | 21 | WHITE P.CUT I2 I3 | 5 PCS | 1.50 | 529.00 | 793.50 |
| | 22 | WHITE P.CUT SI | 8 PCS | 1.43 | 525.00 | 750.75 |
| | 23 | WHITE P.CUT I2 I3 | 5 PCS | 1.00 | 413.00 | 413.00 |
| | 24 | WHITE P.CUT I2 I3 | 5 PCS | 1.05 | 411.00 | 431.55 |
| | 25 | WHITE P.CUT SI (PL) | 20 | 14.15 | 351.00 | 4966.65 |
| | 26 | WHITE P.CUT I2 I3 | 20 | 0.49 | 260.00 | 127.40 |
| | 27 | WHITE NATTS P.CUT I2 (PL) | 18 | 9.66 | 230.00 | 2221.80 |
| | (DEPT #6) DAVE | | | | | |
| | 28 | F.CUT WHITE HIJ/SI (PL) | 10 | 29.75 | 520.00 | 15470.00 |
| | 29 | F.CUT HIJ/SI (PL) | 17 | 30.02 | 400.00 | 12008.00 |
| | 30 | F.CUT JK I1 | 4 | 15.11 | 485.00 | 7328.35 |
| | (DEPT #13) MARGIE | | | | | |
| | 31 | WHITE P.CUT I2 I3 | 2 | 20.12 | 595.00 | 11971.40 |
| | 32 | WHITE P.CUT I2-3 | 4 | 11.02 | 375.00 | 4132.50 |
| | 33 | WHITE P.CUT I2-I3 | 4 | 8.75 | 375.00 | 3281.25 |
| | 34 | F.CUT COLL VS | 2 | 7.52 | 1875.00 | 14100.00 |
| | | Page Total... | | 163.07 | CFR US$ | 83793.03 |
| | | Total Carats | | 318.52 | CFR US$ | 113053.22 |



D-060153



STATE BANK OF TRAVANCORE
FILE No.
PREP/FNDP
7606

060153

CORPORATE FINANCE BRANCH
NARIMAN POINT, MUMBAI.
INDIA.

| Declaration: | Signature & Date | For K P SANGHVI & SONS |
|---|---|---|
| We declare that this invoice shows the actual price of the Goods described and that all particulars are true and correct. | 21/02/2006 | |

# INVOICE

**Exporter:** K P SANGHVI & SONS
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India
Tel. +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

**Invoice No. & Date:** KP/3695 DT. 20/03/2006   **IEC:** 0388040602

**Buyer's Order No. & Date:** PR:4898   (W.S.)

**Other Reference(s):** GR Form No.: BA 0634766   Dt: 20/03/2006

**Consignee:** DIRECT PARCEL

**Buyer (if other than consignee):**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.   ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

**Country of Origin of Goods:** MFG. IN INDIA
**Country of Final Destination:** U.S.A.

**Terms of Delivery and Payment:** TERMS : 120 DAYS D/A

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-Carrier:** MUMBAI

**Vessel/Flight No.:** AIR FREIGHT
**Port of Loading:** MUMBAI

**Port of Discharge:** NEW YORK
**Final Destination:** NEW YORK

BANKER: KARNATAKA BANK LTD.
OVERSEAS BR.,104-106, 1ST FLOOR
EMBASSY CENTRE, JAMNALAL BAJAJ MARG
NARIMAN POINT
MUMBAI 400 021.

Add 1 Tin Box Only

"CUT & POLISHED DIAMONDS"

| No. | Description | Pcs | Carats | Per Crt US$ | Amount US$ |
|---|---|---|---|---|---|
| 1 | F.CUT WHITE 2ND PK(PL)0316F01C | 4 | 0.96 | 456.00 | 437.76 |
| 2 | F.CUT WHITE 2ND PK(PL)0316F02C | 5 | 1.00 | 456.00 | 456.00 |
| 3 | F.CUT WHITE 2ND PK(PL)0315F16 | 3 | 5.93 | 445.00 | 2638.85 |
| 4 | F.CUT WHITE I2 (PL) 0317F02 | 6 | 3.24 | 440.00 | 1425.60 |
| 5 | F.CUT WHITE I2 (PL) 0228F06 | 6 | 30.25 | 434.00 | 13128.50 |
| 6 | F.CUT WHITE 2ND PK 0315F20 | 5 | 4.02 | 431.00 | 1732.62 |
| 7 | F.CUT WHITE 2ND PK 0316F02 B | 5 | 1.00 | 425.00 | 425.00 |
| 8 | F.CUT WHITE RF G+(PL) (0317F12 | 19 | 5.08 | 410.00 | 2082.80 |
| 9 | F.CUT WHITE 2ND PK(PL)0316F03B | 6 | 0.99 | 358.00 | 354.42 |
| 10 | F.CUT WHITE I1 (PL)(0301-SF-01 | 28 | 1.28 | 330.00 | 422.40 |
| 11 | F.CUT WHITE I1 (PL)(0307-SF-03 | 28 | 0.20 | 330.00 | 66.00 |
| 12 | F.CUT WHITE I1 (PL)(0309-SF-04 | | | | 69.30 |
| 13 | F.CUT WHITE 1ST PK(0316F05 A) | | | | 643.50 |
| 14 | F.CUT WHITE 2ND P(0316F05 C) | | 0.96 | | 307.20 |
| 15 | F.CUT WHITE 1STPK PL 0315F13 | | 1.51 | | 448.47 |
| 16 | F.CUT WHITE 2ND PK PL 0316F03A | | 9.50 | | 147.00 |
| 17 | F.CUT WHITE 2ND PK PL 0316F02D | | 0.48 | | 140.64 |
| | | | 59.59 | CFR US$ | 24926.06 |

Certified that this is a true copy
of the invoice Negotiated by us
Negotiated / Under
For KARNATAKA BANK LTD.

Page 2nd Continued....

CTS. 219.55 VALUE US$ 80927.92 ARE UNDER 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions.The seller hereby guarantees that these diamonds are conflict free, based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

**Amount Chargeable (in words):** TOTAL CFR US DOLLAR EIGHTY THOUSAND NINE HUNDRED TWENTY SEVEN AND NINETY TWO CENT ONLY
**TOTAL:** 80927.92

PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO WACHOVIA BANK N.A.,11,PENN PLAZA, 4TH FLOOR,
NEW YORK,N.Y.10038, U.S.A., SWIFT - PNBPUS3NNYC,FOR CREDIT OF KARNATAKA
BANK LTD., INTERNATIONAL DIVISION MUMBAI, SWIFT - KARBINBBOSE
A/C.NO.2000193003637, FOR CREDIT OF K.P.SANGHVI & SONS, A/C.NO.339."

**Declaration:**
We declare that this invoice shows the actual price of the Goods described and that all particulars are true and correct.

**Signature & Date:** For K P SANGHVI & SONS
20/03/2006
NIKHIL VADIA

# INVOICE

Continuation Sheet



**K P SANGHVI & SONS**
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India
Tel: +91 - 22 - 2363 0315
Fax: +91 - 22 - 2363 0813

K P SANGHVI
SINCE 1945

| Invoice No. & Date | Exporter's Ref. |
|---|---|
| KP/3695 DT. 20/03/2006 | EC : 0388040602 |

Buyer's Order No. & Date
FR: 4898

Other Reference(s)
GR Form No.: BA 0634766   Dt: 20/03/2006

| Marks & Nos / Container No | No. & Kind of Pkgs | Description of Goods | Avg. Pcs Per Crts | Quantity Carats | Rate Per Crts | Amount |
|---|---|---|---|---|---|---|
| Add.1 Tin Box | | | Avg Pcs | | Per Crts | |
| One Only | | CUT & POLISHED DIAMONDS | Per Crts | Carats | US $ | US $ |
| 18 | F.CUT WHITE 2ND PK PL 0316F04C | | 17 | 0.95 | 293.00 | 278.35 |
| 19 | F.CUT WHITE 2ND PK PL 0316F01A | | 14 | 0.50 | 290.00 | 145.00 |
| 20 | F.CUT WHITE 2ND PK PL 0316F02A | | 25 | 0.20 | 275.00 | 55.00 |
| 21 | F.CUT WHITE 2ND PK PL 0316F01B | | 22 | 0.23 | 271.00 | 62.33 |
| 22 | F.CUT WHITE 2ND PK PL 0316F04A | | 30 | 0.48 | 260.00 | 124.80 |
| 23 | F.CUT WHITE 3RD PK PL 0316F03C | | 25 | 0.48 | 256.00 | 122.88 |
| 24 | F.CUT WHITE 2ND PK PL 0316F05B | | 31 | 0.51 | 247.00 | 125.97 |
| 25 | F.CUT WHITE 6TH PK PL 0309F07 | | 53 | 35.42 | 73.00 | 2585.66 |
| 26 | F.CUT WHITE NATTS12 PL 0316F09 | | 14 | 26.42 | 340.00 | 8982.80 |
| 27 | F.CUT WHITE NATTS13 PL/0316F09 | | 10 | 0.50 | 332.00 | 166.00 |
| 28 | F.CUT WHITE NATTS13 PL 0317F09 | | 12 | 2.83 | 291.00 | 823.53 |
| 29 | F.CUT TLBNT 3RD PK PL 0314F08 | | 12 | 0.49 | 168.00 | 82.32 |
| 30 | F.CUT TLBNT 3RD PK PL 0316F06B | | 10 | 0.52 | 163.00 | 84.76 |
| 31 | F.CUT TLBNT 3RD PK PL 0314F07A | | 10 | 1.46 | 143.00 | 208.78 |
| 32 | WH SBI 3 PL 0226-SF-01 | | 81 | 4.44 | 120.00 | 532.80 |
| 33 | J P.CUT LC 13 (0106-SF-04 | | 10 | 7.40 | 235.00 | 1739.00 |
| 34 | MQ & BAG WH I2 PL 0226-SF-01 | | 20 | 12.57 | 240.00 | 3016.80 |
| 35 | F.CUT & S.CUT WH 6TH PK PL | | 37 | 0.46 | 173.00 | 79.58 |
| 36 | F.CUT H I J / SI PL | | 4 | 12.48 | 700.00 | 8736.00 |
| 37 | F.CUT J+ | | 3 | 30.04 | 630.00 | 18925.20 |
| 38 | F.CUT WH J+ (PL) | | 6 | 5.74 | 565.00 | 3243.10 |
| 39 | WH.P.CUT H+ (PL) | | 8 | 4.56 | 560.00 | 2553.60 |
| 40 | WH.P.CUT I J/I2-3 (PL) | | 6 | 11.28 | 295.00 | 3327.60 |
| | | Page Total... | | 159.96 | CFR US$ | 56001.86 |
| | | Total Carats. | | 219.55 | CFR US$ | 80927.92 |

Certified that this is a true copy
of the invoice issued by us for
Negotiation...  82/3/06
Und...   NO(60085)
For K...    LTD.

NAVEEN KUMAR
M.Sc. L.LB/S.A.S.
Officer  Officer St. No. 3236
Nariman Point, Mumbai 21.

20/03/2006
Signature & Date  KIRTI VANIA
For K P SANGHVI & SONS

Declaration:
We declare that this Invoice shows the actual price of the Goods
described and that all particulars are true and correct.

# INVOICE

**Exporter:** K P Sanghvi & Sons
1301, Prasad Chambers,
Opera House,
Mumbai 400 004, India.
Tel: +91 - 22 - 2363 0315.
Fax: +91 - 22 - 2363 0813.

**K P SANGHVI**
SINCE 1965

**Invoice No. & Date:** KP/3711 DT. 23/03/2006
**Exporter's Ref:** IEC : 0388040602
**Buyer's Order No. & Date:** FN-4903 (J.M.)
**Other Reference(s):** GR Form No.: BA 0634784  Dt.: 23/03/2006

**Consignee:** DIRECT PARCEL

**Buyer (if other than consignee):**
M/S.M. FABRIKANT & SONS INC.
1 ROCKEFELLER PLAZA, 28TH FLOOR
NEW YORK, N.Y. 10020
U.S.A.  ATTN : MR. ERIC
FID NO.13-1894013
TEL:001212-7570790
FAX:001212-5814976

**Country of Origin of Goods:** MFG. IN INDIA
**Country of Final Destination:** U.S.A.

**Terms of Delivery and Payment:**
TERMS : 120 DAYS D/A

BANKER: STATE BANK OF TRAVANCORE
CORPORATE FINANCE BRANCH
112-115, TULSIANI CHAMBERS
212 NARIMAN POINT, MUMBAI-21.

**Pre-Carriage by:** MALCA-AMIT JK
**Place of Receipt by Pre-Carrier:** MUMBAI
**Vessel / Flight No.:** AIR FREIGHT
**Port of Loading:** MUMBAI
**Port of Discharge:** NEW YORK
**Final Destination:** NEW YORK

| Container No. | No. & Kind of Pkgs | Description of Goods | Avg. Pcs Per Crts | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|---|
| | One Only | CUT & POLISHED DIAMONDS | | | | |
| | 1 | F.CUT WHITE SI3 (PL) 0322F14 | 34 | 6.81 | 815.00 | 5550.15 |
| | 2 | F.CUT WHITE I1 (PL) 0322F01 | 3 | 20.25 | 615.00 | 12453.75 |
| | 3 | WHI P.SHAPE I2 FY032001 | 1 | 2.14 | 1000.00 | 2140.00 |
| | 4 | WHI P.SHAPE I2 FY32002 | 1 | 1.03 | 850.00 | 875.50 |
| | 5 | WHI P/C VS-SI 0321-SF-01 | 3 | 0.91 | 890.00 | 809.90 |
| | 6 | WHI P/C SI (PL)0316-SF-03 | 10 | 20.03 | 420.00 | 8412.60 |
| | 7 | WHI P/C I1I2(PL)0321-SF-02 | 10 | 3.12 | 340.00 | 1060.80 |
| | 8 | WHI P/C I1I2 0316-SF-16 | 20 | 1.05 | 310.00 | 325.50 |
| | 9 | WHI P/C I1 (PL) 0317-SF-01 | 14 | 16.53 | 320.00 | 5289.60 |
| | 10 | WHI P/C I1 I2 0316-SF-12 | 25 | 0.39 | 285.00 | 111.15 |
| | 11 | WHI P/C I1 I2 0316-SF-15 | 25 | 0.78 | 285.00 | 222.30 |
| | 12 | WHI P/C I2 I3(PL) | 4 | 23.02 | 375.00 | 8632.50 |
| | 13 | WHI P/C I3 | 4 | 16.66 | 375.00 | 6247.50 |
| | 14 | WHI P/C I3 | 6 | 7.86 | 315.00 | 2475.90 |
| | 15 | WHI OVALS SI2 | 3 | 1.24 | 1024.00 | 1269.76 |
| | 16 | WHI OVALS SI2 | 3 | 1.22 | 1024.00 | 1249.28 |
| | 17 | WHI OVALS SI2 | 3 | 0.99 | 844.00 | 835.56 |
| | | **Total Carats** | | 124.03 | **CFR US$** | **57961.75** |

CTS. 120.86 VALUE US$ 54946.25 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 3.17 VALUE US$ 3015.50 ARE ABOVE 0.50 CTS. PER PCS.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions, the seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

**Amount Chargeable (in words):**
TOTAL CFR US DOLLAR FIFTY SEVEN THOUSAND NINE HUNDRED SIXTY ONE AND SEVENTY FIVE CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.: AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

**TOTAL: 57961.75**

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS BY T.T.TO THE CHASE MANHATTAN BANK, NEW YORK, U.S.A. CREDIT TO STATE BANK OF TRAVANCORE, FOREIGN EXCHANGE DEPT., ERNAKULAM A/C NO.001-1-406493 QUOTING BANK REF.NO. UNDER TLX ADVISE TO STATE BANK OF TRAVANCORE, CORPORATE FINANCE BRANCH, 112-115, TULSIANI CHAMBERS, 212 NARIMAN POINT, MUMBAI 400 021, CREDIT OF K.P.SANGHVI & SONS, A/C NO.57001820714."

**Declaration:**
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

**Signature & Date:**
For K P SANGHVI & SONS
23/03/2006

# INVOICE

| Exporter | | Invoice No. & Date | Exporter's Ref. |
|---|---|---|---|
| **K P SANGHVI** SINCE 1963 | K P Sanghvi & Sons<br>1301, Prasad Chambers,<br>Opera House,<br>Mumbai 400 004, India.<br>Tel: +91 - 22 - 2363 0315.<br>Fax: +91 - 22 - 2363 0813. | KP/3722 DT. 25/03/2006 | IEC - 0388040602 |
| | | Buyer's Order No. & Date | |
| | | FN-4908 | (J.M.) |
| | | Other Reference(s) | |
| | | GR Form No.: BA 0634797 | Dt.: 25/03/2006 |

| Consignee | Buyer (if other than consignee) |
|---|---|
| DIRECT PARCEL | M/S.M. FABRIKANT & SONS INC.<br>1 ROCKEFELLER PLAZA, 28TH FLOOR<br>NEW YORK, N.Y. 10020<br>U.S.A. ATTN : MR. ERIC<br>FID NO.13-1894013<br>TEL:001212-7570790<br>FAX:001212-5814976 |

| | | Country of Origin of Goods | Country of Final Destination |
|---|---|---|---|
| | | MFG. IN INDIA | U.S.A. |

Terms of Delivery and Payment
TERMS : 120 DAYS D/A

| Pre-Carriage by | Place of Receipt by Pre-Carrier | |
|---|---|---|
| MALCA-AMIT JK | MUMBAI | BANKER: KARNATAKA BANK LTD.<br>OVERSEAS BR.,104-106, 1ST FLOOR<br>EMBASSY CENTRE, JAMNALAL BAJAJ MARG<br>NARIMAN POINT<br>MUMBAI 400 021. |
| Vessel / Flight No. | Port of Loading | |
| AIR FREIGHT | MUMBAI | |
| Port of Discharge | Final Destination | |
| NEW YORK | NEW YORK | |

| Mark & No. Tin Box & Kind of Pkgs. | Description of Goods | Avg Pcs Per Crts | Quantity Carats | Per Crts US$ | Amount US$ |
|---|---|---|---|---|---|
| One Only | CUT & POLISHED DIAMONDS | | | | |
| 1 | F.CUT WHITE I2-I3 ( 0324F15) | 1 | 3.13 | 1480.00 | 4632.40 |
| 2 | F.CUT WHITE I2-I3 ( 0324F16) | 1 | 5.39 | 870.00 | 4689.30 |
| 3 | F.CUT WHITE I2-I3 ( 0324F17) | 1 | 1.07 | 870.00 | 930.90 |
| 4 | F.CUT WHITE I3( 0314F16) | 8 | 23.00 | 395.00 | 9085.00 |
| 5 | F.CUT WHITE I3( 0317F01) | 8 | 7.09 | 393.00 | 2786.37 |
| 6 | F.CUT WHITE 2ND PK(0324F06(A) | 25 | 0.39 | 263.00 | 102.57 |
| 7 | F.CUT WHITE 2ND PK(0324F06(B) | 27 | 0.19 | 263.00 | 49.97 |
| | Page Total... | | 40.26 | CFR US$ | 22276.51 |

CTS. 206.17 VALUE US$ 43078.50 ARE UNDER 0.50 CTS. PER PCS. :: CTS. 9.59 VALUE US$ 10252.60 ARE ABOVE 0.50 CTS. PER PCS. Continued....Page
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and / or written guarantees provided by the supplier of these diamonds and also free of color & clarity treatments.

**Amount Chargeable (in words)**
TOTAL CFR US DOLLAR FIFTY THREE THOUSAND THREE HUNDRED THIRTY ONE AND TEN CENT ONLY.
PAN NO.: AAAFK8390F, BIN NO.:AAAFK8390F FT001
INSURED DOOR TO DOOR MALCA AMIT

**TOTAL: 53331.10**

## PLEASE FOLLOW PAYMENT INSTRUCTION STRICTLY

"PLEASE REMIT PROCEEDS TO WACHOVIA BANK N.A.,11,PENN PLAZA, 4TH FLOOR, NEW YORK,N.Y.10038, U.S.A., SWIFT - PNBPUS3NNYC,FOR CREDIT OF KARNATAKA BANK LTD., INTERNATIONAL DIVISION MUMBAI, SWIFT - KARBINBBOSB A/C.NO.2000193003637, FOR CREDIT OF K.P.SANGHVI & SONS, A/C.NO.339."

**Declaration:**
We declare that this Invoice shows the actual price of the Goods described and that all particulars are true and correct.

Signature & Date
For K P SANGHVI & SONS

25/03/2006
NIKHIL VADIA

# K. P. SANGHVI & SONS

COMBINED GROUP WISE EXPORT OUTSTANDING AS ON 26/07/2006
(PARTY DUE DATE)                                                Page No : 1
GROUP : MF01 - M. FABRIKANT & SONS INC.

| Comp | InvNo | Inv Date | Amount In $ | Bank | T | Terms Desc. | L | Loan | Due Date | O/S Amount | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MF01 - M. FABRIKANT & SONS INC. | | | | | | | | | |
| | 3186 | 07/10/05 | 201014.06 | KBL | D | DIRECT 120 | N | | 06/03/06 | 101024.06 | M.FABRIKAN |
| | 3222 | 17/10/05 | 70962.80 | ING | D | DIRECT 120 | N | | 16/03/06 | 70962.80 | M.FABRIKAN |
| | 3243 | 22/10/05 | 47662.45 | CBI | D | DIRECT 120 | N | | 21/03/06 | 47662.45 | M.FABRIKAN |
| | 3259 | 27/10/05 | 97308.02 | SBH | D | DIRECT 120 | N | | 26/03/06 | 97308.02 | M.FABRIKAN |
| | 3279 | 29/10/05 | 137426.55 | SBH | D | DIRECT 120 | N | | 28/03/06 | 137426.55 | |
| | 3294 | 14/11/05 | 66527.89 | CBI | D | DIRECT 120 | N | | 13/04/06 | 66527.89 | M.FABRIKAN |
| | 3407 | 14/12/05 | 41333.20 | SBT | D | DIRECT 120 | N | | 13/05/06 | 41333.20 | M.FABRIKAN |
| | 3421 | 22/12/05 | 119384.53 | CBI | D | DIRECT 120 | N | | 21/05/06 | 119384.53 | M.FABRIKAN |
| | 3442 | 30/12/05 | 126840.90 | HDF | D | DIRECT 120 | N | | 29/05/06 | 126840.90 | M.FABRIKAN |
| | 3477 | 12/01/06 | 159040.13 | HDF | D | DIRECT 120 | N | | 11/06/06 | 159040.13 | M.FABRIKAN |
| | 3537 | 30/01/06 | 57971.15 | SBH | | | 120 DAYS D/ | E | | 29/06/06 | 57971.15 | M.FABRIKAN |
| | 3557 | 02/02/06 | 97249.75 | BOM | | | 120 DAYS D/ | E | 43.38 | 02/07/06 | 97249.75 | M.FABRIKAN |
| | 3558 | 03/02/06 | 214854.50 | SBH | D | DIRECT 120 | E | 95.47 | 05/07/06 | 214854.50 | M.FABRIKAN |
| | 3575 | 08/02/06 | 50452.89 | BOM | | | 120 DAYS D/ | E | 22.51 | 08/07/06 | 50452.89 | M.FABRIKAN |
| | 3609 | 20/02/06 | 101245.09 | DEN | | | 120 DAYS D/ | E | 45.17 | 20/07/06 | 101245.09 | M.FABRIKAN |
| | 3611 | 21/02/06 | 50797.27 | SBT | | | 120 DAYS D/ | E | 22.66 | 21/07/06 | 50797.27 | M.FABRIKAN |
| | 3620 | 23/02/06 | 113053.22 | SBT | | | 120 DAYS D/ | E | 50.43 | 23/07/06 | 113053.22 | M.FABRIKAN |
| | 3695 | 20/03/06 | 80927.92 | KBL | D | DIRECT 120 | E | 36.10 | 17/08/06 | 80927.92 | M.FABRIKAN |
| | 3711 | 23/03/06 | 57961.75 | SBT | D | DIRECT 120 | F | 25.85 | 20/08/06 | 57961.75 | M.FABRIKAN |
| | 3722 | 25/03/06 | 53331.10 | KBL | D | DIRECT 120 | F | 23.79 | 22/08/06 | 53331.10 | M.FABRIKAN |
| | TOTAL ---> | | 1945345.17 | | | | | 365.36 | | 1845355.17 | |
| | MF01 TOTAL ---> | | 1945345.17 | | | | | 365.36 | | 1845355.17 | |
| GROUP(MF01)TOTAL... | | | 1989740.35 | | | | | 365.36 | | 1889750.35 | |
| GRAND TOTAL.... | | | 1989740.35 | | | | | 365.36 | | 1889750.35 | |

K. P. SANGHVI & SONS