UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

K P SANGHVI & SONS,                             Case No.: 06 CV 5751 (HB)

             Plaintiff,

    -v-                                          **CERTIFICATION OF SERVICE**

M. FABRIKANT & SONS, INC.,

             Defendant.
------------------------------------------------------------X

    I, ROBERT N. SWETNICK, of full age, do hereby certify as follows:

    1.    I am an attorney at law duly admitted to practice before this Court and am attorney for the Plaintiff K P Sanghvi & Sons in the above captioned matter. On November 14, 2006, I electronically filed and served the Notice of Motion for Summary Judgment and supporting documents on behalf of the Plaintiff.

    2.    On that same day I caused a copy of the foregoing documents to be served electronically, and via regular mail, on Defendant's attorney, Lee Elona-Henig, Esq. of Troutman Sanders LLP, 405 Lexington Avenue, New York, New York 10174.

    I hereby certify that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
       November 14, 2006

                                              Yours, etc.,

                                              _____
                                              ROBERT N. SWETNICK, ESQ. (RNS 6443)
                                              *Attorney for Plaintiff*
                                              217 Broadway, Suite 304
                                              New York, New York 10007
                                              (212) 349-2800