DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/07



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288



RECEIVED
JAN 03 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Paul H. Deutch
paul.deutch@troutmansanders.com

Direct Dial: 212-704-6323
Direct Fax: 212-704-5924

January 2, 2007

**VIA FEDERAL EXPRESS**

Hon. Harold Baer, Jr.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: <u>K.P. Sanghvi & Sons, Inc v. M. Fabrikant & Sons, Inc., 06-cv-5751 (HB)</u>

Dear Judge Baer:

This firm is counsel to M. Fabrikant & Sons, Inc. ("MFS") in the above-captioned action.

In response to Your Honor's letter, dated December 27, 2006, a copy of which is attached hereto, please be advised that on November 17, 2006, MFS filed a voluntary bankruptcy petition under chapter 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Southern District of New York (Case No. 06-12737 (SMB)). Accordingly, the above-captioned action is currently stayed pursuant to the automatic stay provisions of section 362 of the Bankruptcy Code. Counsel for the plaintiff in the above-captioned action was previously notified of MFS's chapter 11 filing in a letter from this office dated November 28, 2006.

Respectfully,

TROUTMAN SANDERS LLP

By: /s/ Paul H. Deutch

cc: Robert N. Swetnick, Esq. (via fax)
Lee Heng-Elgud, Esq

[Handwritten note from Judge Baer:]
I need all these matters to my "suspense" calendar. If I fail to hear from one or the other w/in 90 days - that ser. one or other should remain on the deft's [illegible] April 5/07 or soon thereafter the case will be dismissed.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Dated: 1/4/07

ATLANTA • HONG KONG • LONDON • NEWARK • NEW YORK • NORFOLK • RALEIGH
RICHMOND • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

Endorsement:

      I will add this matter to my "suspense calendar" if I fail to hear from one or the other within 90 days from date - that for one or another reason the matter should remain on my suspense calendar it will be dismissed on or about April 5, 2007.