DOC #: _____
DATE FILED: 5/07

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Paul H. Deutch
paul.deutch@troutmansanders.com

Direct Dial: 212-704-6323
Direct Fax: 212-704-5924

January 2, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/07

**VIA FEDERAL EXPRESS**

Hon. Harold Baer, Jr.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: <u>K.P. Sanghvi & Sons, Inc v. M. Fabrikant & Sons, Inc., 06-cv-5751 (HB)</u>

Dear Judge Baer:

This firm is counsel to M. Fabrikant & Sons, Inc. ("MFS") in the above-captioned action.

In response to Your Honor's letter, dated December 27, 2006, a copy of which is attached hereto, please be advised that on November 17, 2006, MFS filed a voluntary bankruptcy petition under chapter 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Southern District of New York (Case No. 06-12737 (SMB)). Accordingly, the above-captioned action is currently stayed pursuant to the automatic stay provisions of section 362 of the Bankruptcy Code. Counsel for the plaintiff in the above-captioned action was previously notified of MFS's chapter 11 filing in a letter from this office dated November 28, 2006.

Respectfully,

TROUTMAN SANDERS LLP

By: /s/ Paul H. Deutch

cc: Robert N. Swetnick, Esq. (via fax)
    Lee Heflig-Elgue, Esq

ATLANTA • HONG KONG • LONDON • NEWARK • NEW YORK • NORFOLK • RALEIGH
RICHMOND • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

[Handwritten annotations by Judge Baer, including:]

"I need all these matters to my 'suspense' calendar. If I fail to hear from one or the other w/in 90 days — that ltr one or another order should remain or another order should the case is discontinued — SO ORDERED Harold Baer, Jr., U.S.D.J. 1/4/07"

"Dismissed — instructed to notify the Clerk to remove this matter from my docket SO ORDERED: Harold Baer, Jr., U.S.D.J. 5/24/07"